SEND

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 4 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORP., et al., **PLAINTIFF(S)**, v. REPLAYTV, INC., et al., **DEFENDANT(S).** | CASE NUMBER: CV 01-9358 CAS(Ex) ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of NBC STUDIOS, INC. IS AN INDIRECT SUBSIDIARY OF GENERAL ELECTRIC CORPORATION IN WHICH JUDGE SNYDER OWNS SHARES OF STOCK.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: NOVEMBER 13, 2001

_Christina A. Snyder_
UNITED STATES DISTRICT JUDGE
CHRISTINA A. SNYDER

⑤

**NOTICE TO COUNSEL FROM CLERK:**
This case has been reassigned to Judge Florence-Marie Cooper. On all documents subsequently filed in this case, please substitute the initials FMC after the case number in place of the initials of the prior Judge so that the case number will read CV 01-9358 FMC(Ex).
This is very important because documents are routed to the assigned Judge by means of the initials.

ENTERED ON ICMS 11/14/01

CV-52 (10/97)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL (Sec. 3.3 of GO 224)