UNITED STATES DISTRICT COURT         P Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)                Date:  November 20, 2001

Title:  PARAMOUNT PICTURES CORP., et al.
        v REPLAYTV, INC., et al.
=================================================================
PRESENT:     THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

        Alicia Mason                          Not present
       Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                           Not present

PROCEEDINGS:   (In Chambers) TRANSFER OF CASE TO JUDGE COOPER

This action has been reassigned to the **HONORABLE FLORENCE-MARIE COOPER**, United States District Judge.

Please substitute the initials **FMC** in place of the initials **CAS**. The case number will now read: **CV 01-9358 FMC(Ex)**. Henceforth, *it is imperative* that the initials **FMC** be used on all documents to prevent any delays in processing of documents.

Judge Cooper's courtroom deputy clerk is Alicia Mason and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, Courtroom # 750.

The Court will entertain appearances by telephone for all status conferences, scheduling conferences and oral argument on motions. If you wish to appear by telephone, you must:

    (i)   notify the clerk at least two days in advance of *each* appearance date
    (ii)  provide the clerk with the telephone number at which the Court can reach you (land lines, only; no cellular phones)
    (iii) agree to be available at that number for up to one hour from the time of the scheduled appearance

    ___ All matters presently calendared shall remain the same unless otherwise ordered.

    ___ The_____, presently set on_____is
        continued to_____ at_____ a.m./p.m.

    ___ OTHER:_____

MINUTES FORM 11          ENTERED              Initials of Deputy Clerk ___
CIVIL - GEN

6