NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Jonathan H. Anschell (SBN 162554)
White O'Connor Curry Gatti & Avanzado LLP
10100 Santa Monica Boulevard, 23rd Flr.
Los Angeles, California 90067-4008
Telephone (310) 712-6100
Facsimile (310) 712-6199
Attorney for Plaintiffs

FILED
CLERK US DISTRICT COURT
NOV 20 2001
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION, et al.

PLAINTIFF(S),

v.

REPLAYTV, INC. and SONICBLUE INC.,

DEFENDANT(S).

CASE NUMBER:
FMC
CV 01-09358 CAS (Ex)

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

*NOTICE: Effective December 18, 1996, the fee for *Pro Hac Vice* Appearance is $70.00 for each case application. Please submit the fee with your application.

I, Thomas P. Olson, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of [X] Plaintiff [ ] Defendant: Paramount Pictures; Disney Enterprises, etc., et al. by whom I have been retained.

I am associated with the law firm of White O'Connor Curry Gatti & Avanzado LLP whose offices are located at: 10100 Santa Monica Bouelvard, 23rd Flr., Los Angeles, CA 90067 telephone number: (310) 712-6100     FAX number: (310) 712-6199

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Bar Association of the District of Columbia | June 17, 1985 |
| Bar Association of the State of New York | June 18, 1984 |
| District of Columbia Court of Appeals | April 14, 1989 |
| 9th Circuit Court of Appeals | August 21, 1991 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within 3 years of this application, made *pro hac vice* applications to this Court in the following actions:

| NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED* |
| --- | --- | --- |
| | | NOV 20 2001 |

G-64 (5/98)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE     CCD-G64

*EXPLAIN: _____

_____

    I designate <u>Jonathan H. Anschell</u> of the law firm of <u>White O'Connor Curry Gatti & Avanzado LLP</u> whose address is: <u>10100 Santa Monica Blvd., 23rd Flr., Los Angeles, CA 90067</u>
telephone number: <u>310-712-6100</u>    FAX number: <u>310-712-6199</u>
who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

    I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: <u>November 9, 2001</u>

                                          (APPLICANT)
                            Thomas P. Olson

My residence address is: <u>4606 Overbrook Road, Bethesda, Maryland 20816</u>
telephone number: <u>(301) 654-0359 (H)</u>    FAX number: <u>(202) 663-6363</u>

I hereby consent to the foregoing designation.

Date: <u>November 9, 2001</u>

                                        (DESIGNEE)
                            Jonathan H. Anschell

                            California State Bar No. <u>162554</u>

## ORDER

THE APPLICATION TO APPEAR *PRO HAC VICE* AS REQUESTED IN THE ABOVE-ENTITLED CASE
IS HEREBY:   [✓] GRANTED.

                [ ] DENIED AND FEE ORDERED RETURNED.

NOV 20 '01

Date: _____                      Florence-Marie Cooper
                                    UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

G-64 (5/98)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

*EXPLAIN: _____

_____

I designate Jonathan H. Anschell _____ of the law firm
of White O'Connor Curry Gatti & Avanzado LLP _____ whose address is:
10100 Santa Monica Blvd., 23rd Flr., Los Angeles, CA 90067 _____
telephone number: 310-712-6100 _____ FAX number: 310-712-6199 _____
who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: November 9, 2001 _____   _____
                                    (APPLICANT)
                                    Thomas P. Olson

My residence address is: 4606 Overbrook Road, Bethesda, Maryland 20816 _____
telephone number: (301) 654-0359 (H)   FAX number: (202) 663-6363

I hereby consent to the foregoing designation.

Date: November 9, 2001 _____   _____
                                    (DESIGNEE)
                                    Jonathan H. Anschell

California State Bar No. 162554 _____

## ORDER

THE APPLICATION TO APPEAR *PRO HAC VICE* AS REQUESTED IN THE ABOVE-ENTITLED CASE IS HEREBY:   ☐ GRANTED.
            ☐ DENIED AND FEE ORDERED RETURNED.

Date: _____          _____
                          UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

G-64 (5/98)  APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

NOV 1 3 2001
PAID

**ATTACHMENT "A" TO PRO HAC VICE APPLICATION - THOMAS P. OLSON**

3rd Circuit Court of Appeals - October 3, 1985
11th Circuit Court of Appeals - August 21, 1998
U. S. District Court of Colorado - January 29, 1999

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Los Angeles, California 90067.

I served the below listed document described as: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on November 9, 2001, on all other parties to this action by delivering a ☒ true copy ☐ original of the above document to the parties listed below and enclosing it in a sealed envelope addressed as follows:

Emmett C. Stanton, Esq.
**FENWICK & WEST LLP**
Two Palo Alto Square
Palo Alto, California 94306
Facsimile:    (650) 494-1417 Facsimile

**BY FACSIMILE**: I caused the foregoing document to be served by facsimile transmission from sending facsimile machine number  (310) 712-6199 to each interested party at the facsimile machine telephone number shown.  Each transmission was reported as complete and without error.  A transmission report was properly issued by the sending facsimile machine for each interested party served.

☒   **BY MAIL**: I placed such envelope with postage thereon fully prepaid for deposit in the United States mail in accordance with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service.  I am familiar with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the White O'Connor Curry Gatti & Avanzado LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

**BY FEDERAL EXPRESS**, I caused to be served, via **Priority** delivery, by depositing for Federal Express courier daily pick-up service at our offices.

**BY HAND**: I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

Executed on November 9, 2001, at Los Angeles, California.

☐   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SHERRI ANDERSON
(Type or print name)

_/s/ Sherri Anderson_
(Signature)



68020.WPD