NAME, ADDRESS AND TELEPHONE
NUMBER OF ATTORNEY(S)

Jonathan H. Anschell (SBN 162554)
White O'Connor Curry Gatti & Avanzado LLP
10100 Santa Monica Boulevard, 23rd Flr.
Los Angeles, CA 90067-4008
Telephone (310) 712-6100
Facsimile (310) 712-6199
Attorneys for Plaintiffs

FILED
CLERK US DISTRICT COURT
NOV 20 2001
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION, et al.

PLAINTIFF(S),

v.

REPLAYTV, INC. and SONICBLUE INC.,

DEFENDANT(S).

CASE NUMBER:

CV 01-09358 FMC (Ex)

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

*NOTICE: Effective December 18, 1996, the fee for *Pro Hac Vice* Appearance is $70.00 for each case application. Please submit the fee with your application.

I, Peter B. Rutledge, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of [x] Plaintiff [ ] Defendant: Paramount Pictures; Disney Enterprises, etc., et al. by whom I have been retained.

I am associated with the law firm of White O'Connor Curry Gatti & Avanzado LLP
whose offices are located at: 10100 Santa Monica Boulevard, 23rd Flr., Los Angeles, CA 90067
telephone number: (310) 712-6100      FAX number: (310) 712-6199

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Bar Association of Maryland | February 4, 2000 |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within 3 years of this application, made *pro hac vice* applications to this Court in the following actions:

| NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED* |
| --- | --- | --- |
| | | ENTER ON ICMS |
| | | NOV 20 2001 |
| | | |

G-64 (5/98)      APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE      CCD-G64

\*EXPLAIN: _____

I designate Jonathan H. Anschell _____ of the law firm of White O'Connor Curry Gatti & Avanzado LLP _____ whose address is: 10100 Santa Monica Boulevard, 23rd Flr., Los Angeles, CA 90067 ____
telephone number: 310-712-6100 _____ FAX number: 310-712-6199 _____
who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: November 9, 2001 _____   _____
(APPLICANT)
Peter B. Rutledge

My residence address is: 728 South Royal; Alexandria, Virginia 22314 ___
telephone number: (703) 519-7088 (H) _____ FAX number: (202) 663-6363 (W) ___

I hereby consent to the foregoing designation.

Date: November 9, 2001 _____   _____
(DESIGNEE)
Jonathan H. Anschell

California State Bar No. 162554 _____

---

## ORDER

THE APPLICATION TO APPEAR *PRO HAC VICE* AS REQUESTED IN THE ABOVE-ENTITLED CASE IS HEREBY:   ☑ GRANTED.
☐ DENIED AND FEE ORDERED RETURNED.

Date: NOV 20                         _____
UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

CLERK, U.S. DISTRICT COURT
COURT Ao12
NOV 13 2001
PAID

G-64 (5/98)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

11/12/01  MON 08:21  [TX/RX NO 6866]

*EXPLAIN: _____

_____

I designate  Jonathan H. Anschell  of the law firm of  White O'Connor Curry Gatti & Avanzado LLP  whose address is:  10100 Santa Monica Boulevard, 23rd Flr., Los Angeles, CA 90067
telephone number:  310-712-6100            FAX number:  310-712-6199

who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.


Date: November    , 2001                                             _____
                                                                                         (APPLICANT)
                                                                        Peter B. Rutledge


My residence address is: 728 South Royal; Alexandria, Virginia  22314
telephone number: (703) 519-7088 (H)            FAX number: (202) 663-6363 (W)


I hereby consent to the foregoing designation.

Date: November 9, 2001                              _____/s/_____
                                                                          (DESIGNEE)
                                                       Jonathan H. Anschell

                                                       California State Bar No.  162554

---

## ORDER

THE APPLICATION TO APPEAR *PRO HAC VICE* AS REQUESTED IN THE ABOVE-ENTITLED CASE IS HEREBY:    ☐ GRANTED.

☐ DENIED AND FEE ORDERED RETURNED.


Date: _____            _____
                                                          UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE


G-64 (5/98)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Los Angeles, California 90067.

I served the below listed document described as: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on November 13, 2001, on all other parties to this action by delivering a ☒ true copy ☐ original of the above document to the parties listed below and enclosing it in a sealed envelope addressed as follows:

Emmett C. Stanton, Esq.
**FENWICK & WEST LLP**
Two Palo Alto Square
Palo Alto, California 94306
Facsimile:    (650) 494-1417 Facsimile

**BY FACSIMILE**: I caused the foregoing document to be served by facsimile transmission from sending facsimile machine number (310) 712-6199 to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☒    **BY MAIL**: I placed such envelope with postage thereon fully prepaid for deposit in the United States mail in accordance with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the White O'Connor Curry Gatti & Avanzado LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

**BY FEDERAL EXPRESS**, I caused to be served, via **Priority** delivery, by depositing for Federal Express courier daily pick-up service at our offices.

**BY HAND**: I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

Executed on November 13, 2001, at Los Angeles, California.

☐    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SHERRI ANDERSON
(Type or print name)

(Signature)



68020.WPD