UNITED STATES DISTRICT COURT      P Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   CV 01-9358 FMC(Ex)              Date:   November 21, 2001

Title:   PARAMOUNT PICTURES CORP., et al.
         v REPLAYTV, INC., et al.
================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

```
       Alicia Mason                    Not present
       Courtroom Clerk                 Court Reporter
```

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                            Not present

PROCEEDINGS:   SETTING OF STATUS CONFERENCE (In Chambers)

At the parties request, the Court sets a status conference on **December 13, 2001 at 3:00 p.m.**  Any person wishing to make a telephonic appearance shall call the clerk and provide the name of the person participating in the status conference and the land-line phone number where that person will be available for up to one hour from the time of the conference.



MINUTES FORM 11                        Initials of Deputy Clerk
CIVIL - GEN