FILED
CLERK US DISTRICT COURT

DEC 1 4 2001
2:00

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

____ Priority
____ Send
____ Clsd
____ Enter

PARAMOUNT PICTURES
CORPORATION, et al.

                    Plaintiff(s),

vs.

REPLAYTV, INC., et al.

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CV 01-9358 FMC(Ex)____ JS-5/JS-6
                          JS-2/JS-3

**ORDER FOR COURT TRIAL**

1.   Establishing a Cut-Off Date for Discovery of _May 31, 2002_
2.   Establishing a Cut-Off Date for Joining Parties or Amending Pleadings of _July 1, 2002_
3.   Establishing a Motion Cut-Off Date of _July 1, 2002_
4.   Setting the Final Pre-Trial Conference for _July 29, 2002 at 9:30 a.m._
5.   Setting _August 20, 2002_ at 8:00 a.m. as the Trial Date
6.   Re: Preparation for Court Trial

ENTERED ON ICMS
JAN - 7 2002
CV

SCHEDULING:

1.      In General.   The Court has established a cut-off date to join parties or amend pleadings.  All motions to join other parties or to amend the pleadings shall be filed and served on, or prior to, the cut-off date.  All motions to join other parties or to amend the pleadings shall be noticed for hearing.  All unserved parties are subject to dismissal at the time of the Pre-Trial Order is signed.

2.      Discovery Cut-Off.   The Court has established a cut-off date for discovery in this action.  All discovery is to be completed on, or prior to, the cut-off date.  Accordingly, the following discovery schedule shall apply to this Court.

A.      Depositions.   All depositions shall be scheduled to commence at least five (5) working days prior to the discovery cut-off date.  All original depositions to be used in trial shall be lodged with the Courtroom Deputy on the day of trial.

B.      Discovery Motions.   Any motion respecting the inadequacy of responses to discovery must have been heard by the discovery cut-off date.

25

1    Counsel are expected to strictly comply with all local rules and the Federal Rules of Civil

2    Procedure concerning discovery.   Whenever possible, the Court expects counsel to resolve

3    discovery problems among themselves in a courteous, reasonable, and professional manner.

4    The Court expects that counsel will strictly adhere to the Civility and Professional Guidelines

5    adopted by the United States District Court for the Central District of California in July of

6    1995.

7    LAW AND MOTION:

8          1.      The Court has ordered the above cut-off date for the <u>hearing</u> of motions in this

9    action.  All motions must be noticed so that the <u>hearing</u> takes place on or before the motion

10   cut-off date.  Counsel is to provide chambers with conformed courtesy copies of any reply

11   documents.  Please do not put courtesy copies in envelopes.

12         2.      If oral argument is not required, counsel will be advised the week before the

13   hearing date.  If oral argument is to be heard, the Court will make every effort to serve by fax

14   a tentative ruling or an outline of issues on which argument should concentrate in advance

15   of the hearing date.  Please include your fax number on all pleadings.

16   PRE-TRIAL FILINGS:

17         Counsel should discuss streamlining the trial, including presentation of testimony by

18   deposition excerpts or summaries, time limits, stipulations as to undisputed facts, and

19   qualification of experts by admitted resumes.

20         Memoranda of Contentions of Fact and Law, Witness Lists, and Exhibit Lists are to

21   be filed seven (7) days before the trial in conformance with Local Rule 16, et seq.

22   SETTLEMENT PROCEDURES:

23         A settlement procedure is required in every case pursuant to Local Rule 16-14, et seq.

24   The Court will normally be guided by counsel's agreement as to what procedure is

25   appropriate for this case and when the optimum time for that procedure is.  Counsel are

26   responsible for seeing that the settlement procedures are conducted well before the date set

27   for trial.  Not to the exclusion of other procedures, the following are available:

28               (1)     a  settlement  conference  before  the  district  judge  or

magistrate judge assigned to the case; however, the undersigned shall not participate in settlement of a case to be tried without a jury;

(2) a settlement conference or mediation before an attorney selected from the Attorney Settlement Panel;

(3) the employment (at the parties' expense) of a private judge, a mediator, or arbitrator; or

(4) with the consent of the undersigned, the parties shall appear before a district judge or magistrate judge selected at random from the Civil Settlement Panel.

TRIAL PREPARATION FOR COURT TRIAL:

THE COURT ORDERS that all counsel comply with the following in their preparation for trial:

1.   MOTIONS IN LIMINE

All motions in limine must be filed and fully briefed and noticed to be heard no later than twenty-one (21) days before the trial date.

2.   TRIAL EXHIBITS

Counsel are to prepare their exhibits for presentation at the trial by placing them in three-ring binders which are tabbed down the side with the exhibit numbers. An original and one copy of the exhibit notebooks are to be provided to the Courtroom Clerk on the first day of trial. The originals shall each be tagged with the appropriate exhibit tags in the upper or lower right-had corner of the first page of each exhibit. Each notebook shall contain a list of each exhibit included. Counsel shall supply three extra copies of their individual or joint exhibit list and witness list to the Clerk at the start of the trial. The exhibits are to be numbered in accordance with Local Rule 16.5.

All counsel are to meet not later than ten (10) days before trial and to stipulate, so far as is possible, to foundation, waiver of the best evidence rule, and to those exhibits which may be received into evidence at the start of the trial. The exhibits to be so received will be noted on the extra copies of the exhibit lists.

3.   FINDINGS OF FACT:

Fourteen (14) calendar days before the trial date, each party is to have prepared proposed Findings of Fact and Conclusions of Law. Copies of these proposed Findings and Conclusions shall be served on opposing counsel. Each party shall review the other party's proposed Findings and Conclusions and make such changes in their own proposed Findings and Conclusions as are deemed necessary following such review.

Seven (7) calendar days before the trial date, each party shall lodge two copies of proposed Findings of Fact and Conclusions of Law with the Court, also serving other parties if changes have been made.

The parties shall be prepared to submit to the Court, and to exchange among themselves, supplemental findings of fact and conclusions of law during the course of the trial.

4.    TRIAL:

Trial days are Tuesday through Friday from 8:00 a.m. to 1:30 p.m. with two fifteen-minute breaks, normally at 10:00 a.m. and 12:00 p.m.

The Clerk is ordered to serve a copy of this Order personally or by mail on counsel for all parties to this action

DATED this 14th day of December 2001.

_____
FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

                                            )   CV              FMC(   x)
                                            )
                                            )
                                            )
                    Plaintiff(s),           )
                                            )
vs.                                         )   EXHIBIT LIST
                                            )
                                            )   *SAMPLE FORMAT*
                                            )
                    Defendant(s).           )
_____ )

| EXH. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

)    CV            FMC(   x)
)
)
)
Plaintiff(s),                )
)
vs.                                    )    **WITNESS LIST**
)
)    *SAMPLE FORMAT*
)
)
Defendant(s).            )
_____ )

| WITNESSES FOR PLAINTIFF | DATES OF TESTIMONY |
|---|---|
|  |  |
|  |  |
|  | (to be filled in during trial) |
|  |  |
|  |  |
|  |  |
| WITNESSES FOR DEFENDANT |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |