ROBERT M. SCHWARTZ (Cal. Bar No. 117166)
MARK A. SNYDER (Cal. Bar No. 167226)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

RONALD L. KLAIN
O'MELVENY & MYERS LLP
555 13th Street, N.W. Suite 500 West
Washington, DC 20004-1109
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

**ORIGINAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al., | Case No. CV 01-9358 FMC (Ex) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE TO STRIKE JURY DEMAND** |
| v. | |
| REPLAYTV, INC. and SONICblue Inc., | |
| Defendants. | |
| AND RELATED ACTIONS. | |

JAN 14 2002

1    IT IS HEREBY STIPULATED AND AGREED by the undersigned
2    counsel for Paramount Pictures Corporation, Disney Enterprises, Inc., National
3    Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., The
4    United Paramount Network, ABC, Inc., Viacom International Inc., CBS Worldwide
5    Inc., CBS Broadcasting Inc., plaintiffs in the above-captioned action, Case No. CV
6    01-09358, Time Warner Entertainment Company, L.P., Home Box Office, Warner
7    Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System,
8    Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB
9    Television Network Partners, L.P., plaintiffs in the action formerly numbered CV
10   01-09693, Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation,
11   Twentieth Century Fox Film Corporation, Universal City Studios Productions, Inc.,
12   Fox Broadcasting Company, plaintiffs in the action formerly numbered CV 01-
13   09801, Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc.,
14   Columbia TriStar Television, Inc., and TriStar Television, Inc., plaintiffs in the
15   action formerly numbered CV-01-10221 (collectively "Plaintiffs"), and defendants
16   ReplayTV, Inc. and SONICblue Inc. (collectively "Defendants"), as follows:
17       **WHEREAS**, Defendants filed answers to the respective complaints in
18   each of the respective actions on December 19, 2001;
19       **WHEREAS**, Defendants' answer to the complaint filed by plaintiffs
20   Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros.,
21   Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc.,
22   New Line Cinema Corporation, Castle Rock Entertainment, and The WB
23   Television Network Partners, L.P. included a counterclaim for alleged breach of
24   contract against plaintiffs Time Warner Inc. and Turner Broadcasting System, Inc.
25   (the "Counterclaim");
26       **WHEREAS**, Defendants' answers to the respective complaints in each
27   of the respective actions "demand[ed] a trial by jury of all issues in this action as to
28   which a right to jury trial exists";

| | |
|---|---|
| 1 | **WHEREAS**, Plaintiffs contend that there is no right to a jury with |
| 2 | respect to any issue in this action other than with respect to the Counterclaim; |
| 3 | **WHEREAS**, the parties agree that an extension of the time by which |
| 4 | Plaintiffs would be required to move to strike Defendants' jury demand is |
| 5 | warranted; |
| 6 | **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that: |
| 7 | 1. The time by which Plaintiffs would be required to file any motion to |
| 8 | strike Defendants' jury demand is extended to June 7, 2002. |
| 9 | 2. Notwithstanding the foregoing, at the status conference scheduled to |
| 10 | take place before the Honorable Florence-Marie Cooper on February 13, 2002 (the |
| 11 | "Status Conference"), the parties may raise the issue of whether Defendants are |
| 12 | entitled to a jury with respect to any issue in this action other than with respect to |
| 13 | the Counterclaim. The parties may include a brief legal discussion regarding |
| 14 | whether Defendants are entitled to a jury with respect to any issue in this action |
| 15 | other than with respect to the Counterclaim in any report they file in connection |
| 16 | with the Status Conference. |
| 17 | |
| 18 | Dated: January 10, 2002 |

WHITE O'CONNOR CURRY
GATTI & AVANZADO LLP

By: _____
Andrew M. White

Attorneys for Plaintiffs Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., the United Paramount Network, ABC, Inc., Viacom International Inc., CBS Worldwide Inc., and CBS Broadcasting, Inc.

3

1  Dated: January 10, 2002

WILMER, CUTLER & PICKERING

By: _____
    Thomas P. Olson

Attorneys for Plaintiffs Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., The United Paramount Network, ABC, Inc., Viacom International Inc., CBS Worldwide Inc., and CBS Broadcasting, Inc.

11  Dated: 1/10/02

O'MELVENY & MYERS LLP

By: _____
    Robert M. Schwartz

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P. Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and the WB Television Network Partners, L.P.

20  Dated: January 10, 2002

PROSKAUER ROSE LLP

By: _____
    Scott P. Cooper

Attorneys for Plaintiffs Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions, Inc., and Fox Broadcasting Company

4

1 | Dated: January 10, 2002

McDERMOTT, WILL & EMERY

By: _____
    Robert H. Rotstein

Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

Dated: _____

FENWICK & WEST LLP

By: _____
    Emmett C. Stanton

Attorneys for Defendants ReplayTV, Inc. and SONICblue Inc.

## [PROPOSED] ORDER

Good cause appearing therefor, the above stipulation of the parties is hereby ordered.

DATE: 1/11/02

_____
The Honorable Florence-Marie Cooper
United States District Court Judge

5

1  Dated: _____

2                                          McDERMOTT, WILL & EMERY

3

4                                          By: _____
                                                Robert H. Rotstein
5
                                           Attorneys for Plaintiffs Columbia
6                                          Pictures Industries, Inc., Columbia
                                           Pictures Television, Inc., Columbia
7                                          TriStar Television, Inc., and TriStar
                                           Television, Inc.
8

9  Dated: January 10, 2002

10                                         FENWICK & WEST LLP

11

12                                         By: _____
                                                Emmett C. Stanton
13
                                           Attorneys for Defendants ReplayTV,
14                                         Inc. and SONICblue Inc.

15

16

17                              **[PROPOSED] ORDER**

18       Good cause appearing therefor, the above stipulation of the parties is hereby

19  ordered.

20  DATE: _____

21
                                           _____
22                                         The Honorable Florence-Marie Cooper
                                           United States District Court Judge
23

24

25

26

27

28

                                     5

## PROOF OF SERVICE BY MAIL

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 1999 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-6035. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On January 10, 2002, I served the following:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE TO STRIKE JURY DEMAND**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 10, 2002, at Los Angeles, California.

Stacie V. Straw

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Emmett C. Stanton, Esq.<br>Fenwick & West LLP |
| 4 | Two Palo Alto Square<br>Palo Alto, California 94306 |
| 5 | |
| 6 | Scott P. Cooper, Esq.<br>Proskauer Rose LLP |
| 7 | 2049 Century Park East<br>Suite 3200 |
| 8 | Los Angeles, California 90067 |
| 9 | Thomas P. Olson, Esq.<br>Wilmer, Cutler & Pickering |
| 10 | 2445 M Street, NW<br>Washington, D.C. 20037 |
| 11 | |
| 12 | Andrew M. White, Esq.<br>White O'Connor Curry Gatti |
| 13 | & Avanzado LLP<br>101000 Santa Monica Boulevard |
| 14 | Los Angeles, California 90067 |
| 15 | Robert H. Rotstein, Esq.<br>McDermott, Will & Emery |
| 16 | 2049 Century Park East |
| 17 | 34th Floor<br>Los Angeles, California 90067 |
| 18 | |