NAME, ADDRESS AND TELEPHONE
NUMBER OF ATTORNEY(S)
Ronald A. Klain, Esq.
O'Melveny & Myers LLP
555 13th Street, NW, #500W
Washington, DC  20004
(202) 383-5317

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Paramount Pictures Corporation, et al.

PLAINTIFF(S),

v.

ReplayTV Inc. & SONICblue Inc.

DEFENDANT(S).

CASE NUMBER:
CV 01-09358 FMC

APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC CASE

FILED
CLERK US DISTRICT COURT
FEB 12 2002
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

*NOTICE: Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies.

I,  Ronald A. Klain  , hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: Paramount Pictures Corporation, et al.  by whom I have been retained.

I am associated with the law firm of  O'Melveny & Myers, LLP
whose offices are located at:  555 13th Street, NW, #500W, Washington, DC  20004
telephone number: ( 202 ) 383-5300          FAX number: (202) 383-5414

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| District of Columbia Court of Appeals | 7/9/99 |
| | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within 3 years of this application, made *pro hac vice* applications to this Court in the following actions:

| NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED* |
|---|---|---|
| None | | |

ENTERED ON JCMS
FEB 13 2002
CV

31

G-64 (4/00)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

I designate  Robert Schwartz                                              of the law firm
of  O'Melveny & Myers, LLP                                              whose address is:
    1999 Avenue of the Stars, 7th Floor, Los Angeles, CA  90067

telephone number: ( 310 ) 246-6835         FAX number: ( 310 ) 246-6779

who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: 1/31/02

_____
(APPLICANT)

My resident address is: 3408 Taylor Street, Chevy Chase, MD  20815

telephone number: ( 301 ) 654-6238         FAX number: ( 301 ) 654-0514

I hereby consent to the foregoing designation.

Date: 2/4/02

_____
(DESIGNEE)

California State Bar No. 117166

[STAMP: FILED FEB 12 2002 CLERK, U.S. DISTRICT COURT]

**ORDER**

THE APPLICATION TO APPEAR *PRO HAC VICE* AS REQUESTED IN THE ABOVE-ENTITLED CASE IS HEREBY:   ☒ GRANTED.
   ☐ DENIED AND FEE ORDERED RETURNED.

Date: FEB 12 2002

_____
UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

G-64 (4/00)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## PROOF OF SERVICE

I, Nori Zeliff, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-6035. On February 7, 2002, I served the within documents:

Application of Non-Resident Attorney To Appear in a Specific Case

☐ by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date at approximately 9:39 AM. The outgoing facsimile machine telephone number in this office is 310-246-6779. The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted. A copy of the transmission report(s) for the service of this document, properly issued by the facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

X by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by _____, which is an express carrier.

CC1:553368.1

| | | |
|---|---|---|
| 1 | ☐ | by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope, with Express Mail postage fully prepaid to the person(s) listed above, and placing the envelope for collection and mailing today with the United States Postal Service as an Express Mail item in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail correspondence for mailing with the United States Postal Service. In the ordinary course of business, Express Mail correspondence collected from me would be processed on the same day, with Express Mail postage thereon fully prepaid, and placed for deposit that day with the United States Postal Service by depositing it that same day in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail. |

See attached service list.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 7, 2002, at Los Angeles, California.

_____
Nori Zeliff

CC1:553368.1

2

## SERVICE LIST

Emmett C. Stanton, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, California 94306

Scott P. Cooper, Esq.
Proskauer Rose LLP
2049 Century Park East
Suite 3200
Los Angeles, California 90067

Thomas P. Olson, Esq.
Wilmer, Cutler & Pickering
2445 M Street, NW
Washington, D.C. 20037

Andrew M. White, Esq.
White O'Connor Curry Gatti
   & Avanzado LLP
101000 Santa Monica Boulevard
Los Angeles, California 90067

Robert H. Rotstein, Esq.
McDermott, Will & Emery
2049 Century Park East
34th Floor
Los Angeles, California 90067

CC1:553368.1