UNITED STATES DISTRICT COURT          Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)            Date:  February 22, 2002

Title:   PARAMOUNT PICTURES CORP., et al.
         v REPLAYTV, INC., et al.
=================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,    JUDGE

       Alicia Mason                      Pat Cuneo
       Courtroom Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Thomas P. Olson                       Laurence Pulgram
Andrew M. White                       Emmett Stanton
Robert Schwartz
Mark Snyder
Scott Cooper
Robert Rotstein
Lisa Stone

PROCEEDINGS:    STATUS CONFERENCE

The conference is held. The Court sets the following briefing schedule on the issues of a) the right to a jury trial on defenses to the plaintiff's case and b) how a court trial of the plaintiff's case could affect any aspect(s) of the cross-complaint:

       March 18, 2002            Defense brief
       April 8, 2002             Plaintiff's brief
       April 15, 2002            Defense response.

The Court sets a further status conference and demonstration of technology on **April 18, 2002 at 2:30 p.m.**; determination to be made as to whether this will be held in the courtroom, or off-site.



MINUTES FORM 11                          Initials of Deputy Clerk
CIVIL - GEN

34