THOMAS P. OLSON (pro hac vice)
WILMER, CUTLER & PICKERING
2445 M Street, NW
Washington, DC 20037
Telephone: (202) 663-6000 / Facsimile: (202) 663-6363
*Attorneys for the Paramount, Disney & Viacom Plaintiffs*

ROBERT M. SCHWARTZ (Cal. Bar No. 117166)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700 / Facsimile: (310) 246-6779
*Attorneys for the Time Warner Plaintiffs*

SCOTT P. COOPER (Cal. Bar No. 96905)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
Telephone: (310) 557-2900 / Facsimile: (310) 557-2193
*Attorneys for the MGM, Fox & Universal Plaintiffs*

ROBERT H. ROTSTEIN (Cal. Bar No. 72452)
McDERMOTT, WILL & EMERY
2049 Century Park East, 34th Floor
Los Angeles, California 90067
Telephone: (310) 284-6101 / Facsimile: (310) 277-4730
*Attorneys for the Columbia Plaintiffs*

[Full counsel appearances on signature page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., *et al.*, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No.: CV 01-09358 FMC (Ex) <br><br> Hon. Charles F. Eick <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DISCOVERY MOTIONS <br><br> Discovery Cutoff: May 31, 2002 <br><br> Pretrial Conference: July 29, 2002 <br><br> Trial Date: August 20, 2002 |

FILED
FILED
CLERK, U.S DISTRICT COURT
APR - 1 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED ON ICMS
APR - 9 2002
CV

3660/48424-006 LAWORD/5812

47

1       WHEREAS, the parties have met and conferred extensively on the discovery

2   matters as to which the parties have disagreement;

3

4       WHEREAS, there remain issues that are the subject of three separate

5   motions:  (a)  Plaintiffs' Motion for Protective Order and Defendants' Cross-

6   Motion to Compel (the "First Motion"); (b)  Defendants' Motion to Compel (the

7

8   "Second Motion"); and (c)  Plaintiffs' Motion to Compel (the "Third Motion")

9   (collectively, the "Discovery Motions"); and

10

11      WHEREAS, the parties agree that the Discovery Motions shall be heard on

12  the same date, and respectfully request that the Court set the hearing on the Third

13  Motion on 18 days notice, rather than 21 days notice:

14

15              **STIPULATION**

16      IT IS HEREBY AGREED AND STIPULATED, by and between Plaintiffs

17  and Defendants, through their respective attorneys of record, as follows:

18

19      1.  The Discovery Motions will be heard by special setting on Tuesday, April

20  23, 2002, at 9:00 a.m.

21

22      2.  The Joint Stipulation on the First Motion shall be filed as soon as possible

23  but, in any event, no later than Tuesday, April 2, 2002.

24

25      3.  Plaintiffs' portion of the Joint Stipulation on the Second Motion shall be

26  served by email on Defendants by or before noon on Friday, March 29, 2002.  The

27  Joint Stipulation on the Second Motion shall be filed on Tuesday, April 2, 2002.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4. Supplemental briefs of the parties, if any, in support of the First Motion and the Second Motion shall be served by email and facsimile and filed in accordance with the usual schedule set forth in Local Rule 37 on Tuesday, April 9, 2002.

5. Defendants' portion of the Joint Stipulation on the Third Motion shall be served by email on Plaintiffs by or before noon on Wednesday, April 3, 2002. The Joint Stipulation on the Third Motion shall be filed on Friday, April 5, 2002. Supplemental briefs of the parties, if any, in support of the Third Motion shall be served by email and facsimile and filed on Thursday, April 11, 2002.

6. Defendants have included or will include as attachments to the Joint Stipulations certain declarations which include prior filings in these actions as well as other information addressed by Defendants in their portions of the Joint Stipulations. Plaintiffs object to these attachments contending they are improper under the Local Rules. Defendants contend that these attachments are proper under the Local Rules and necessary to the resolution of the Discovery Motions. Plaintiffs intend to move to strike any declarations that Defendants have attached or will attach in connection with any of the Discovery Motions, and Defendants intend to oppose such motions. The parties therefore agree that Plaintiffs' motions to strike Defendants' declarations attached to the Joint Stipulations shall be served by email and facsimile and filed on Tuesday, April 9, 2002. Defendants' oppositions to the motions to strike shall be served by email and facsimile and filed

1   on Tuesday, April 16, 2002.  Reply papers, if any, shall be served by email and

2   facsimile and filed on Thursday, April 18, 2002.

3

4       7.  Except as expressly so stipulated, the Local Rules will continue to control all

5   other aspects of the parties' briefing of the Discovery Motions.

6

7

8   DATED:  March 29, 2002              PROSKAUER ROSE LLP

9

10                                      By: _____

11                                              Simon Block

12                                      Attorneys for Plaintiffs Metro-Goldwyn-
                                        Mayer Studios Inc., Orion Pictures
13                                      Corporation, Twentieth Century Fox Film
                                        Corporation, Universal City Studios
14                                      Productions, Inc., and Fox Broadcasting
                                        Company
15

16                                      WHITE O'CONNOR CURRY
                                        GATTI & AVANZADO LLP
17
                                        Signed by Simon Block with permission of
18                                      counsel

19                                      By: _____

20                                              Andrew M. White

21                                      Attorneys for Plaintiffs Paramount Pictures
                                        Corporation, Disney Enterprises, Inc.,
22                                      National Broadcasting Company, Inc., NBC
                                        Studios, Inc., Showtime Networks Inc., The
23                                      United Paramount Network, ABC, Inc.,
                                        Viacom International Inc., CBS Worldwide
24                                      Inc., and CBS Broadcasting Inc.

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILMER, CUTLER & PICKERING**

Signed by Simon Block with permission of counsel

By: _Thomas P. Olson_____
Thomas P. Olson

Attorneys for Plaintiffs Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., The United Paramount Network, ABC, Inc., Viacom International Inc., CBS Worldwide Inc., and CBS Broadcasting Inc.

**O'MELVENY & MYERS LLP**

Signed by Simon Block with permission of counsel

By: _Robert M. Schwartz_____
Robert M. Schwartz

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners, L.P.

1

2

MCDERMOTT, WILL & EMERY

3
Signed by Simon Block with permission of
counsel

4
By: _Robert H Rotstein_

5
Robert H. Rotstein

6
Attorneys for Plaintiffs Columbia Pictures
Industries, Inc., Columbia Pictures
7
Television, Inc., Columbia TriStar
Television, Inc., and TriStar Television, Inc.
8

9

10
FENWICK & WEST LLP

11

12
By: _____

13
Laurence Pulgram

14
Attorneys for Defendants ReplayTV, Inc.
and SONICblue Incorporated
15

16
### [PROPOSED] ORDER

17
Good cause appearing therefor,

18

19
IT IS ORDERED that:

20
1.  The Discovery Motions will be heard by special setting on Tuesday, April

21

22
23, 2002, at 9:00 a.m. *unless the Court otherwise orders.*

23
2.  The Joint Stipulation on the First Motion shall be filed as soon as possible

24
but, in any event, no later than Tuesday, April 2, 2002.

25

26

27

28

MCDERMOTT, WILL & EMERY

Signed by Simon Block with permission of counsel

By: _____
        Robert H. Rotstein

Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

FENWICK & WEST LLP

By: _____
        Laurence Pulgram

Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated

## [PROPOSED] ORDER

Good cause appearing therefor,

IT IS ORDERED that:

1. The Discovery Motions will be heard by special setting on Tuesday, April 23, 2002, at 9:00 a.m.

2. The Joint Stipulation on the First Motion shall be filed as soon as possible but, in any event, no later than Tuesday, April 2, 2002.

3.  Plaintiffs' portion of the Joint Stipulation on the Second Motion shall be served by email on Defendants by or before noon on Friday, March 29, 2002.  The Joint Stipulation on the Second Motion shall be filed on Tuesday, April 2, 2002.

4.  Supplemental briefs of the parties, if any, in support of the First Motion and the Second Motion shall be served by email and facsimile and filed in accordance with the usual schedule set forth in Local Rule 37 on Tuesday, April 9, 2002.

5.  Defendants' portion of the Joint Stipulation on the Third Motion shall be served by email on Plaintiffs by or before noon on Wednesday, April 3, 2002.  The Joint Stipulation on the Third Motion shall be filed on Friday, April 5, 2002. Supplemental briefs of the parties, if any, in support of the Third Motion shall be served by email and facsimile and filed on Thursday, April 11, 2002.

6.  Plaintiffs' motions to strike any declarations submitted by Defendants as attachments to the Joint Stipulations in connection with any of the Discovery Motions shall be served by email and facsimile and filed on Tuesday, April 9, 2002.  Defendants' oppositions to the motions to strike shall be served by email and facsimile and filed on Tuesday, April 16, 2002.  Reply papers, if any, shall be served by email and facsimile and filed on Thursday, April 18, 2002.

7. Except as expressly set forth above, the Local Rules will continue to control all other aspects of the parties' briefing of the Discovery Motions.

DATED: ~~March~~ *April 1*, 2002

HONORABLE CHARLES F. EICK
United States Magistrate Judge