# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORP., et al.

NOTICE

v.

REPLAYTV, INC., et al.

CASE NO: CV01-9358-FMC(Ex)

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

_TYPE OF CASE:    **XX CIVIL**    __CRIMINAL

____ **TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

PLACE:                                    DATE AND TIME:

TYPE OF PROCEEDING:

DEFENDANTS' MOTION TO COMPEL DISCOVERY

__x__ **TAKE NOTICE** that a proceeding in this case has been advanced as indicated below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | ADVANCED TO DATE AND TIME: |
|---|---|---|
| 312 N. Spring St., 3rd Fl. Courtroom 20 Los Angeles, CA 90012 | April 26, 2002 at 9:00 a.m. | April 23, 2002 at 9:00 a.m. |

Charles F. Eick
U.S. MAGISTRATE JUDGE

__April 5, 2002__
DATE

(By) DEPUTY CLERK

ENTERED ON ICMS
APR - 9 2002

48