UNITED STATES DISTRICT COURT     Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

### CIVIL MINUTES - GENERAL

Case No.   CV 01-9358 FMC(Ex)      Date:   April 12, 2002

Title:   PARAMOUNT PICTURES CORP., et al.
       v REPLAYTV, INC., et al.

========================================================================

PRESENT:

     THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

| Alicia Mason | Pat Cuneo |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Thomas P. Olson                 Laurence Pulgram
Robert Rotstein                 Emmett Stanton
Robert Schwartz
Scott Cooper

PROCEEDINGS:    TELEPHONIC STATUS CONFERENCE (In Chambers)

Conference is held. The parties and Court discuss the upcoming demonstration of the equipment which is the subject of this lawsuit. The Court resolves the various issues raised by counsel concerning the scope of the demonstration and confirms that it will be conducted Thursday, April 18 at 2:30 pm at the New Otani Hotel. Magistrate Judge Eick will also attend.



MINUTES FORM 11                             Initials of Deputy Clerk
CIVIL - GEN