UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

 P Send

CIVIL MINUTES - GENERAL

Case No.   CV 01-9358 FMC(Ex)            Date:   April 17, 2002

Title:   PARAMOUNT PICTURES CORP., et al.
         v REPLAYTV, INC., et al.
==================================================================
PRESENT:
                THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

            Alicia Mason                     Not present
           Courtroom Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                          Not present


PROCEEDINGS:   SETTING OF TELEPHONIC STATUS CONFERENCE (In Chambers)

The Court GRANTS parties' request for a further status conference. A telephonic status conference is hereby set on **Friday, April 26, 2002 at 2:00 p.m.** Plaintiff counsel shall initiate the call to chambers.

ENTERED ON ICMS
APR 18 2002
CV

MINUTES FORM 11                      Initials of Deputy Clerk ___
CIVIL - GEN