UNITED STATES DISTRICT COURT                        Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)              Date:  April 18, 2002

Title:    PARAMOUNT PICTURES CORP., et al.
          v REPLAYTV, INC., et al.

===============================================================================
PRESENT:

                THE HONORABLE FLORENCE-MARIE COOPER,    JUDGE

            Alicia Mason                       Pat Cuneo
          Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Thomas P. Olson                       Laurence Pulgram
Robert Rotstein                       Emmett Stanton
Robert Schwartz
Scott Cooper
Andrew White
Mark Snyder
Lisa Stone
Alan Rader
Ben Sheffner
Simon Block

                          ALSO PRESENT:
                      Magistrate Judge Eick
               Craig Thomas from National TeleConsultants
                    Andrew Wolfe from SONICblue

PROCEEDINGS:   OFF-SITE TECHNOLOGY DEMONSTRATION

The demonstration is held at the New Otani Hotel.

ENTERED ON ICMS
APR 22 2002

MINUTES FORM 11                       Initials of Deputy Clerk ___
CIVIL - GEN