Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No. CV 01-9358-FMC(Ex)          Date April 23, 2002

Title PARAMOUNT PICTURES CORP. -vs- REPLAYTV, INC., et al.
================================================================
DOCKET ENTRY
================================================================
PRESENT:
   <u>HON. CHARLES F. EICK, MAGISTRATE JUDGE</u>

   <u>Stacey Hamilton</u>                <u>Tape # 02-17, 02-18 & 02-19</u>
   Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLTFS:      ATTORNEYS PRESENT FOR DEFTS:

Tom Olson                         Emmett Stanton
Robert Rotstein                   Laurence Pulgram
Scott Cooper
Simon Block
Mark Snyder
Alan Rader
Andrew White
Lisa Stone


PROCEEDINGS: 1) DEFENDANTS' MOTION TO COMPEL DISCOVERY
             2) PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
             3) DEFENDANTS' CROSS-MOTION TO COMPEL
             4) PLAINTIFFS' MOTION TO COMPEL
             5) PLAINTIFFS' MOTION TO STRIKE

        Case called.  Counsel make their appearances.
   Plaintiff's motion to strike is denied.  The Court
   hears argument.

        Matters are taken under submission.


   cc: Judge Cooper
       All Counsel of Record

       ENTERED ON ICMS
       APR 25 2002
       CV

                                     initials of deputy clerk

                                                          74