UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)          Date:  April 18, 2002

Title:   PARAMOUNT PICTURES CORP., et al.
         v REPLAYTV, INC., et al.

==================================================================

PRESENT:
         THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

         Alicia Mason                    Not present
         Courtroom Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                            Not present


PROCEEDINGS:    ORDER ON RIGHT TO TRIAL BY JURY    (In Chambers)

The Court has read the Defendants' Brief in support of Jury Trial, Plaintiffs' Opposition thereto, and Defendants' Reply. The Court will defer ruling on the question of whether and to what extent Defendants are entitled to a trial by jury until after it has considered the parties' anticipated motions for summary judgment.



ENTERED ON ICMS
APR 25 2002
CV

MINUTES FORM 11                        Initials of Deputy Clerk
CIVIL - GEN

75