**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES-GENERAL**</u>

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**Case No.** <u>CV 01-9358-FMC (Ex)</u>                    **Date:** <u>April 26, 2002</u>

**Title:** <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

**HON.  CHARLES F. EICK, JUDGE**

<u>STACEY HAMILTON</u>                    <u>N/A</u>
DEPUTY CLERK                               COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                        None

ENTERED ON ICMS
APR 29 2002
CV

**PROCEEDINGS:**    (IN CHAMBERS)                    (Page 1 of 3)

The Court has read and considered all papers filed in support of and in opposition to
"Plaintiffs' Motion for Protective Order" ("Plaintiffs' Motion") and "Defendants' Cross-Motion to
Compel" ("Defendants' Cross-Motion"), filed April 3, 2002.  The Court heard oral argument on
April 23, 2002.

Plaintiffs shall conduct a reasonable, diligent, good faith search for documents and
information within their possession, custody or control, responsive to the document requests and
interrogatories referenced herein.  Then, within thirty (30) days of the date of this order, Plaintiffs
shall produce all non-privileged documents (including drafts) responsive to the document requests
referenced herein and shall answer the interrogatories referenced herein.

To the extent the Court now orders production and answers, the Court has found: (a) the
subject discovery is "relevant" within the meaning of Rule 26(b)(1) of the Federal Rules of Civil
Procedure; (b) Plaintiffs have failed to carry their burden of establishing that the subject discovery is
unduly burdensome and otherwise have failed to demonstrate "good cause" for a protective order;
(c) the discovery sought should not otherwise be limited under Rule 26(b)(2) of the Federal Rules of
Civil Procedure; and (d) the asserted objections should be overruled.

78

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>                    Date:  <u>April 26, 2002</u>

Title:  <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

> HON.  <u>CHARLES F. EICK</u>, JUDGE

> <u>STACEY HAMILTON</u>                           <u>N/A</u>
> **DEPUTY CLERK**                              **COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

> None                                            None

**PROCEEDINGS:     (IN CHAMBERS)**                    (Page 2 of 3)

The document requests and interrogatories "referenced herein" are:  Replay Document Requests Nos. 43, 45, 46, 47 and 48; SONICblue Document Requests Nos. 5 (limited to summary-type documents from January 1, 1997 to the present); SONICblue Document Request No. 33 (limited to January 1, 1997 to the present); Replay Document Request No. 19 (limited to documents sufficient to show evaluations and analyses of the efficacy, effectiveness, persuasiveness or value of commercial advertising shown during television programming); Replay Document Request No. 20 (limited to documents sufficient to show plans, evaluations or analyses of alternatives or supplements to traditional commercial advertising as a means of supporting television programming, limited to January 1, 1997 to the present); Replay Interrogatory No. 11(c), (e), and (g); SONICblue Document Request No. 1 (limited to documents sufficient to show Plaintiffs' plans, strategies and efforts to market, advertise or sell in each of the markets that Plaintiffs predict injury by ReplayTV 4000, from 1997 to the present); Replay Document Request No. 21 (limited to summary-type documents from January 1, 1997 to the present); Replay Document Request No. 22 (limited to summary-type documents from January 1, 1997 to the present); Replay Document Request No. 53 (limited to documents reflecting the identified communications); Replay Document Request No. 54 (limited to summary-type documents); Replay Document Request No. 55; Replay Document Request 56 (limited to documents reflecting the identified communications); Replay Interrogatory No. 11(f); and Replay Interrogatory No. 14.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>                    Date: <u>April 26, 2002</u>

Title: <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

### HON.  CHARLES F. EICK, JUDGE

<u>STACEY HAMILTON</u>                    <u>N/A</u>
DEPUTY CLERK                         COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                          None

**PROCEEDINGS:    (IN CHAMBERS)**                    (Page 3 of 3)

To the extent Defendants previously agreed or subsequently agree to limit the scope of any of the discovery requests referenced herein, the scope of this order is limited correspondingly.

Except as expressly stated herein, Defendants' Cross-Motion is denied.  However, the Court expects that, within the same time frame established by this order, Plaintiffs will fulfill all of their prior promises to provide discovery pertaining to the subject matter of Defendants' Cross-Motion. Except as reflected by the partial denial of Defendants' Cross-Motion, Plaintiffs' Motion is denied.

Any party seeking review of this order shall cause the preparation and filing of a transcript of the April 23, 2002 hearing.

cc:    Judge Cooper
       All Counsel of Record