UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority   ✓
Send       ✓
Enter      ___
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

**CIVIL MINUTES-GENERAL**

Case No. CV 01-9358-FMC (Ex)                             Date: April 26, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

STACEY HAMILTON                              N/A
DEPUTY CLERK                                 COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                         None

[ENTERED ON ICMS  APR 29 2002  CV]

**PROCEEDINGS:**     (IN CHAMBERS)                              (Page 1 of 4)

    The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel Discovery" ("the Motion"), filed April 2, 2002. The Court heard oral argument on April 23, 2002.

    Plaintiffs shall conduct a reasonable, diligent, good faith search for documents and information within their possession, custody or control, responsive to the document requests and interrogatories referenced herein. Then, within thirty (30) days of the date of this order, Plaintiffs shall produce all non-privileged documents (including drafts) responsive to the document requests referenced herein and shall answer the interrogatories referenced herein.

    To the extent the Court now orders production and answers, the Court has found: (a) the subject discovery is "relevant" within the meaning of Rule 26(b)(1) of the Federal Rules of Civil Procedure; (b) Plaintiffs have failed to carry their burden of establishing that the subject discovery is unduly burdensome and otherwise have failed to demonstrate "good cause" for a protective order; (c) the discovery sought should not otherwise be limited under Rule 26(b)(2) of the Federal Rules of Civil Procedure; and (d) the asserted objections should be overruled.

79

Initials of Deputy Clerk

MINUTES FORM 11
CIVIL-GEN                                    D-M

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No. CV 01-9358-FMC (Ex)     Date: April 26, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY HAMILTON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None     None

**PROCEEDINGS:   (IN CHAMBERS)**                                              (Page 2 of 4)

      The document requests and interrogatories "referenced herein" are: ReplayTV Document Request No. 1 (limited to documents pertaining to commercial avoidance behavior); ReplayTV Document Request No. 7; ReplayTV Document Request No. 11; ReplayTV Document Request No. 2 (limited to January 1, 1992 to the present); ReplayTV Document Request No. 10 (limited to January 1, 1992 to the present); ReplayTV Document Request No. 12 (limited to January 1, 1992 to the present); ReplayTV Document Request No. 15 (limited to January 1, 1992 to the present); ReplayTV Document Request No. 26; ReplayTV Document Request No. 4; ReplayTV Document Request No. 17; ReplayTV Document Request No. 5 (limited to January 1, 1992 to the present); ReplayTV Document Request No. 13 (limited to January 1, 1992 to the present); ReplayTV Document Request No. 27; ReplayTV Document Request No. 28; ReplayTV Document Request No. 29; ReplayTV Document Request No. 30; ReplayTV Document Request No. 31; ReplayTV Document Request No. 32; ReplayTV Document Request No. 33; ReplayTV Document Request No. 34; ReplayTV Document Request No. 36; ReplayTV Document Request No. 37; ReplayTV Document Request No. 38; ReplayTV Document Request No. 39; ReplayTV Document Request No. 40; ReplayTV Document Request No. 41; ReplayTV Document Request No. 50; ReplayTV Interrogatory No. 1; ReplayTV Interrogatory No. 2; ReplayTV Interrogatory No. 3; ReplayTV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No. CV 01-9358-FMC (Ex)  Date: April 26, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY HAMILTON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

None    None

**PROCEEDINGS:** (IN CHAMBERS)    (Page 3 of 4)

Document Request No. 51; ReplayTV Document Request No. 52; SONICblue Document Request No. 12; SONICblue Document Request No. 14 (limited to documents constituting such SONICblue Document Request No. 15; SONICblue Document Request No. 16 (limited to all documents reflecting the identified subject matters); SONICblue Document Request No. 17 (limited to documents constituting such licenses, agreements or communications); ReplayTV Document Request No. 64 (limited to documents constituting such communications); ReplayTV Document Request No. 65 (limited to documents sufficient to show such investments or loans); ReplayTV Document Request No. 24; ReplayTV Interrogatory No. 9 to Paramount, MGM and Columbia; SONICblue Document Request No. 35 to MGM; SONICblue Interrogatory No. 29 to MGM and Columbia; ReplayTV Document Request No. 66; SONICblue Interrogatory No. 8 (excluding consultative experts retained in connection with this litigation); SONICblue Interrogatory No. 9; ReplayTV Document Request No. 18; ReplayTV Interrogatory No. 6; ReplayTV Interrogatory No. 7; and SONICblue Document Request No. 2.

For purposes of the discovery ordered herein, the term "commercial advance" shall be interpreted in accordance with Defendants' definition of the term.

MINUTES FORM 11    Initials of Deputy Clerk
CIVIL-GEN    D-M

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)           Date: April 26, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

DOCKET ENTRY

---

PRESENT:

HON. CHARLES F. EICK, JUDGE

STACEY HAMILTON           N/A
DEPUTY CLERK           COURT REPORTER

ATTORNEYS PRESENT FOR PLAINTIFFS      ATTORNEYS PRESENT FOR DEFENDANTS:

None           None

PROCEEDINGS:    (IN CHAMBERS)           (Page 4 of 4)

      To the extent the parties still cannot agree regarding the disputes set forth under XVIII of the Joint Stipulation (pp. 151-162), the disputes shall be resolved in accordance with the positions advocated by Defendants.

      To the extent Defendants previously agreed or subsequently agree to limit the scope of any of the discovery requests referenced herein, the scope of this order is limited correspondingly.

      Except as expressly stated herein, the Motion is denied. However, the Court expects that, within the same time frame established by this order, Plaintiffs will fulfill all of their prior promises to provide discovery pertaining to the subject matter of the Motion.

      Any party seeking review of this order shall cause the preparation and filing of a transcript of the April 23, 2002 hearing.

     cc:    Judge Cooper
            All Counsel of Record

MINUTES FORM 11           Initials of Deputy Clerk
CIVIL-GEN           D-M