UNITED STATES DISTRICT COURT  P Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)              Date: April 26, 2002

Title:  PARAMOUNT PICTURES CORP., et al.
        v REPLAYTV, INC., et al.
========================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

        Alicia Mason                         Pat Cuneo
        Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Thomas P. Olson                         Laurence Pulgram
Robert Schwartz                         Emmett Stanton
Scott Cooper                            Robert Rotstein

PROCEEDINGS:  TELEPHONIC STATUS CONFERENCE (In Chambers)

The Court conferred with counsel concerning scheduling. At the conclusion of the parties' presentations, the Court issued the following amended scheduling order:

> Document discovery is to be completed by:      June 30, 2002
> Depositions to be completed by:                August 31, 2002
> Expert discovery exchange completed by:        October 25, 2002
> (Both initial and rebuttal expert reports are to be exchanged simultaneously)
>
> Summary Judgment Motions:
>     Motion filing                              November 4, 2002
>     Opposition                                 November 25, 2002
>     Reply                                      December 9, 2002
>     Hearing                                    **December 23, 2002 at 10:00 am**

The matter will be set for pre-trial conference and trial following the Court's ruling on the parties' Summary Judgment Motions. All earlier scheduled dates and deadlines are hereby VACATED.



MINUTES FORM 11            ENTERED ON ICMS          Initials of Deputy Clerk
CIVIL - GEN                   30
                           APR 30 2002