UNITED STATES DISTRICT COURT   P Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)                    Date:  May 6, 2002

Title:    PARAMOUNT PICTURES CORP., et al.
          v REPLAYTV, INC., et al.
================================================================
PRESENT:

           THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

        Alicia Mason                        Not present
       Courtroom Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                           Not present

PROCEEDINGS:   ORDER GRANTING TELEPHONIC EX PARTE REQUEST TO AMEND MINUTE
               ORDER    (In Chambers)

The Court, having received a telephonic request from Laurence Pulgram that the Court's minute order of April 26, 2002 be amended, hereby GRANTS counsel's request. The minute order of April 26, 2002 is amended as follows:

Expert **and fact** discovery exchange completed by:  October 25, 2002.



ENTERED ON ICMS
MAY - 7 2002
CV

MINUTES FORM 11                              Initials of Deputy Clerk ___
CIVIL - GEN

83