UNITED STATES DISTRICT COURT  P S E N D
CENTRAL DISTRICT OF CALIFORNIA  ENT NO J'S-6

**\*\*AMENDED ON MAY 9, 2002\*\***

CIVIL MINUTES - GENERAL

Case No.: CV 01-9358 FMC(Ex)  Date: December 13, 2001
and related cases CV 01-9693 FMC(Ex)
CV 01-9801 FMC(Ex)
CV 01-10221 DT(FMOx)

Title: PARAMOUNT PICTURES CORPORATION, et al. v REPLAYTV, INC., et al.
TIME WARNER ENTERTAINMENT COMPANY, et al. v REPLAYTV, INC, et al.
METRO-GOLDWYN-MAYER STUDIOS, INC., et al. v REPLAYTV, INC., et al.
COLUMBIA PICTURES INDUSTRIES, INC., et al. v REPLAYTV, INC., et al.

PRESENT:

HONORABLE FLORENCE-MARIE COOPER, UNITED STATES DISTRICT JUDGE

Alicia Mason  Pat Cuneo
Deputy Clerk  Court Reporter

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Thomas P. Olson(telephonic appearance)  Laurence Pulgram
Andrew M. White  Emmett Stanton
Robert M. Schwartz
Mark A. Snyder
Scott P. Cooper
Robert H. Rotstein
Lisa E. Stone



ENTERED ON ICMS
MAY 10 2002
CV

PROCEEDINGS: STATUS CONFERENCE AND CONSOLIDATION OF CASES
UNDER CASE NUMBER CV 01-9358 FMC(Ex)
and TERMINATION OF CASE NUMBERS: CV 01-9693 FMC(Ex),
CV 01-9801 FMC(Ex), CV 01-10221 DT(FMOx)

The Court ORDERS the transfer of case CV 01-10221 from Judge Dickran Tevrizian to Judge Florence-Marie Cooper. The Court hears the parties on the issue of consolidation. The Court ORDERS the above-referenced cases so consolidated for all purposes and for trial. For ease of record keeping, the Court orders that all further documents and proceedings occur under Case Number CV 01-9358, and that Case Numbers CV 01-9693, CV 01-9801 and CV 01-10221 be closed. The Court further ORDERS the transfer of Magistrate Judge for discovery in CV 01-10221 from Magistrate Olguin to Magistrate

Judge Charles Eick; the case number will now read: CV 01-10221 FMC(Ex).

**All plaintiffs and counsel in case numbers 01-9693, 01-9801 and 01-10221 are ordered added to the docket under the remaining case number: CV 01-9358 FMC(Ex).**

The Court DENIES defendants' request that plaintiffs be required to file a single Consolidated Complaint in the new action. The Court finds that it is unnecessary to appoint lead counsel to represent the plaintiffs, or to limit the number of attorneys who may take or participate in depositions. All counsel agree to submit consolidated discovery requests whenever possible, and agree that defendants will propound discovery to "families" of plaintiffs. Plaintiffs agree to identify the source of documents provided in response to discovery requests. The parties advise the Court that they will work together to file joint briefs whenever possible. The Court indicates that the issue of expert witness designation is premature.

The Court sets January 15, 2002 as the deadline for plaintiff to disclose the names of employee witnesses they expect to call for trial as to the issues that have been identified. The Court also set the following schedule:

| | |
|---|---|
| Discovery cut-off | May 31, 2002 |
| Motion cut-off | July 1, 2002 |
| Pretrial Conference | **July 29, 2002 at 9:30 a.m.** |
| Trial date | **August 20, 2002 at 9:00 a.m.** |
| Status Conference | **February 13, 2002 at 3:00 p.m.** |

**Counsel are directed to file all further documents under Case Number CV 01-9358 FMC(Ex) only.**

ENTER J'S-6 as to CV 01-9693, 01-9801, and 01-10221, only

Page 2 of 2

Initials of Deputy Clerk