LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and
SONICBLUE INCORPORATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE, INC., <br><br> Defendants, <br><br> AND RELATED ACTIONS. | Case No. 01-09358 FMC (Ex) <br><br> [Proposed] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A STAY OF MAGISTRATE JUDGE EICK'S APRIL 26 ORDER COMPELLING DEFENDANTS TO REDESIGN THEIR PRODUCT TO ELECTRONICALLY CREATE AND COLLECT INFORMATION FROM USERS <br><br> Hearing Date: Not set <br> Hearing Time: Not set <br> Judge: The Honorable Florence-Marie Cooper <br> Courtroom: 750 <br><br> Discovery Cutoff: October 25, 2002 <br> Pretrial Conference: Not set <br> Trial Date: Not set |

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE
APPLICATION FOR A STAY OF MAGISTRATE JUDGE EICK'S
APRIL 26 ORDER, CASE NO. 01-09358 FMC (Ex)

ENTERED ON ICMS
MAY 15 2002

101

The Court, having considered Defendants ReplayTV, Inc. and SONICblue Incorporated's Ex Parte Application For A Stay Of Magistrate Judge Eick's April 26 Order Compelling Defendants To Redesign Their Product To Electronically Create And Collect Information From Users, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Defendants' Ex Parte Application is GRANTED, and that the following portion of Magistrate Judge Eick's April 26 Order with respect to Plaintiffs' Motion to Compel is stayed pending further order of this Court:

> [W]ithin sixty (60) days of the date of this order, Defendants shall do that which Plaintiffs sought to be ordered at page 43, line 7 through page 44, line 10 of the 'Joint Stipulation for Plaintiffs' Motion to Compel,' filed April 5, 2002. Unless Plaintiffs elect to excuse Defendants from compliance with this part of the order, Plaintiffs shall bear three-quarters of the reasonable cost of Defendants' compliance with this part of the order.

**IT IS SO ORDERED.**

DATED: May 14, 2002.

The Hon. Florence-Marie Cooper
United States District Court

22407/00401/LIT/1130738.1

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE
APPLICATION FOR A STAY OF MAGISTRATE JUDGE EICK'S     1
APRIL 26 ORDER, CASE NO. 01-09358 FMC (EX)