ORIGINAL

LODGED

CLERK U.S. DISTRICT COURT
FILED
05-20-02
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | Case No.: CV 01-9358 FMC (Ex) <br><br> The Honorable Florence-Marie Cooper <br><br> [~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF |

For good cause shown, the Court hereby GRANTS the *Ex Parte* Application for Leave to File *Amici Curiae* Brief in Support of Defendants' Objections to Magistrate Judge's Order filed by Consumer Electronics Association, Information Technology Association of America, Computer & Communications, Industry Association, and Association for Competitive Technology.

Dated: _____    _____
ENTERED ON ICMS
MAY 21 2002

Hon. Florence-Marie Cooper
United States District Court Judge

C:\NrPortbl\PALIB1\UGA\2132107_1.DOC

# PROOF OF SERVICE

I, Maryanne Batinic declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

      **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**

      ***EX PARTE* APPLICATION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER (MEMORANDUM OF POINTS AND AUTHORITIES INCLUDED)**

      **BRIEF OF TECHNOLOGY INDUSTRY *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER**

☒   By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date in an envelope or package with delivery fees paid or provided for, addressed to the persons on whom it is to be served, as set forth on the attached service list.

☒   By consigning the document(s) to an express mail service with delivery fees paid or provided for, addressed to the persons on whom it is to be served, as set forth on the attached service list for guaranteed next day delivery to the following person(s):

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on May 14, 2002.

                                                */s/ Maryanne Batinic*
                                                Maryanne Batinic

| | |
|---|---|
| 1 | SERVICE LIST |

2  Lawrence F. Pulgram
   Fenwick & West LLP
3  275 Battery Street, Suite 1500
   San Francisco, CA 94111
4
   Emmett C. Stanton
5  Mitchell Zimmerman
   Fenwick & West LLP
6  Two Palo Alto Square
   Palo Alto, CA 94306
7
   Robert M. Schwartz
8  Mark A. Snyder
   O'Melveny & Myers LLP
9  1999 Avenue of the Stars, 7th Floor
   Los Angeles, CA 90067-6035
10
   Ronald L. Klain
11 Goodwin Liu
   O'Melveny & Myers LLP
12 555 13 Street N.W.
   Suite 500 West
13 Washington, D.C. 20004-1109

14 Scott P. Cooper
   Simon Block
15 Proskauer Rose LLP
   2049 Century Park East
16 Suite 3200
   Los Angeles, CA 90067-3260
17
   Jon A. Baumgarten
18 Proskauer Rose LLP
   1233 20th Street N.W., Suite 800
19 Washington, D.C. 20036-2396

20 Frank P. Scibilia
   Proskauer Rose LLP
21 1585 Broadway
   New York, NY 10036-8299
22
   Robert H. Rotstein
23 Lisa E. Stone
   McDermott, Will & Emery
24 2049 Century Park East
   34th Floor
25 Los Angeles, CA 90067-3208

26 Thomas P. Olson
   Randolph D. Moss
27 Peter B. Rutledge
   Wilmer, Cutler & Pickering
28 2445 M Street NW
   Washington, D.C. 20037

C:\NrPortbl\PALIB2\MB7\2190234_1.DOC

PROOF OF SERVICE