LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

FILED
CLERK US DISTRICT COURT
05-20-02
MAY 20 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al., <br><br>Plaintiffs, <br><br>v. <br><br>REPLAYTV, INC., and SONICBLUE, INC., <br><br>Defendants, | Case No. CV 01-09358 FMC (Ex) <br><br>[PROPOSED] **ORDER DENYING EX PARTE APPLICATION FOR APPOINTMENT OF SPECIAL DISCOVERY REFEREE** <br><br>Judge: Hon. Florence-Marie Cooper <br><br>Discovery Cutoff: October 25, 2002 <br>Pretrial Conference: Not Set <br>Trial Date: Not Set |
| AND CONSOLIDATED ACTIONS. | |

By FAX

ENTERED ON ICMS
MAY 21 2002
CV

ORDER DENYING EX PARTE
APPLICATION FOR APPOINTMENT OF
SPECIAL DISCOVERY REFEREE

CASE No. CV 01-09358 FMC (Ex)

119

1  The Court, having considered Plaintiffs' Ex Parte Application for
2  Appointment of Special Discovery Referee, and having considered the evidence
3  and argument submitted in support of and opposition to the Application, hereby
4  ORDERS as follows:

5  1. Plaintiffs' Ex Parte Application is denied.

6  2. The question of whether or not a Discovery Referee should be appointed
7  with respect to discovery disputes that may arise between the parties in the future,
8  and the proposed duties of any such Referee and method for appointing same, may
9  be addressed by any party at the next hearing in this matter, presently scheduled for
10 June 3, 2002, *or presented to the Court by stipulation*.

11 IT IS SO ORDERED:
12 DATED: *5/20*, 2002 .

The Hon. Florence-Marie Cooper
United States District Court

22407/00401/SF/5075677.1

ORDER DENYING EX PARTE
APPLICATION FOR APPOINTMENT OF
SPECIAL DISCOVERY REFEREE