1  MEGAN E. GRAY (CSB No. 181204)
2  Electronic Privacy Information Center
3  1718 Connecticut Ave. NW, Suite 200
   Washington, D.C. 20009
4  Telephone: (202) 483-1140
5  Facsimile: (202) 483-1248

6  *AMICI CURIAE*
7  ELECTRONIC PRIVACY INFORMATION
   CENTER, ELECTRONIC FRONTIER
8  FOUNDATION, MEDIA ACCESS PROJECT,
   PUBLIC KNOWLEDGE, THE PRIVACY
9  FOUNDATION, CENTER FOR DIGITAL
10 DEMOCRACY, COMPUTER PROFESSIONALS
   FOR SOCIAL RESPONSIBILITY, AND
11 CONSUMER ACTION

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA    Big FAX
14

| | |
|---|---|
| 15 PARAMOUNT PICTURES CORPORATION; DISNEY ENTERPRISES, INC.; NATIONAL BROADCASTING COMPANY, INC.; NBC STUDIOS, INC.; SHOWTIME NETWORKS INC.; THE UNITED PARAMOUNT NETWORK; ABC, INC.; VIACOM INTERNATIONAL INC.; CBS WORLDWIDE INC.; and CBS BROADCASTING INC., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE INC., <br><br> Defendants. | Case No. CV 01-09358 FMC <br><br> [~~Proposed~~] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE CIVIL LIBERTIES AND CONSUMER GROUPS IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER <br><br> Hearing Date: June 3, 2002 <br> Hearing Time: 10:00 a.m. <br> Judge: The Honorable Florence-Marie Cooper <br> Courtroom: 750 <br><br> Discovery Cutoff: October 25, 2002 <br> Pretrial Conference: Not set <br> Trial Date: Not set |

FILED
CLERK US DISTRICT COURT
FILED
MAY 22 2002
MAY 22 2002
DISTRICT OF CALIFORNIA
DEPUTY

ENTERED ON ICMS
MAY 23 2002
CV

[PROPOSED] ORDER GRANTING APPLICATION OF AMICI CURIAE TO FILE BRIEF IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER — CASE No 01-09358 FMC (Ex)

128

1  The Court, having considered the Application For Leave To File Brief Of
2  Amici Curiae Civil Liberties And Consumer Groups In Support of Defendants'
3  Objections To Magistrate Judge's Discovery Order, and having considered the
4  evidence and arguments submitted in support of the Application and the Amici's
5  representation that Plaintiffs' refused to stipulate to the Application, hereby
6  ORDERS as follows:
7      1.    The Application of Amici Curiae is GRANTED.
8  **IT IS SO ORDERED:**
9
10
11  DATED: May ___, 2002.
12                                          The Hon. Florence-Marie Cooper
                                        United States District Court

1  MEGAN E. GRAY (CSB No. 181204)
2  Electronic Privacy Information Center
   1718 Connecticut Ave. NW, Suite 200
3  Washington, D.C. 20009
4  Telephone: (202) 483-1140
   Facsimile: (202) 483-1248
5

6  *AMICI CURIAE*
   ELECTRONIC PRIVACY INFORMATION
7  CENTER, ELECTRONIC FRONTIER
   FOUNDATION, MEDIA ACCESS PROJECT,
8  PUBLIC KNOWLEDGE, THE PRIVACY
9  FOUNDATION, CENTER FOR DIGITAL
   DEMOCRACY, COMPUTER PROFESSIONALS
10 FOR SOCIAL RESPONSIBILITY, AND
11 CONSUMER ACTION

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA   *Big fax* [handwritten]
14

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; DISNEY ENTERPRISES, INC.; NATIONAL BROADCASTING COMPANY, INC.; NBC STUDIOS, INC.; SHOWTIME NETWORKS INC.; THE UNITED PARAMOUNT NETWORK; ABC, INC.; VIACOM INTERNATIONAL INC.; CBS WORLDWIDE INC.; and CBS BROADCASTING INC., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE INC., <br><br> Defendants. | Case No. CV 01-09358 FMC <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE CIVIL LIBERTIES AND CONSUMER GROUPS IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER** <br><br> Hearing Date: June 3, 2002 <br> Hearing Time: 10:00 a.m. <br> Judge: The Honorable Florence-Marie Cooper <br> Courtroom: 750 <br><br> Discovery Cutoff: October 25, 2002 <br> Pretrial Conference: Not set <br> Trial Date: Not set |

[PROPOSED] ORDER GRANTING APPLICATION OF AMICI CURIAE TO FILE BRIEF IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER

CASE NO. 01-09358 FMC (Ex)

The Court, having considered the Application For Leave To File Brief Of Amici Curiae Civil Liberties And Consumer Groups In Support of Defendants' Objections To Magistrate Judge's Discovery Order, and having considered the evidence and arguments submitted in support of the Application and the Amici's representation that Plaintiffs' refused to stipulate to the Application, hereby ORDERS as follows:

1. The Application of Amici Curiae is GRANTED.

**IT IS SO ORDERED:**

DATED: May 22, 2002.

*/s/ Florence-Marie Cooper*

The Hon. Florence-Marie Cooper
United States District Court

1     The undersigned declares that:

2     I am employed in the County of Los Angeles, State of California. I am over
3 the age of 18 and not a party to this action. My business address is: ProCourier,
4 1111 W. 6th Street, Suite 111, Los Angeles, California 90017.

5     On the date set forth below, I served the foregoing document entitled
6 **[Proposed] Order Granting Leave to File Brief of Amici Curiae Civil Liberties**
7 **and Consumer Groups in Support of Defendants' Objections to Magistrate**
8 **Judge's Discovery Order** on the parties in the subject action by placing a true
9 copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| **Andrew White, Esq.**<br>**Jonathan H. Anschell, Esq.**<br>**Lee S. Brenner, Esq.**<br>WHITE O'CONNOR CURRY GATTI<br>  & AVANDAZO LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4008 | **COUNSEL FOR PLAINTIFFS PARAMOUNT**<br>**PICTURES CORPORATION, ET AL.**<br><br>Telephone: (310) 712-6100<br>Facsimile: (310) 712-6199 |
| **Thomas P. Olson, Esq.**<br>**Randolph D. Moss, Esq.**<br>**Peter B. Rutledge, Esq.**<br>WILMER, CUTLER & PICKERING<br>2445 M Street, NW<br>Washington, DC 20037 | **COUNSEL FOR PLAINTIFFS PARAMOUNT**<br>**PICTURES CORPORATION, ET AL.**<br><br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 |
| **Jon A Baumgarten, Esq.**<br>PROSKAUER ROSE LLP<br>1233 20th Street, N.W., Suite 800<br>Washington, D.C. 20036-2396 | **COUNSEL FOR PLAINTIFFS METRO-**<br>**GOLDWYN MAYER STUDIOS, INC., ET AL.**<br><br>Telephone: (202) 416-6800<br>Facsimile: (202) 416-6899 |
| **Frank P. Scibilia, Esq.**<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299 | **COUNSEL FOR PLAINTIFFS METRO-**<br>**GOLDWYN MAYER STUDIOS, INC., ET AL.**<br><br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900 |

| | | |
|---|---|---|
| 1 | Scott P. Cooper, Esq. | COUNSEL FOR PLAINTIFFS METRO- |
| 2 | Simon Block, Esq. | GOLDWYN MAYER STUDIOS, INC., ET AL. |
| | PROSKAUER ROSE LLP | |
| 3 | 2049 Century Park East, Suite 3200 | Telephone: 310) 557-2900 |
| 4 | Los Angeles, CA 90067-3206 | Facsimile: (310) 557-2193 |
| 5 | Robert M. Schwartz, Esq. | COUNSEL FOR PLAINTIFFS TIME WARNER |
| 6 | Mark A. Snyder, Esq. | ENTERTAINMENT COMPANY, L.P., ET AL. |
| | O'MELVENY & MYERS LLP | |
| 7 | 1999 Avenue of the Stars, 7th Floor | Telephone: (310) 553-6700 |
| 8 | Los Angeles, CA 90067-6035 | Facsimile: (310) 246-6779 |
| 9 | Ronald L. Klain, Esq. | COUNSEL FOR PLAINTIFFS TIME WARNER |
| 10 | Goodwin Liu, Esq. | ENTERTAINMENT COMPANY, L.P., ET AL. |
| | O'MELVENY & MYERS LLP | |
| 11 | 555 13th Street, N.W., Suite 500 West | Telephone: (202) 383-5300 |
| 12 | Washington, D.C. 20004-1109 | Facsimile: (202) 383-5414 |
| 14 | Robert H. Rotstein, Esq. | COUNSEL FOR PLAINTIFFS COLUMBIA |
| 15 | Lisa E. Stone, Esq. | PICTURES, INDUSTRIES, INC. ET AL. |
| | MCDERMOTT WILL & EMERY | |
| 16 | 2049 Century Park East, 34th Floor | Telephone: (310) 277-4110 |
| | Los Angeles, CA 90067-3208 | Facsimile: (310) 277-4730 |
| 19 | Laurence F. Pulgram, Esq. | COUNSEL FOR DEFENDANTS REPLAYTV, |
| | FENWICK & WEST LLP | INC. AND SONICBLUE, INC. |
| 20 | 275 Battery Street, Suite 1500 | |
| | San Francisco, CA 94111 | Telephone: (415) 875-2300 |
| 21 | | Facsimile: (415) 281-1350 |
| 23 | Emmett C. Stanton, Esq. | COUNSEL FOR DEFENDANTS REPLAYTV, |
| | Patrick E. Premo, Esq. | INC. AND SONICBLUE, INC. |
| 24 | FENWICK & WEST LLP | |
| | Two Palo Alto Square | Telephone: (650) 494-0600 |
| 25 | Palo Alto, CA 94306 | Facsimile: (650) 494-1417 |

27 ☒    BY U.S. MAIL: I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me
28 within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the

ordinary course of business. The envelope(s) bearing the address(as) above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE:** I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error. A copy of the facsimile transmission report is attached hereto.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

DATED: May 21, 2002 _____
Trina Buter