MEGAN E. GRAY (CSB No. 181204)
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, D.C. 20009
Telephone: (202) 483-1140
Facsimile: (202) 483-1248

*AMICI CURIAE*
ELECTRONIC PRIVACY INFORMATION
CENTER, ELECTRONIC FRONTIER
FOUNDATION, MEDIA ACCESS PROJECT,
PUBLIC KNOWLEDGE, THE PRIVACY
FOUNDATION, CENTER FOR DIGITAL
DEMOCRACY, COMPUTER PROFESSIONALS
FOR SOCIAL RESPONSIBILITY, AND
CONSUMER ACTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; DISNEY ENTERPRISES, INC.; NATIONAL BROADCASTING COMPANY, INC.; NBC STUDIOS, INC.; SHOWTIME NETWORKS INC.; THE UNITED PARAMOUNT NETWORK; ABC, INC.; VIACOM INTERNATIONAL INC.; CBS WORLDWIDE INC.; and CBS BROADCASTING INC., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE INC., <br><br> Defendants. | Case No. CV 01-09358 FMC <br><br> [Proposed] **ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE CIVIL LIBERTIES AND CONSUMER GROUPS IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER** <br><br> Hearing Date: June 3, 2002 <br> Hearing Time: 10:00 a.m. <br> Judge: The Honorable Florence-Marie Cooper <br> Courtroom: 750 <br><br> Discovery Cutoff: October 25, 2002 <br> Pretrial Conference: Not set <br> Trial Date: Not set |

[PROPOSED] ORDER GRANTING APPLICATION OF AMICI
CURIAE TO FILE BRIEF IN SUPPORT OF DEFENDANTS
OBJECTIONS TO MAGISTRATE JUDGE'S ORDER

CASE NO 01-09358 FMC (Ex)

The Court, having considered the Application For Leave To File Brief Of Amici Curiae Civil Liberties And Consumer Groups In Support of Defendants' Objections To Magistrate Judge's Discovery Order, and having considered the evidence and arguments submitted in support of the Application and the Amici's representation that Plaintiffs' refused to stipulate to the Application, hereby ORDERS as follows:

1. The Application of Amici Curiae is GRANTED.

**IT IS SO ORDERED:**

DATED: May ___, 2002.

_____
The Hon. Florence-Marie Cooper
United States District Court

MEGAN E. GRAY (CSB No. 181204)
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, D.C. 20009
Telephone: (202) 483-1140
Facsimile: (202) 483-1248

*AMICI CURIAE*
ELECTRONIC PRIVACY INFORMATION CENTER, ELECTRONIC FRONTIER FOUNDATION, MEDIA ACCESS PROJECT, PUBLIC KNOWLEDGE, THE PRIVACY FOUNDATION, CENTER FOR DIGITAL DEMOCRACY, COMPUTER PROFESSIONALS FOR SOCIAL RESPONSIBILITY, AND CONSUMER ACTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA  *Big FAX*

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; DISNEY ENTERPRISES, INC.; NATIONAL BROADCASTING COMPANY, INC.; NBC STUDIOS, INC.; SHOWTIME NETWORKS INC.; THE UNITED PARAMOUNT NETWORK; ABC, INC.; VIACOM INTERNATIONAL INC.; CBS WORLDWIDE INC.; and CBS BROADCASTING INC., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE INC., <br><br> Defendants. | Case No. CV 01-09358 FMC <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE CIVIL LIBERTIES AND CONSUMER GROUPS IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER** <br><br> Hearing Date: June 3, 2002 <br> Hearing Time: 10:00 a.m. <br> Judge: The Honorable Florence-Marie Cooper <br> Courtroom: 750 <br><br> Discovery Cutoff: October 25, 2002 <br> Pretrial Conference: Not set <br> Trial Date: Not set |

[PROPOSED] ORDER GRANTING APPLICATION OF AMICI CURIAE TO FILE BRIEF IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER

CASE NO. 01-09358 FMC (Ex)

1. The Court, having considered the Application For Leave To File Brief Of Amici Curiae Civil Liberties And Consumer Groups In Support of Defendants' Objections To Magistrate Judge's Discovery Order, and having considered the evidence and arguments submitted in support of the Application and the Amici's representation that Plaintiffs' refused to stipulate to the Application, hereby ORDERS as follows:

    1. The Application of Amici Curiae is GRANTED.

**IT IS SO ORDERED:**

DATED: May 22, 2002.

*[signature]*

The Hon. Florence-Marie Cooper
United States District Court

| | |
|---|---|
| 1 | The undersigned declares that: |
| 2 | I am employed in the County of Los Angeles, State of California. I am over |
| 3 | the age of 18 and not a party to this action. My business address is: ProCourier, |
| 4 | 1111 W. 6th Street, Suite 111, Los Angeles, California 90017. |
| 5 | On the date set forth below, I served the foregoing document entitled |
| 6 | **[Proposed] Order Granting Leave to File Brief of Amici Curiae Civil Liberties** |
| 7 | **and Consumer Groups in Support of Defendants' Objections to Magistrate** |
| 8 | **Judge's Discovery Order** on the parties in the subject action by placing a true |
| 9 | copy thereof as indicated below, addressed as follows: |

| | |
|---|---|
| **Andrew White, Esq.** | COUNSEL FOR PLAINTIFFS PARAMOUNT |
| **Jonathan H. Anschell, Esq.** | PICTURES CORPORATION, ET AL. |
| **Lee S. Brenner, Esq.** | |
| WHITE O'CONNOR CURRY GATTI | Telephone: (310) 712-6100 |
| & AVANDAZO LLP | Facsimile: (310) 712-6199 |
| 10100 Santa Monica Boulevard | |
| Los Angeles, CA 90067-4008 | |

| | |
|---|---|
| **Thomas P. Olson, Esq.** | COUNSEL FOR PLAINTIFFS PARAMOUNT |
| **Randolph D. Moss, Esq.** | PICTURES CORPORATION, ET AL. |
| **Peter B. Rutledge, Esq.** | |
| WILMER, CUTLER & PICKERING | Telephone: (202) 663-6000 |
| 2445 M Street, NW | Facsimile: (202) 663-6363 |
| Washington, DC 20037 | |

| | |
|---|---|
| **Jon A Baumgarten, Esq.** | COUNSEL FOR PLAINTIFFS METRO- |
| PROSKAUER ROSE LLP | GOLDWYN MAYER STUDIOS, INC., ET AL. |
| 1233 20th Street, N.W., Suite 800 | |
| Washington, D.C. 20036-2396 | Telephone: (202) 416-6800 |
| | Facsimile: (202) 416-6899 |

| | |
|---|---|
| **Frank P. Scibilia, Esq.** | COUNSEL FOR PLAINTIFFS METRO- |
| PROSKAUER ROSE LLP | GOLDWYN MAYER STUDIOS, INC., ET AL. |
| 1585 Broadway | |
| New York, NY 10036-8299 | Telephone: (212) 969-3000 |
| | Facsimile: (212) 969-2900 |

PROOF OF SERVICE     - 2 -     Case No. CV 01-09358 FMC

| | |
|---|---|
| Scott P. Cooper, Esq.<br>Simon Block, Esq.<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206 | **COUNSEL FOR PLAINTIFFS METRO-GOLDWYN MAYER STUDIOS, INC., ET AL.**<br><br>Telephone: 310) 557-2900<br>Facsimile: (310) 557-2193 |
| Robert M. Schwartz, Esq.<br>Mark A. Snyder, Esq.<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035 | **COUNSEL FOR PLAINTIFFS TIME WARNER ENTERTAINMENT COMPANY, L.P., ET AL.**<br><br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779 |
| Ronald L. Klain, Esq.<br>Goodwin Liu, Esq.<br>O'MELVENY & MYERS LLP<br>555 13th Street, N.W., Suite 500 West<br>Washington, D.C. 20004-1109 | **COUNSEL FOR PLAINTIFFS TIME WARNER ENTERTAINMENT COMPANY, L.P., ET AL.**<br><br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 |
| Robert H. Rotstein, Esq.<br>Lisa E. Stone, Esq.<br>MCDERMOTT WILL & EMERY<br>2049 Century Park East, 34th Floor<br>Los Angeles, CA 90067-3208 | **COUNSEL FOR PLAINTIFFS COLUMBIA PICTURES, INDUSTRIES, INC. ET AL.**<br><br>Telephone: (310) 277-4110<br>Facsimile: (310) 277-4730 |
| Laurence F. Pulgram, Esq.<br>FENWICK & WEST LLP<br>275 Battery Street, Suite 1500<br>San Francisco, CA 94111 | **COUNSEL FOR DEFENDANTS REPLAYTV, INC. AND SONICBLUE, INC.**<br><br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| Emmett C. Stanton, Esq.<br>Patrick E. Premo, Esq.<br>FENWICK & WEST LLP<br>Two Palo Alto Square<br>Palo Alto, CA 94306 | **COUNSEL FOR DEFENDANTS REPLAYTV, INC. AND SONICBLUE, INC.**<br><br>Telephone: (650) 494-0600<br>Facsimile: (650) 494-1417 |

☒ **BY U.S. MAIL:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the

ordinary course of business. The envelope(s) bearing the address(as) above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE:** I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error. A copy of the facsimile transmission report is attached hereto.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

DATED: May 21, 2002  _____
Trina Buter

PROOF OF SERVICE — - 4 - — Case No. CV 01-09358 FMC