| | |
|---|---|
| 1 | LATHAM & WATKINS<br>Daniel M. Wall (SBN 102580) |
| 2 | Keith Butler (SBN 215670)<br>505 Montgomery Street, Suite 1900 |
| 3 | San Francisco, California 94111-2562<br>Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
| 5 | Attorneys for Movielink, LLC |



FILED
CLERK U S DISTRICT COURT
07-03-02
JUL - 3 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION, ET AL.,

Plaintiffs,

v.

REPLAYTV, INC. AND SONICBLUE INC. AND RELATED ACTIONS,

Defendants.

AND CONSOLIDATED ACTIONS.

CASE NO.: 01-09358 PMC (Ex)

**Stipulation to, and Joint Request for, Order Shortening Time for and Setting Briefing Schedule regarding Defendants' Motion to Compel**

Date: Not applicable

Time: Not applicable

Judge: Magistrate Judge Charles F. Eick

Movielink is not a party to this lawsuit; however, Movielink has been served by defendants with a third-party subpoena requesting extensive production of a wide range of documents that Movielink believes in good faith are not subject to discovery in the present lawsuit. Movielink served its responses and objections to the defendants' request for documents on April 19, 2002. Counsel for Movielink and defendants have met and conferred with regard to Movielink's responses, but despite their diligent efforts, they have been unable to resolve their differences. Consequently, defendants served Movielink with a joint stipulation – pursuant to Local Rule 37-2 – for defendants' motion to compel on June 19, 2002.



ENTERED ON ICMS
JUL 10 2002
CV

Latham & Watkins
ATTORNEYS AT LAW
SAN FRANCISCO

1

1  Counsel for Movielink was out of the office from Wednesday, June
2  19, 2002 through Friday, June 21, 2002. Accordingly, counsel for Movielink was
3  first informed of and first read defendants' proposed joint stipulation on Monday,
4  June 24, 2002. Movielink immediately requested a three day extension from
5  defendants' counsel, indicating that – due to conflicting professional obligations –
6  Movielink would not be able to deliver or fax its portion of the joint stipulation
7  before Monday, July 1, 2002. Counsel for defendants graciously granted the three
8  day extension.

9  Consequently, by and through their counsel of record, the undersigned
10 parties now stipulate to the Court's issuance of, and ask that the Court issue
11 pursuant to Civil L.R. 7-1, the following Order shortening time for defendants'
12 motion to compel pursuant to the following briefing schedule:
13 \\\\
14 \\\\
15 \\\\
16 \\\\
17 \\\\
18 \\\\
19 \\\\
20 \\\\
21 \\\\
22 \\\\
23 \\\\
24 \\\\
25 \\\\
26 \\\\
27 \\\\
28 \\\\

Latham & Watkins
ATTORNEYS AT LAW
SAN FRANCISCO

1  On or before July 1, 2002, Movielink will serve its portions of the
2  joint stipulation required by Civil Local Rule 37-2; on or before July 2, 2002 at 8
3  a.m., defendants will serve the integrated joint stipulation; on or before July 2,
4  2002 at 12 p.m., Movielink will fax its signature page for the joint stipulation; on
5  or before July 3, 2002, defendants will file the joint stipulation required by Civil
6  Local Rule 37-2; on or before July 9, 2002, the parties will file their supplemental
7  briefs; and on July 19, 2002 at 9 a.m. in Court Room 20, the Court will hear
8  defendants' motion to compel.
9  Dated July 2, 2002

LATHAM & WATKINS

By _____
Richard Mooney
Daniel M. Wall
Attorneys for Movielink, LLC

Dated July 2, 2002

FENWICK & WEST, LLP

By _____
Aaron Myers
Attorneys for Defendants ReplayTV,
Inc. and Sonicblue, Inc.

For good cause shown, and pursuant to the briefing schedule set out above, the Court excuses the parties from Civil L.R. 37-3's 21-day requirement and will permit the defendants' motion to compel to be heard on July 19, 2002.*

*Unless the Court ~~~~~ vacates the hearing and
IT IS SO ORDERED.  rules without oral argument.

Dated: July _3_, 2002

By _____
Magistrate Judge Charles F. Eick
United States District Court