Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 01-9358-FMC(Ex)          Date: July 19, 2002

Title PARAMOUNT PICTURES CORP. -vs- REPLAYTV, INC., et al.
================================================================
DOCKET ENTRY


================================================================
PRESENT:
    HON. CHARLES F. EICK, MAGISTRATE JUDGE


    Stacey Hamilton                        Tape 02-26
    Deputy Clerk                          Court Reporter


ATTORNEYS PRESENT FOR PLTFS:       ATTORNEYS PRESENT FOR DEFTS:
Alan Rader                         Emmett Stanton
Robert Rotstein
                                   Daniel Wall (for non-party Movielink)


PROCEEDINGS:  DEFENDANT'S MOTION TO COMPEL RESPONSES TO SUBPOENA ON
              MOVIELINK

        Case called.  Counsel make their apperances.  The
    hears argument.

        Matter is taken under submission.




        cc: Judge Cooper
            All Counsel of Record

        ENTERED ON ICMS
        JUL 23 2002
        CV                              initials of Deputy Clerk

                                                            181