UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority   ✓
Send       ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)                              Date: July 19, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

DOCKET ENTRY

---

PRESENT:

HON. CHARLES F. EICK, JUDGE

STACEY HAMILTON                                    N/A
DEPUTY CLERK                                       COURT REPORTER

ATTORNEYS PRESENT FOR PLAINTIFFS:                  ATTORNEYS PRESENT FOR DEFENDANTS:

None                                               None

ENTERED ON ICMS
JUL 22 2002
CV

PROCEEDINGS:   (IN CHAMBERS)                       (Page 1 of 2)

    The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel Responses to Subpoena on Movielink, LLC" ("the Motion"), filed July 3, 2002. The Court heard oral argument on July 19, 2002.

    On or before August 12, 2002, Movielink shall produce to Defendants all non-privileged documents (including drafts) responsive to the document requests referenced herein. At the same time, Movielink shall produce a privilege log, identifying with particularity all documents withheld under claim of privilege. At the same time, Movielink shall produce to Defendants all of the documents Movielink previously offered or agreed to produce to Defendants.

    The "document requests" referenced herein are Requests Nos.: 7 (including documents sufficient to reflect proposed investments of each joint venturer); 8 (limited to business plans, drafts of such plans, and summary-type documents that reflect the bases for such plans); 5 (limited to documents constituting such agreements, draft agreements and summary-type analyses directly relating to such agreements); 6 (limited to documents constituting such agreements, draft agreements and summary-type analyses directly relating to such agreements); 12 (limited to documents constituting such agreements, draft agreements and

/82

MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL-GEN                         D-M

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)                                    Date: July 19, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY HAMILTON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                           None

**PROCEEDINGS:** (IN CHAMBERS)                            (Page 2 of 2)

relating to such agreements); 9 (limited to documents describing or reflecting any of items (a) through (f)); 10 (limited to documents describing or reflecting any of items (a) through (c)); 11 (limited to documents describing or reflecting any of items (a) through (c)); 15; 17; 20 (limited to evaluations and communications directly relating to such evaluations); 13; 13A; 16; 18; and 19.

Except as expressly stated herein, the Motion is denied. Movielink's request for attorney's fees and other expenses also is denied.

Any party seeking review of this Order shall cause the preparation and filing of a transcript of the July 19, 2002 hearing.

cc: Judge Cooper
    Counsel for Movielink
    All Counsel of Record