UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., | Case No. CV 01-09358 FMC (Ex) |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING NON-PARTY TIVO, INC.'S EX PARTE APPLICATION FOR PERMISSION TO FILE THE SUPPLEMENTAL DECLARATION OF MATTHEW ZINN |
| v. | |
| REPLAYTV, INC. and SONICBLUE, INC., | |
| Defendants. | Date: July 26, 2002<br>Time: 9:00 a.m.<br>Courtroom: 20<br>Judge: Hon. Charles Eick |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

569029

186

This matter having come before the Court on the Ex Parte Application of Non-party TiVo, Inc. for permission to file the accompanying supplemental declaration of Matthew Zinn, and the Court being sufficiently advised,

It is hereby ORDERED that the Ex Parte Application is GRANTED, and the supplemental declaration attached to the Ex Parte Application shall be deemed filed as of the date of this Order.

Dated: 7/24/02

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

569029

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On July 19, 2002, I served the foregoing document described as [PROPOSED] ORDER GRANTING NON-PARTY TIVO, INC.'S EX PARTE APPLICATION FOR PERMISSION TO FILE THE SUPPLEMENTAL DECLARATION OF MATTHEW ZINN on each interested party, as follows:

> Jennifer M. Lloyd, Esq.
> Fenwick & West LLP
> 275 Battery Street
> San Francisco, CA 94111

[X]  (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by FedEx, an express service carrier which provides overnight delivery, as follows. I placed a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed, as set forth above, with fees for overnight delivery paid or provided for.

[X]  (BOX DEPOSIT) I deposited such envelopes or packages in a box or other facility regularly maintained by the express service carrier.

[ ]  (CARRIER PICK-UP) I delivered such envelopes or packages to an authorized carrier or driver authorized by the express service carrier to receive documents.

Executed on July 19, 2002, at Los Angeles, California.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Marguerite D. Orme
(Type or print name)

_____
(Signature)