FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

NAME, ADDRESS AND TELEPHONE
NUMBER OF ATTORNEY(S)
Jonathan H. Anschell (SBN 162554)
White O'Connor Curry Gatti & Avanzado LLP
10100 Santa Monica Boulevard, 23rd Flr.
Los Angeles, California 90067-4008
Telephone (310) 712-6100
Facsimile (310) 712-6199
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT PICTURES CORPORATION, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | 01-9358 CV 01-09358 CAS. (Ex) |
| REPLAYTV, INC. and SONICBLUE INC., DEFENDANT(S). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

*NOTICE: Effective December 18, 1996, the fee for *Pro Hac Vice* Appearance is $70.00 for each case application. Please submit the fee with your application.

I, _Steven F. Cherry_, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of [X] Plaintiff [ ] Defendant: _Paramount Pictures; Disney Enterprises, etc., et al._ by whom I have been retained.

I am associated with the law firm of _Wilmer, Cutler & Pickering_ whose offices are located at: _1600 Tysons Boulevard, 10th Floor, Tysons Corner, VA 22102_ telephone number: _703-251-9770_ FAX number: _703-251-9797_

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| U.S. Court of Appeals for the Fourth Circuit | 6/28/96 |
| U.S. Court of Appeals for the Sixth Circuit | 10/18/93 |
| U.S. Court of Appeals for the Ninth Circuit | 2/12/97 |
| U.S. Court of Appeals for the Eleventh Circuit | 9/09/93 |
| U.S. District Court for the District of Columbia | 6/01/92 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities i the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within 3 years of this application, made *pro hac vice* applications to this Court in th following actions:

| NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED* |
|---|---|---|
| No. CV 00-00556 GHK (SHx) | Grana v. Tutor | Granted March 22, 2000 |

G-64 (5/98) APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

188

\*EXPLAIN: _____

_____

I designate <u>Jonathan H. Anschell</u> of the law firm of <u>White O'Connor Curry Gatti & Avanzado LLP</u> whose address is: <u>10100 Santa Monica Blvd., 23rd Flr., Los Angeles, CA 90067</u>
telephone number: <u>310-712-6100</u>   FAX number: <u>310-712-6199</u>
who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: <u>July 15, 2002</u>

*[signature]*
Steven F. Cherry (APPLICANT)

My residence address is: <u>1529 Sinclair Drive, McLean, VA 22101</u>
telephone number: <u>(703) 251-9770</u>   FAX number: <u>(703) 251-9797</u>

I hereby consent to the foregoing designation.

Date: <u>July 15, 2002</u>

*[signature]*
(DESIGNEE)
Jonathan H. Anschell

California State Bar No. <u>162554</u>

## ORDER

THE APPLICATION TO APPEAR *PRO HAC VICE* AS REQUESTED IN THE ABOVE-ENTITLED CASE IS HEREBY: ☒ GRANTED.
☐ DENIED AND FEE ORDERED RETURNED.

Date: <u>7/24/02</u>

*[signature]* Christina A. [illegible]
UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

G-64 (5/98)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 2300, Los Angeles, California 90067.

I served the below listed document described as: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on May 31, 2002, on all other parties to this action by delivering a ☒ true copy ☐ original of the above document to the parties listed below as follows:

** SEE ATTACHED SERVICE LIST **

**BY FACSIMILE**: I caused the foregoing document to be served by facsimile transmission from sending facsimile machine number (310) 712-6199 to each interested party listed above at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

**BY E-MAIL**: I caused the foregoing document to be served by e-mail to each interested party listed herein, at the e-mail addresses shown thereat.

X    **BY MAIL**: I caused the foregoing document to be served by mail by placing such envelope addressed as above with postage thereon fully prepaid for deposit in the United States mail in accordance with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the White O'Connor Curry Gatti & Avanzado LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

**BY FEDERAL EXPRESS**, I caused to be served, via **Priority** delivery, by depositing for Federal Express courier daily pick-up service at our offices.

**BY HAND**: I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

Executed on May 31, 2002 at Los Angeles, California.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

\_\_\_KRISTINE DIANE DE ROSA_____    _____
(Type or print name)                                        (Signature)



73965.WPD

**SERVICE LIST**

| | |
|---|---|
| Lawrence F. Pulgram<br>Fenwick & West LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 1500<br>San Francisco, CA 94111<br>Facsimile: (415) 281-1350<br>E-mail: lpulgram@fenwick.com | Robert M. Schwartz<br>Mark A. Snyder<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035<br>Facsimile: (310) 246-6779<br>E-mail: rschwartz@omm.com<br>E-mail: msnyder@omm.com |
| Scott P. Cooper<br>Simon Block<br>Proskauer Rose LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3260<br>Facsimile: (310) 557-2193<br>E-mail: scooper@proskauer.com<br>E-mail: sblock@proskauer.com | Jon A. Baumgarten<br>Proskauer Rose LLP<br>1233 20th Street N.W.<br>Suite 800<br>Washington, D.C. 20036-2396<br>Facsimile: (202) 416-6899<br>E-mail: jbaumgarten@proskauer.com |
| Ronald L. Klain<br>Goodwin Liu<br>O'Melveny & Myers LLP<br>555 13 Street N.W., Suite 500 West<br>Washington, D.C. 20004-1109<br>Facsimile: (202) 383-5414<br>E-mail: rklain@omm.com | Frank P. Scibilia<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>Facsimile: (212) 969-2900<br>E-mail: fscibilia@proskauer.com |
| Robert H. Rotstein<br>Lisa E. Stone<br>McDermott, Will & Emery<br>2049 Century Park East, 34th Floor<br>Los Angeles, CA 90067-3208<br>Facsimile: (310) 277-4730<br>E-mail: rrotstein@mwe.com<br>E-mail: lstone@mwe.com | Emmett C. Stanton<br>Fenwick & West LLP<br>Two Palo Alto Square<br>Palo Alto, CA 94306<br>Facsimile: (650) 494-1417<br>E-mail: estanton@fenwick.com |
| Megan E. Gray<br>Electronic Privacy Information Center<br>1718 Connecticut Ave., N.W., Suite 200<br>Washington, D.C. 20009<br>Facsimile: (202) 483-1140 | |

73965.WPD