Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 01-9358-FMC(Ex)                    Date July 26, 2002

Title PARAMOUNT PICTURES CORP. -vs- REPLAYTV, INC., et al.
================================================================
DOCKET ENTRY


================================================================
PRESENT:
   HON. CHARLES F. EICK, MAGISTRATE JUDGE


       Stacey Hamilton                    Tape # 02-30 & 02-31
       Deputy Clerk                          Court Reporter


ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:

Robert Rotstein                     Laurence Pulgram (for defendants)
Lisa Stone                          Keith A. Meyer (for non-party Sony
                                                Electronics)
                                    Perry Goldberg (for Tivo)


PROCEEDINGS: 1) DEFENDANTS' MOTION TO COMPEL RESPONSES TO SUBPOENA UPON
                TIVO, INC.
             2) DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM SONY ELECTRONICS,
                INC.

             Case called.  Counsel make their appearances.
        The Court hears argument.

             Matters are taken under submission.

ENTERED ON ICMS
AUG - 1 2002
CV


        cc: Judge Cooper
            All Counsel of Record

                                            initials of deputy clerk ___

189