UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-9358-FMC (Ex)                                      Date: July 30, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY HAMILTON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                  None

**PROCEEDINGS:**   (IN CHAMBERS)                                      (Page 1 of 3)

      The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel Responses to Subpoena Upon TiVo, Inc." ("the motion"), filed July 3, 2002. The Court heard oral argument on July 26, 2002.

      On or before August 19, 2002, TiVo shall produce to Defendants all non-privileged documents responsive to the document requests referenced herein. At the same time, to the extent not done already, TiVo shall produce a privilege log, identifying with particularity all responsive documents withheld under claim of privilege.

      The "document requests" referenced herein are Requests Nos.: 7, 8 (limited to documents relating to communications with any of the Plaintiffs regarding any feature of any TiVo PVR that facilitates the ability of a user to avoid commercials), 17, 25, 28, 30, 31, 33 (limited to documents sufficient to identify the relationship or affiliation), 34, 3 (limited to documents sufficient to show the inclusion or exclusion), 4, 5, 6 (limited to documents relating to TiVo's promotion or marketing of any TiVo video recorder as a means to view television programming without viewing

ENTERED ON ICMS
8-1-02
AUG - 1 2002
CV                                    D-M

190

MINUTES FORM 11
CIVIL-GEN                                                     Initials of Deputy Clerk

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)          Date: July 30, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY HAMILTON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                  None

**PROCEEDINGS:** **(IN CHAMBERS)**                 (Page 2 of 3)

Commercial Advertising), 27, 18 (limited to documents reflecting evaluation of consumers' response or reaction to the ability of any PVR to time-shift, to library recordings, to skip or fast-forward through commercials, or to search for television programs by name, channel or time), 19, 20, 21, 22, and 23.

       If, as to any of the document requests referenced herein, a reasonable, diligent, good faith search fails to locate any responsive documents within TiVo's possession, custody or control, a response to that effect shall constitute sufficient compliance with this order.

       As used in the document requests referenced herein, the term "relating to," means constitute, refer, reflect, discuss, show, evidence, or directly concern.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)                              Date: July 30, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY HAMILTON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**   **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                    None

**PROCEEDINGS:**   (IN CHAMBERS)                               (Page 3 of 3)

      Except as expressly stated herein, the motion is denied. In denying the motion as to Request No. 32, the Court has concluded that the alleged need for disclosure of this confidential, competitively sensitive material is outweighed by the burden disclosure would entail to TiVo, a non-party. See Fed. R. Civ. P. 26(b)(2), 45(c).

      Any party seeking review of this Order shall cause the preparation and filing of a transcript of the July 26, 2002 hearing.

cc:  Judge Cooper
      Counsel for TiVo
      All Counsel of Record