Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)                    **Date:** July 30, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

### HON.  CHARLES F. EICK, JUDGE

STACEY HAMILTON                         N/A
DEPUTY CLERK                            COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                        None

ENTERED ON ICMS
8-1-02
AUG - 1 2002
CV

PROCEEDINGS:    (IN CHAMBERS)                    (Page 1 of 3)

The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel Discovery from Sony Electronics, Inc." ("the motion"), filed July 3, 2002. The Court heard oral argument on July 26, 2002.

On or before August 19, 2002, Sony Electronics, Inc. shall produce to Defendants all non-privileged documents responsive to the document requests referenced herein. At the same time, to the extent not done already, Sony Electronics, Inc. shall produce a privilege log, identifying with particularity all responsive documents withheld under claim of privilege.

The "document requests" referenced herein are Requests Nos.: 3 (limited to documents sufficient to show descriptions of all Sony products described in Request No. 3, and all final marketing, advertising and promotional materials related to such products), 4, 8, 9, 13, 28, 5, 10, 11, 14, 26, 27, 1 (limited to documents sufficient to show such operation and functionality), 2 (limited to documents sufficient to show such operation and functionality), 6 (limited to documents sufficient to show such functionality), 7 (limited to documents sufficient to show such release dates and features), 29 (limited to all documents constituting such communications), 16, 17, 20, 12, 18 and 19.

*191*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>                                    Date: <u>July 30, 2002</u>

Title: <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

#### HON. **CHARLES F. EICK**, JUDGE

<u>STACEY HAMILTON</u>                              <u>N/A</u>
DEPUTY CLERK                                    COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                          None

**PROCEEDINGS:**   **(IN CHAMBERS)**                       (Page 2 of 3)

If, as to any of the document requests referenced herein, a reasonable, diligent, good faith search fails to locate any responsive documents within Sony Electronics, Inc.'s possession, custody or control, a response to that effect shall constitute sufficient compliance with this order.

As used in the document requests referenced herein, the term "relating to," means constitute, refer, reflect, discuss, show, evidence or directly concern. As used in the document requests referenced herein, the term "Video Recorder" shall mean "Video Recorder" as defined in the Definitions section of Defendants' Document Requests.

Except as expressly stated herein, the motion is denied. In denying the motion as to Request No. 30, the Court has concluded that the alleged need for disclosure of this confidential, competitively sensitive material is outweighed by the burden disclosure would entail to Sony Electronics, Inc., a non-party. See Fed. R. Civ. P. 26(b)(2), 45(c).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>              **Date:** <u>July 30, 2002</u>

Title: <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

### HON.  CHARLES F. EICK, JUDGE

<u>STACEY HAMILTON</u>                    <u>N/A</u>
DEPUTY CLERK                          COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                         None

**PROCEEDINGS:    (IN CHAMBERS)**                    (Page 3 of 3)

Sony Electronics, Inc.'s request for a shifting of the expenses of production is denied.

Any party seeking review of this order shall cause the preparation and filing of a transcript of the July 26, 2002 hearing.

cc:    Judge Cooper
       Counsel for Sony Electronics, Inc.
       All Counsel of Record

MINUTES FORM 11                                      Initials of Deputy Clerk
CIVIL-GEN                        D-M