NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Jonathan H. Anschell (SBN 1625█)
White O'Connor Curry Gatti and Avanzado LLP
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone (310) 712-6100
Facsimile (310) 712-6199
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK US DISTRICT COURT
8-8-02
AUG -8
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

PARAMOUNT PICTURES CORP., ET AL.
Plaintiff(s)

REPLAY TV INC. & SONICBLUE
Defendant(s)

CASE NUMBER:
CV 01-09358 FMC (EX)

APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC CASE

NOTICE: Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (form G-76), available*

I, Maren Lee Matal, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: Paramount Pictures; Disney Enterprises, etc., et al. by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Wilmer, Cutler & Pickering
Address: 2445 M Street, N.W.
Washington, D.C. 20037

Telephone number: (202) 663-6223    Fax number: (202) 663-6363

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Bar Assoc. of the District of Columbia | July 7, 1997 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
| --- | --- | --- |
| CV 02-04445 FMC (EX) | Craig Newmark, et al. v. Turner Broadcasting System, Inc., et al. | (concurrent) |

ENTERED ON ICMS
AUG - 9 2002
CLERK U.S. DISTRICT COURT cc:2

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE
G-64 (02/02)                                                            PAGE 1 OF 2

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate  Jonathan H. Anschell  as local counsel, whose business information is as follows:

Firm Name: White O'Connor Curry Gatti & Avanzado

Address: 10100 Santa Monica Blvd., 23rd Floor
Los Angeles, CA  90067

Telephone number: (310) 712-6100   Fax number: (310) 712-6199

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: July 29, 2002

*Applicant Signature*

I hereby consent to the foregoing designation.

Date: July 3, 2002

*Designee Signature*

Jonathan H. Anschell   162554
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date: 8/8/02

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 2300, Los Angeles, California 90067.

I served the below listed document described as: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on August 7, 2002, on all other parties to this action by delivering a ☒ true copy ☐ original of the above document to the parties listed below as follows:

**\*\* SEE ATTACHED SERVICE LIST \*\***

**BY FACSIMILE**: I caused the foregoing document to be served by facsimile transmission from sending facsimile machine number (310) 712-6199 to each interested party listed above at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

**BY E-MAIL**: I caused the foregoing document to be served by e-mail to each interested party listed herein, at the e-mail addresses shown thereat.

**X     BY MAIL**: I caused the foregoing document to be served by mail by placing such envelope addressed as above with postage thereon fully prepaid for deposit in the United States mail in accordance with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of White O'Connor Curry Gatti & Avanzado LLP for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the White O'Connor Curry Gatti & Avanzado LLP personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

**BY FEDERAL EXPRESS**, I caused to be served, via **Priority** delivery, by depositing for Federal Express courier daily pick-up service at our offices.

**BY HAND**: I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

Executed on August 7, 2002 at Los Angeles, California.

☒     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

KRISTINE DIANE DE ROSA                     _KDDeRosa_ (Signature)
(Type or print name)



73965.WPD

## SERVICE LIST

Lawrence F. Pulgram
Fenwick & West LLP
Embarcadero Center West
275 Battery Street, Suite 1500
San Francisco, CA 94111
Facsimile: (415) 281-1350
E-mail: lpulgram@fenwick.com

Scott P. Cooper
Simon Block
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3260
Facsimile: (310) 557-2193
E-mail: scooper@proskauer.com
E-mail: sblock@proskauer.com

Ronald L. Klain
Goodwin Liu
O'Melveny & Myers LLP
555 13 Street N.W., Suite 500 West
Washington, D.C. 20004-1109
Facsimile: (202) 383-5414
E-mail: rklain@omm.com

Robert H. Rotstein
Lisa E. Stone
McDermott, Will & Emery
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
Facsimile: (310) 277-4730
E-mail: rrotstein@mwe.com
E-mail: lstone@mwe.com

Megan E. Gray
Electronic Privacy Information Center
1718 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20009
Facsimile: (202) 483-1140

Robert M. Schwartz
Mark A. Snyder
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Facsimile: (310) 246-6779
E-mail: rschwartz@omm.com
E-mail: msnyder@omm.com

Jon A. Baumgarten
Proskauer Rose LLP
1233 20th Street N.W.
Suite 800
Washington, D.C. 20036-2396
Facsimile: (202) 416-6899
E-mail: jbaumgarten@proskauer.com

Frank P. Scibilia
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Facsimile: (212) 969-2900
E-mail: fscibilia@proskauer.com

Emmett C. Stanton
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306
Facsimile: (650) 494-1417
E-mail: estanton@fenwick.com



73965 WPD