UNITED STATES DISTRICT COURT                    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)              Date:  August 12, 2002

Title:   PARAMOUNT PICTURES CORP., et al.
         v REPLAYTV, INC., et al.
================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

    Alicia Mason               Pat Cuneo
    Courtroom Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Scott Cooper                             Laurence Pulgram
Simon Block                              Emmett Stanton

Dan Wall for non-party applicant (by telephonic appearance)

PROCEEDINGS:   HEARING OF NON-PARTY MOVIELINK'S APPLICATION TO STAY DISCOVERY
               (In Chambers)

The Court conferred with counsel concerning the Ex Parte Application of
Nonparty, Movielink, for Protective Order to Stay Discovery.  It was
ultimately agreed among counsel for plaintiffs, defendants, and Movielink
that Movielink's time to produce all discovery ordered to be produced by
Magistrate Judge Eick is extended to Friday, August 30, 2002.  Movielink
will withdraw its Motion for Reconsideration of the Magistrate's Order, and
will reserve its right to seek cost-sharing by defendants.

ENTERED ON ICMS
AUG 14 2002
CV

MINUTES FORM 11                          Initials of Deputy Clerk
CIVIL - GEN

201