UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

P S E N D
ENT NO JS-6

CV 01 - 9358 (Ex) **CIVIL MINUTES - GENERAL**

Case No.:    ~~CV 01-9358 FMC (Ex)~~

Date: August 15, 2002

and related case CV 02-4445(Ex)

Titles:   PARAMOUNT PICTURES CORP., et al. v REPLAYTV, INC., et al.
   CRAIG NEWMARK, et al. v TURNER BROADCASTING NETWORK, et al.

PRESENT:

HONORABLE FLORENCE-MARIE COOPER, UNITED STATES DISTRICT JUDGE

Alicia Mason
Deputy Clerk

N/A
Court Reporter

ENTERED
CLERK, U.S. DISTRICT COURT
ENTERED
AUG 16 2002
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Attorneys Present for Plaintiffs:
None

Attorneys Present for Defendants:
None

PROCEEDINGS:    CONSOLIDATION OF CASE(s) UNDER CASE NUMBER CV 01-9358 FMC
and TERMINATION OF CASE NUMBER CV 02-4445 FMC
(In Chambers)

The Court orders the consolidation of Case Number(s) CV 02-4445 with Case Number  CV 01-9358
for all purposes and for trial. For ease of record keeping, the Court orders that all further documents and
proceedings occur under Case Number CV 01-9358 FMC , and that Case Number CV 02-4445 be
closed.
**Counsel are directed to file all further documents under Case Number CV 01-9358 FMC, only.**
Any/all court dates in CV 02-4445 FMC are hereby VACATED.

ENTER J'S-6 as to CV 02-4445 FMC, only

The following party(s) are ordered added to the Court service list under CV 01-9358 FMC:
   as declaratory plaintiffs :
      Craig Newmark
      Shawn Hughes
      Keith Ogden
      Glenn Fleishman
      Phil Wright

Initials of Deputy Clerk _____

204