**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No. CV 01-9358-FMC (Ex)  Date: August 19, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY HAMILTON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None     None

**PROCEEDINGS:** (IN CHAMBERS)

    On the afternoon of August 16, 2002, the Magistrate Judge received in chambers the "Ex Parte Application for Protective Order Staying the Deposition of the Columbia Plaintiffs" ("the application"), filed August 16, 2002. Later in the afternoon, counsel advised the Magistrate Judge's Courtroom Deputy Clerk that the parties had resolved the dispute underlying the application. Therefore, the application is denied as moot.

cc: Judge Cooper
     All Counsel of Record



MINUTES FORM 11     Initials of Deputy Clerk
CIVIL-GEN     D-M