Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>　　　　　　　　　Date: <u>August 14, 2002</u>

Title: <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

　　　HON. **CHARLES F. EICK**, JUDGE

　　　<u>STACEY HAMILTON</u>　　　　　　　　<u>N/A</u>
　　　**DEPUTY CLERK**　　　　　　　　　　**COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**

　　　None　　　　　　　　　　　　　　　　None

**PROCEEDINGS:**　(IN CHAMBERS)

　　　The Court has read and considered "Defendants' Ex Parte Application for Further Order Compelling Production of Documents by Sony Electronics, Inc." ("the application"), filed August 14, 2002. The application is denied without prejudice for failure to demonstrate sufficient cause for hearing the matter on an *ex parte* basis. See L.R. 37-3; <u>Mission Power Engineering Co. v. Continental Casualty Co.</u>, 883 F. Supp. 488 (C.D. Cal. 1995); <u>In re Intermagnetics America, Inc.</u>, 101 BR 191 (C.D. Cal. 1989).

　　　cc:　Judge Cooper
　　　　　Counsel for Sony Electronics, Inc.
　　　　　All Counsel of Record



ENTERED ON ICMS
AUG 20 2002
CV

214

MINUTES FORM 11　　　　　　　　　D-M　　　　　　　　Initials of Deputy Clerk
CIVIL-GEN