UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

P SEND
ENT NO JS-6

SCANNED

## CIVIL MINUTES - GENERAL

Case No.:  cv 01-9358 ████████████

Date: August 21, 2002

and related case CV 02-4445(Ex)

Titles:  PARAMOUNT PICTURES CORP., et al. v REPLAYTV, INC., et al.
         CRAIG NEWMARK, et al. v TURNER BROADCASTING NETWORK, et al.

PRESENT:

HONORABLE FLORENCE-MARIE COOPER, UNITED STATES DISTRICT JUDGE

| Alicia Mason | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:
None

Attorneys Present for Defendants:
None

PROCEEDINGS:   CONSOLIDATION OF CASE(s) UNDER CASE NUMBER CV 01-9358 FMC
               and TERMINATION OF CASE NUMBER CV 02-4445 FMC
               (In Chambers)

The Court orders the consolidation of Case Number(s) CV 02-4445 with Case Number  CV 01-9358
for all purposes, *excepting trial.*  For ease of record keeping, the Court orders that all further documents
and proceedings occur under Case Number CV 01-9358 FMC , and that Case Number CV 02-4445 be
closed.
**Counsel are directed to file all further documents under Case Number CV 01-9358 FMC, only.**
Any/all court dates in CV 02-4445 FMC are hereby VACATED.

ENTER J'S-6 as to CV 02-4445 FMC, only

The following party(s) are ordered added to the Court service list under CV 01-9358 FMC:
        as declaratory plaintiffs :
            Craig Newmark
            Shawn Hughes
            Keith Ogden
            Glenn Fleishman
            Phil Wright



ENTERED ON ICMS

AUG 2 2 2002

CV

Initials of Deputy Clerk _____

216