Priority  X
Send      X
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>           Date: <u>September 3, 2002</u>

Title: <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

    HON.  **CHARLES F. EICK**, JUDGE

    <u>STACEY PIERSON</u>                                           <u>N/A</u>
    DEPUTY CLERK                                                COURT REPORTER

ENTERED ON ICMS
SEP - 4 2002
CV

**ATTORNEYS PRESENT FOR PLAINTIFFS**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

    None                                                         None

**PROCEEDINGS:**   (IN CHAMBERS)                                (Page 1 of 2)

    The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion for Further Order Compelling Production of Documents by Sony Electronics, Inc." ("the motion"), filed August 15, 2002. The previously noticed September 6, 2002 hearing date is vacated. The Court has taken the motion under submission without oral argument.

    The motion is denied without prejudice. Given the August 19, 2002 date specified for compliance with the July 30, 2002 order, Defendants' early August demands for assurances, as well as the August 15 filing of the motion, were premature. In addition, service of the motion was not timely. See L.R. 6-1.

    It appears the August 19 and 26, 2002 productions have not satisfied Defendants' continuing concerns, and thus it appears disputes regarding the adequacy of Sony Electronics, Inc.'s search for and production of documents will continue. For that reason, the Court offers the following guidance. Without the necessity of a Local Rule 37-1 letter requesting a conference, counsel

223

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)                                  Date: September 3, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                    None

**PROCEEDINGS:**    (IN CHAMBERS)                                    (Page 2 of 2)

promptly should meet and confer regarding the adequacy of the search and production. While conferring, counsel should endeavor to deal in specifics, not generalities, regarding the scope of the search and production. The Court believes this can be done without infringing upon any attorney-client privilege or the work product doctrine. If disputes remain unresolved, the parties promptly should formulate a Local Rule 37-2.1 joint stipulation, particularizing the remaining disputes. The Court then may hear the matter on an accelerated basis, if circumstances warrant.

Defendants' and Sony Electronics, Inc.'s requests for sanctions are denied.

cc:   Judge Cooper
      Counsel for Sony Electronics, Inc.
      All Counsel of Record