# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE _FMC_

FROM: _N Cullen_ ,Deputy Clerk   RECEIVED DATE: _9/3/02_

CASE NO.: _CV01-9358_   CASE TITLE: _Paramount v Replay TV_

DOCUMENT ENTITLED: _Dft - Answer of the Time Warner to Compl._

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | Rule | Description |
|---|---|---|
| ____ | Local Rule 7-3 | Written notice of motion lacking or timeliness of notice incorrect |
| ____ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ____ | Local Rule 11-3.1 | Document not legible |
| ____ | Local Rule 11-3.8 | Lacking name, address, phone number |
| ____ | Local Rule 11-4.1 | No copy provided for judge |
| ____ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ____ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ____ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ____ | Local Rule 16-6 | Pretrial conference order not signed by all counsel |
| ____ | Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties |
| ____ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ____ | Local Rule 56-2 | Statement of genuine issues of material fact lacking |
| ☒ | Local Rule 83-1.5 | No Certification of Interested Parties and/or no copies |
| ____ | FRCvP Rule 5(d) | No proof of service attached to document(s) |
| ____ | OTHER: | |

**NOTE:** Please refer to the court's website at www.cacd.uscourts.gov for local rules and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed.
The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Dated: _SEP - 4 2002_

FLORENCE-MARIE COOPER
U.S. DISTRICT JUDGE / U.S.MAGISTRATE JUDGE

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

Dated:_____

U.S. DISTRICT JUDGE / U.S. MAGISTRATE JUDGE

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

224

CV-104A (10/01)   NOTICE OF DOCUMENT DISCREPANCIES