PROSKAUER ROSE LLP
SCOTT P. COOPER, State Bar No. 96905
MICHAEL H. WEISS, State Bar No. 110148
SIMON BLOCK, State Bar No. 214999
TANYA L. FORSHEIT, State Bar No. 192472
JOSHUA J. POLLACK, State Bar No. 215922
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Plaintiffs
Disney Enterprises, Inc. and ABC, Inc



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> REPLAYTV, INC. and SONICblue Inc., <br><br> Defendant(s). <br><br> AND CONSOLIDATED ACTIONS | Case No. CV 01-9358 FMC (Ex) <br><br> SUBSTITUTION OF ATTORNEY |



Plaintiffs Disney Enterprises, Inc. and ABC, Inc. hereby substitute Proskauer Rose LLP, by Scott P. Cooper, State Bar No. 96905, 2049 Century Park East, Suite 3200, Los Angeles, California 90067; telephone number (310) 557-2900 and facsimile number (310) 557-2193, as attorneys of record in the place and stead of White O'Connor Curry Gatti & Avanzado LLP, by Andrew M. White, State Bar No. 060181, 10100 Santa Monica Boulevard, Los Angeles, California 90067; telephone number (310) 712-6100 and facsimile number (310) 712-6199, and Wilmer, Cutler & Pickering, by Steven F. Cherry, admitted pro hac vice, 1600 Tysons Boulevard, 10th Floor, Tysons Corner, Virginia 22102; telephone number (703) 251-9770 and

```
 1  facsimile number (703) 251-9797.

 2  DATED: August 30, 2002              DISNEY ENTERPRISES, INC.

 3
 4                                      By: _____
 5
 6  DATED: August 30, 2002              ABC, INC.
 7
 8                                      By: _____
 9
10
11       I have given proper notice pursuant to Local Rule 83-2.9.2 and further
12  consent to the above substitution.
13  DATED: September 3, 2002             WHITE O'CONNOR CURRY GATTI &
                                         AVANZADO LLP (present attorneys)
14
15
16                                      By: _____
                                             Andrew M. White
17
18  DATED: September 3, 2002             WILMER CUTLER & PICKERING
                                         (present attorneys)
19
20
21                                      By: _____
                                             Steven F. Cherry
22
23       I am duly admitted to practice in this District pursuant to Local Rule 83-2.8
24  DATED: September 3, 2002             PROSKAUER ROSE LLP (new attorneys)
25
26
27                                      By: _____
                                             Scott P. Cooper
28
```

2

SUBSTITUTION OF ATTORNEY

facsimile number (703) 251-9797.

DATED: August 30, 2002          DISNEY ENTERPRISES, INC.

                                By: _____

DATED: August 30, 2002          ABC, INC.

                                By: _____

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

DATED: September 3, 2002        WHITE O'CONNOR CURRY GATTI &
                                AVANZADO LLP (present attorneys)

                                By: _____
                                    Andrew M. White

DATED: September 3, 2002        WILMER CUTLER & PICKERING
                                (present attorneys)

                                By: _____
                                    Steven F. Cherry

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

DATED: September 3, 2002        PROSKAUER ROSE LLP (new attorneys)

                                By: _____
                                    Scott P. Cooper

2
SUBSTITUTION OF ATTORNEY

facsimile number (703) 251-9797.

DATED: August 30, 2002        DISNEY ENTERPRISES, INC.

By: _____

DATED: August 30, 2002        ABC, INC.

By: _____

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

DATED: September 3, 2002      WHITE O'CONNOR CURRY GATTI &
                              AVANZADO LLP (present attorneys)

By: _____
    Andrew M. White

DATED: September 3, 2002      WILMER CUTLER & PICKERING
                              (present attorneys)

By: /s/ Steven F. Cherry
    Steven F. Cherry

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

DATED: September 3, 2002      PROSKAUER ROSE LLP (new attorneys)

By: _____
    Scott P. Cooper

1  facsimile number (703) 251-9797.

2  DATED: August 30, 2002                DISNEY ENTERPRISES, INC.

4                                         By: _____

6  DATED: August 30, 2002                ABC, INC.

8                                         By: _____

11  I have given proper notice pursuant to Local Rule 83-2.9.2 and further
12  consent to the above substitution.

13  DATED: September 3, 2002              WHITE O'CONNOR CURRY GATTI &
                                          AVANZADO LLP (present attorneys)

16                                        By: _____
                                              Andrew M. White

18  DATED: September 3, 2002              WILMER CUTLER & PICKERING
                                          (present attorneys)

21                                        By: _____
                                              Steven F. Cherry

23  I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

24  DATED: September 3, 2002              PROSKAUER ROSE LLP (new attorneys)

26                                        By: *Scott P. Cooper* (signature)
                                              Scott P. Cooper     WITH PERMISSION
                                                                  BY SIMON BLOCK

1     This Substitution of Attorney is hereby: ☒ Approved. ☐ Denied.

2   DATED: September 4, 2002

*/s/ Florence Marie Cooper*
United States District Judge

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On September 3, 2002, I served the foregoing document described as:

## SUBSTITUTION OF ATTORNEY

on the interested parties in this action:

(By Mail) By placing the true copies thereof enclosed in sealed envelopes address as follows:

## SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 3, 2002, at Los Angeles, California.

_____
KAREN J. JONES

## SERVICE LIST

Ira P. Rothken, Esq.
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, California 94903

Andrew M. White
Jonathan H. Anschell
Lee S. Brenner
WHITE O'CONNOR CURRY GATTI &
AVANZADO LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067

Robert M. Schwartz
Mark A. Snyder
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Robert H. Rotstein
McDERMOTT, WILL & EMERY
2049 Century Park East, 34th Floor
Los Angeles, California 90067

Emmett C. Stanton
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, California 94306

Cindy A. Cohn
Fred von Lohmann
Robin D. Gross
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110

Thomas P. Olson
Randolph D. Moss
Peter B. Rutledge
Katherine Fleet
Maren Matal
WILMER, CUTLER & PICKERING
2445 M Street, NW
Washington, DC 20037

Ronald L. Klain
Goodwin Liu
O'MELVENY & MYERS LLP
555 13th Street, N.W., Suite 500 West
Washington, DC 20004-1109

Laurence F. Pulgram
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, California 94111