1  PROSKAUER ROSE LLP
   SCOTT P. COOPER, State Bar No. 96905
2  MICHAEL H. WEISS, State Bar No. 110148
   SIMON BLOCK, State Bar No. 214999
3  TANYA L. FORSHEIT, State Bar No. 192472
   JOSHUA J. POLLACK, State Bar No. 215922
4  2049 Century Park East, 32nd Floor
   Los Angeles, California 90067-3206
5  Telephone:  (310) 557-2900
   Facsimile:  (310) 557-2193
6

7  Attorneys for Plaintiffs
   Paramount Pictures Corporation, UPN
8  (formerly The United Paramount Network), Viacom
   International Inc., Showtime Networks Inc.,
9  CBS Broadcasting Inc., and CBS Worldwide Inc.

10

11          **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13

14  PARAMOUNT PICTURES              )  Case No. CV 01-9358 FMC (Ex)
    CORPORATION, et al.,            )
15                                  )  SUBSTITUTION OF
                Plaintiff(s),       )  ATTORNEY
16                                  )
        v.                          )
17                                  )
    REPLAYTV, INC. and SONICblue Inc.,  )
18                                  )
                Defendant(s).       )
19  _____ )
    AND CONSOLIDATED ACTIONS        )
20

21       Plaintiffs Paramount Pictures Corporation, UPN (formerly The United

22  Paramount Network), Viacom International Inc., Showtime Networks Inc., CBS

23  Broadcasting Inc., and CBS Worldwide Inc., hereby substitute Proskauer Rose LLP,

24  by Scott P. Cooper, State Bar No. 96905, 2049 Century Park East, Suite 3200, Los

25  Angeles, California 90067; telephone number (310) 557-2900 and facsimile number

26  (310) 557-2193, as attorneys of record in the place and stead of White O'Connor

27  Curry Gatti & Avanzado LLP, by Andrew M. White, State Bar No. 060181, 10100

28  Santa Monica Boulevard, Los Angeles, California 90067; telephone number (310)

ORIGINAL
226

1  712-6100 and facsimile number (310) 712-6199, and Wilmer, Cutler & Pickering,

2  by Steven F. Cherry, admitted pro hac vice, 1600 Tysons Boulevard, 10th Floor,

3  Tysons Corner, Virginia 22102; telephone number (703) 251-9770 and facsimile

4  number (703) 251-9797.

5  DATED:  August 30, 2002               PARAMOUNT PICTURES
6                                        CORPORATION
7
8                               By: _____
9                                   Michelena Hallie, Vice President,
                                    Assistant Secretary
10 DATED:  August 30, 2002               VIACOM INTERNATIONAL INC.
11
12                              By: _____
13                                  Michelena Hallie, Assistant Secretary
14 DATED:  August 30, 2002               SHOWTIME NETWORKS INC.
15
16                              By: _____
17                                  Michelena Hallie, Vice President,
                                    Assistant Secretary
18 DATED:  August 30, 2002               CBS BROADCASTING INC
19
20
21                              By: _____
22                                  Michelena Hallie, Vice President,
                                    Assistant Secretary
23 DATED:  August 30, 2002               CBS WORLDWIDE, INC.
24
25                              By: _____
26                                  Michelena Hallie, Vice President,
                                    Assistant Secretary
27
28

3660/48424-006
LAWORD/12136 v1

2

SUBSTITUTION OF ATTORNEY

DATED:  August 30, 2002          UPN (formerly THE UNITED
                                 PARAMOUNT NETWORK)


                                 By:  _Nicole Ungerman_____
                                      Nicole Ungerman, Senior Vice
                                      President


       I have given proper notice pursuant to Local Rule 83-2.9.2 and further
consent to the above substitution.


DATED:  _____, 2002          WHITE O'CONNOR CURRY GATTI &
                                  AVANZADO LLP (present attorneys)


                                  By:  _____
                                       Andrew M. White


DATED:  _____, 2002          WILMER CUTLER & PICKERING
                                  (present attorneys)


                                  By:  _____
                                       Steven F. Cherry


       I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.


DATED:  _____, 2002          PROSKAUER ROSE LLP (new attorneys)


                                  By:  _____
                                       Scott P. Cooper


3

SUBSTITUTION OF ATTORNEY

3600/48424-006

DATED:  August 30, 2002         UPN (formerly THE UNITED
                                PARAMOUNT NETWORK)


                                By: _____
                                    Nicole Ungerman, Senior Vice
                                    President


        I have given proper notice pursuant to Local Rule 83-2.9.2 and further

consent to the above substitution.


DATED: _____, 2002        WHITE O'CONNOR CURRY GATTI &
                                AVANZADO LLP (present attorneys)


                                By: _____
                                    Andrew M. White


DATED: _____, 2002        WILMER CUTLER & PICKERING
                                (present attorneys)


                                By: _____
                                    Steven F. Cherry


        I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.


DATED: _____, 2002        PROSKAUER ROSE LLP (new attorneys)


                                By: _____
                                    Scott P. Cooper

DATED:  August 30, 2002

UPN (formerly THE UNITED PARAMOUNT NETWORK)


By: _____
      Nicole Ungerman, Senior Vice President


      I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.


DATED:  _____, 2002

WHITE O'CONNOR CURRY GATTI & AVANZADO LLP (present attorneys)


By: _____
      Andrew M. White


DATED: _September 3_, 2002

WILMER CUTLER & PICKERING (present attorneys)


By: _____
      Steven F. Cherry


      I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.


DATED:  _____, 2002

PROSKAUER ROSE LLP (new attorneys)


By: _____
      Scott P. Cooper

DATED: August 30, 2002     UPN (formerly THE UNITED
                                       PARAMOUNT NETWORK)

By: _____
       Nicole Ungerman, Senior Vice
       President

      I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

DATED: _____, 2002     WHITE O'CONNOR CURRY GATTI &
                                         AVANZADO LLP (present attorneys)

By: _____
       Andrew M. White

DATED: _____, 2002     WILMER CUTLER & PICKERING
                                         (present attorneys)

By: _____
       Steven F. Cherry

      I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

DATED: *September 3*, 2002     PROSKAUER ROSE LLP (new attorneys)

By: *Scott P. Cooper*
       Scott P. Cooper     *WITH PERMISSION*
                               *BY SIMON BLOCK*

3660/48424-006
LAWORD/12136 v1

SUBSTITUTION OF ATTORNEY

1

This Substitution of Attorney is hereby:   ☒ Approved.   ☐ Denied.

2

3

DATED: ___9/4___ , 2002            _Florence Nero Cooper_

4                                  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I declare that: I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

  On September 3, 2002, I served the foregoing document described as:

### SUBSTITUTION OF ATTORNEY

on the interested parties in this action:

  (By Mail)  By placing the true copies thereof enclosed in sealed envelopes address as follows:

### SEE ATTACHED SERVICE LIST

  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Executed on September 3, 2002, at Los Angeles, California.


_____
KAREN J. JONES

3660/48424-006 LAWORD/10691 v1

# SERVICE LIST

Ira P. Rothken, Esq.
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, California 94903

Andrew M. White
Jonathan H. Anschell
Lee S. Brenner
WHITE O'CONNOR CURRY GATTI &
AVANZADO LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067

Robert M. Schwartz
Mark A. Snyder
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Robert H. Rotstein
McDERMOTT, WILL & EMERY
2049 Century Park East, 34th Floor
Los Angeles, California 90067

Emmett C. Stanton
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, California 94306

Cindy A. Cohn
Fred von Lohmann
Robin D. Gross
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110

Thomas P. Olson
Randolph D. Moss
Peter B. Rutledge
Katherine Fleet
Maren Matal
WILMER, CUTLER & PICKERING
2445 M Street, NW
Washington, DC 20037

Ronald L. Klain
Goodwin Liu
O'MELVENY & MYERS LLP
555 13th Street, N.W., Suite 500 West
Washington, DC 20004-1109

Laurence F. Pulgram
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, California 94111