PROSKAUER ROSE LLP
SCOTT P. COOPER, State Bar No. 96905
MICHAEL H. WEISS, State Bar No. 110148
SIMON BLOCK, State Bar No. 214999
TANYA L. FORSHEIT, State Bar No. 192472
JOSHUA J. POLLACK, State Bar No. 215922
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Plaintiffs
National Broadcasting Company, Inc. and
NBC Studios, Inc.

FILED
SEP -4 2002

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., | Case No. CV 01-9358 FMC (Ex) |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| v. | ENTERED CMS |
| REPLAYTV, INC. and SONICblue Inc., | SEP - 5 2002 |
| Defendant(s). | CV |
| AND CONSOLIDATED ACTIONS | |

Plaintiffs National Broadcasting Company, Inc. and NBC Studios, Inc. hereby

substitute hereby substitute Proskauer Rose LLP, by Scott P. Cooper, State Bar No.

96905, 2049 Century Park East, Suite 3200, Los Angeles, California 90067;

telephone number (310) 557-2900 and facsimile number (310) 557-2193, as

attorneys of record in the place and stead of White O'Connor Curry Gatti &

Avanzado LLP, by Andrew M. White, State Bar No. 060181, 10100 Santa Monica

Boulevard, Los Angeles, California 90067; telephone number (310) 712-6100 and

facsimile number (310) 712-6199, and Wilmer, Cutler & Pickering, by Steven F.

Cherry, admitted pro hac vice, 1600 Tysons Boulevard, 10th Floor, Tysons Corner,

ORIGINAL
227

1  Virginia 22102; telephone number (703) 251-9770 and facsimile number (703) 251-

2  9797.

3  DATED: September 3, 2002          NATIONAL BROADCASTING
                                      COMPANY, INC.
4

5

6                                     By:  _____
                                           Susan E. Weiner
7

8                                     Senior Vice President for Law,
                                      Deputy General Counsel
9

   DATED: September 3, 2002          NBC STUDIOS, INC.
10

11

12                                    By:  _____
                                           Susan E. Weiner
13

14                                    Senior Vice President for Law,
                                      Deputy General Counsel
15

16       I have given proper notice pursuant to Local Rule 83-2.9.2 and further

17  consent to the above substitution.

18  DATED: September 3, 2002          WHITE O'CONNOR CURRY GATTI &
                                      AVANZADO LLP (present attorneys)
19

20

21                                    By:  _____
                                           Andrew M. White
22

23  DATED: September 3, 2002          WILMER CUTLER & PICKERING
                                      (present attorneys)
24

25

26                                    By:  _____
                                           Steven F. Cherry
27

28

1 Virginia 22102; telephone number (703) 251-9770 and facsimile number (703) 251
2 9797.

3 DATED: September __, 2002       NATIONAL BROADCASTING
4                                             COMPANY, INC.

5

6                                             By: _____
7                                                  Susan E. Weiner

8                                            Senior Vice President for Law,
9                                            Deputy General Counsel

DATED: September __, 2002       NBC STUDIOS, INC.
10

11

12                                             By: _____
13                                                  Susan E. Weiner

14                                            Senior Vice President for Law,
15                                            Deputy General Counsel

16      I have given proper notice pursuant to Local Rule 83-2.9.2 and further
17 consent to the above substitution.

18 DATED: September 3, 2002      WHITE O'CONNOR CURRY GATTI &
19                                             AVANZADO LLP (present attorneys)
20

21                                             By: _____
22                                                 Andrew M. White

23 DATED: September 3, 2002      WILMER CUTLER & PICKERING
24                                             (present attorneys)
25

26                                             By: _____
27                                                 Steven F. Cherry

28

1  Virginia 22102; telephone number (703) 251-9770 and facsimile number (703) 251-

2  9797.

3  DATED: September __, 2002        NATIONAL BROADCASTING
                                    COMPANY, INC.
4

5

6                                   By: _____

7                                        Susan E. Weiner

8                                   Senior Vice President for Law,
                                    Deputy General Counsel
9

10  DATED:  September __, 2002       NBC STUDIOS, INC.

11

12                                  By: _____

13                                       Susan E. Weiner

14                                  Senior Vice President for Law,
                                    Deputy General Counsel
15

16        I have given proper notice pursuant to Local Rule 83-2.9.2 and further

17  consent to the above substitution.

18  DATED:  September 3, 2002        WHITE O'CONNOR CURRY GATTI &
                                     AVANZADO LLP (present attorneys)
19

20

21                                  By: _____

22                                       Andrew M. White

23  DATED:  September 3, 2002        WILMER CUTLER & PICKERING
                                     (present attorneys)
24

25

26                                  By: _____

27                                       Steven F. Cherry

28

1   I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

2   DATED: September 3, 2002          PROSKAUER ROSE LLP (new attorneys)

3

4                                    By: _Scott P. Cooper_
                                         Scott P. Cooper
5                                                          WITH PERMISSION
                                                           BY SIMON BLOCK
6

7   This Substitution of Attorney is hereby:   ☒ Approved.   ☐ Denied.

8   DATED: September 4, 2002         _Florence Marie Cooper_
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3660/48424-006
LAWORD/12135 v1

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On September 3, 2002, I served the foregoing document described as:

### SUBSTITUTION OF ATTORNEY

on the interested parties in this action:

(By Mail) By placing the true copies thereof enclosed in sealed envelopes address as follows:

### SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 3, 2002, at Los Angeles, California.


_____

KAREN J. JONES

## SERVICE LIST

Ira P. Rothken, Esq.
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, California 94903

Andrew M. White
Jonathan H. Anschell
Lee S. Brenner
WHITE O'CONNOR CURRY GATTI &
AVANZADO LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067

Robert M. Schwartz
Mark A. Snyder
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Robert H. Rotstein
McDERMOTT, WILL & EMERY
2049 Century Park East, 34th Floor
Los Angeles, California 90067

Emmett C. Stanton
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, California 94306

Cindy A. Cohn
Fred von Lohmann
Robin D. Gross
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110

Thomas P. Olson
Randolph D. Moss
Peter B. Rutledge
Katherine Fleet
Maren Matal
WILMER, CUTLER & PICKERING
2445 M Street, NW
Washington, DC 20037

Ronald L. Klain
Goodwin Liu
O'MELVENY & MYERS LLP
555 13th Street, N.W., Suite 500 West
Washington, DC 20004-1109

Laurence F. Pulgram
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, California 94111

3660/48424-006 LAWORD/10691 v1