NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
SCOTT P. COOPER (Bar No. 96905)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone (310) 557-2900
Facsimile (310) 557-2193
Attorneys for Paramount & MGM Plaintiffs

FILED
CLERK US DISTRICT COURT
09-18-02
SEP 18
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION, et al.,

Plaintiff(s)

v.

REPLAYTV, INC. and SONICBLUE INC.,

Defendant(s)

CASE NUMBER

CV 01-09358 FMC (Ex)

## APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

**NOTICE:** Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each **case** application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies.

I, RONALD S. RAUCHBERG, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of [X] Plaintiff [X] Defendant: SEE ATTACHMENT A by whom I have been retained.

I am associated with the law firm of PROSKAUER ROSE LLP
whose offices are located at: 1585 BROADWAY, NEW YORK, NY 10036-8299
telephone number: (212) 969-3000 facsimile number: (212) 969-2900

I am a member in good standing and eligible to practice before the following courts:

ENTERED ON ICMS
9 2002
CV

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| SEE ATTACHMENT B | |
| | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| CV 00-05799 SVW | ALCATEL, et al. v. CISCO SYSTEMS | 07/00 |
| | | |
| | | |
| | | |

SEP 17 2002
CLERK, U.S. DISTRICT COURT 4612

242

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate SCOTT P. COOPER of the law firm of PROSKAUER ROSE LLP whose address is: 2049 CENTURY PARK EAST, SUITE 3200, LOS ANGELES, CA 90067-3206 telephone number: (310) 557-2900 facsimile number: (310) 557-2193 who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: SEPTEMBER 12, 2002

*Applicant Signature*
RONALD S. RAUCHBERG

My residence address is: 4 BERKLEY DRIVE, RYE BROOK, NY 10573
telephone number: (914) 939-1893 facsimile number: (914) 939-3215

I hereby consent to the foregoing designation.

Date: SEPTEMBER 12, 2002

*Designee Signature*
SCOTT P. COOPER

California State Bar No. 96905

---

**ORDER**

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:

✓ Granted.

Denied and fee ordered returned.

Date: SEP 18 2002

UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.
Case No. CV 01-09358 FMC (Ex)

**ATTACHMENT A**
TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

**RONALD S. RAUCHBERG**

**APPLICATION FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE ABOVE-ENTITLED ACTION ON BEHALF OF:**

Plaintiffs in Case No. CV 01-09358 FMC (Ex) and
Defendants in Consolidated Former Case No. CV 02-04445 FMC (Ex):

> Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide, Inc., and CBS Broadcasting Inc.

Plaintiffs in Consolidated Former Case No. CV 01-09801 FMC (Ex) and
Defendants in Consolidated Former Case No. CV 02-04445 FMC (Ex):

> Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP (formerly known as Universal City Studios Productions, Inc.), and Fox Broadcasting Company

PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.
Case No. CV 01-09358 FMC (Ex)

**ATTACHMENT B**
TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

**RONALD S. RAUCHBERG**

**MEMBER IN GOOD STANDING AND ELIGIBLE TO PRACTICE BEFORE THE FOLLOWING COURTS:**

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| New York | 12/21/67 |
| U.S. District Court (S.D.N.Y.) | 09/17/69 |
| U.S. District Court (E.D.N.Y.) | 09/17/69 |
| U.S. Court of Appeals (2nd Cir.) | 10/21/68 |
| United States Supreme Court | 01/17/72 |
| U.S. District Court (D.Conn) | 09/12/73 |
| U.S. District (E.D. Mich.) | 01/31/86 |
| U.S. Court of Appeals (9th Cir.) | 01/31/86 |
| U.S. Court of Appeals (D.C. Cir.) | 09/17/86 |
| U.S. Court of Appeals (6th Cir.) | 07/27/94 |
| U.S. Court of Appeals (7th Cir.) | 03/03/95 |
| U.S. Court of Appeals (3rd Cir.) | 07/18/97 |

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On September 17, 2002, I served the foregoing document described as:

**APPLICATION OF NON-RESIDENT ATTORNEY RONALD S. RAUCHBERG TO APPEAR IN A SPECIFIC CASE**

on the interested parties in this action:

(By Mail) By placing the original and true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 17, 2002, at Los Angeles, California.

PATTY J. HAYS

**SERVICE LIST**

COUNSEL FOR REPLAY DEFENDANTS (all cases):

EMMETT C. STANTON (estanton@fenwick.com)
PATRICK E. PREMO (ppremo@fenwick.com)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
650.494.0600
650.494.1417 Facsimile
TRUE COPIES TO:

LAURENCE F. PULGRAM (lpulgram@fenwick.com)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
415.875.2300
415.281.1350 Facsimile

COUNSEL FOR TIME WARNER PLAINTIFFS in Former Case No. CV 01-09693 FMC (Ex):

ROBERT SCHWARTZ (rschwartz@omm.com)
ALAN RADER (arader@omm.com)
MARK SNYDER (msnyder@omm.com)
BENJAMIN SHEFFNER (bsheffner@omm.com)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035
310.553.6700
310.246.6779 Facsimile

COUNSEL FOR COLUMBIA PLAINTIFFS in Former Case No. CV 01-10221 FMC (Ex):

ROBERT H. ROTSTEIN (rrotstein@mwe.com)
LISA E. STONE (lstone@mwe.com)
ELIZABETH L. HISSERICH (ehisserich@mwe.com)
McDERMOTT, WILL & EMERY
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
310.277.4110
310.277.4730 Facsimile

COUNSEL FOR NEWMARK PLAINTIFFS in Former Case No. CV 02-0445 FMC (Ex):

IRA P. ROTHKEN (ira@techfirm.com)
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
415.924.4250
415.924.2905 Facsimile

CINDY A. COHN
FRED VON LOHMANN
ROBIN D. GROSS
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
415.436.9333 x108
415.436.9993 Facsimile