NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

David E. Kendall
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
(202) 434-5145

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Paramount Pictures Corporation, et al. Plaintiff(s)

v.

ReplayTV, Inc., and SonicBlue, Inc.

Defendant(s)

CASE NUMBER

CV 01-09358 FMC (Ex)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

**NOTICE:** Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (form G-76), available*

I, David E. Kendall _____, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant: (Third Party) Motion Picture Association & by whom I have been retained.
Motion Picture Association of America

My *out-of-state* business information is as follows:

Firm Name: Williams & Connolly LLP

Address: 725 12th Street, NW
Washington, DC 20005

Telephone number: (202) 434-5145      Fax number: (202) 434-5029

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| SEE ATTACHMENT A | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| | SEE ATTACHMENT B | |
| | | |
| | | |

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

G-64 (02/02)                                                                                                     PAGE 1 OF 2

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate  Gregory Goeckner  as local counsel, whose business information is as follows:

Firm Name: Motion Picture Association of America

Address: 15503 Ventura Boulevard

Encino, CA 91436-3103

Telephone number: (818) 995-6600    Fax number: (818) 382-1786

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: August 20, 2002

_____
Applicant Signature

I hereby consent to the foregoing designation.

Date: August 20, 2002

_____
Designee Signature

103693
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
- ☑ Granted.
- ☐ Denied and fee ordered returned.

Date: SEP 18 2002

_____
UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

---

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

G-64 (02/02)                                                                                                  PAGE 2 OF 2

## ATTACHMENT A

I am admitted to practice and am a member in good standing of the following courts and/or jurisdictions:

    (a)    State Courts

| | |
|---|---|
| State of New York | 1974 |
| District of Columbia | 1978 |
| State of Maryland | 1992 |

    (b)    Federal Courts

| | |
|---|---|
| Supreme Court of the United States | 1976 |
| U.S. Court of Appeals for D.C. Cir. | 1978 |
| U.S. Court of Appeals 2nd Cir. | 1977 |
| U.S. Court of Appeals 5th Cir. | 1976 |
| U.S. Court of Appeals 7th Cir. | 1997 |
| U.S. Court of Appeals 8th Cir. | 1989 |
| U.S. Court of Appeals 11th Cir. | 1983 |
| U.S. District Court for SDNY | 1974 |
| U.S. District Court for EDNY | 1974 |
| U.S. District Court for D.C. | 1979 |

## ATTACHMENT B

In the past two years, I have filed an application to appear as counsel *pro hac vice* in the United States District Court for the Central District of California on two occasions:

(1) Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.
C.V. 01-09923
(consolidated with CV 01-08541)
Date of application: 10/02/01
Date granted: 10/10/01

(2) Columbia Pictures Industries, Inc. v. John A. Deep, et al.
C.V. 01-05648
Date of application: 6/27/01
Date Granted: 6/27/01