NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Ana C. Reyes
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5276

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Paramount Pictures Corporation, et al.
                                    Plaintiff(s)
v.
ReplayTV, Inc., and SonicBlue, Inc.,
                                    Defendant(s)

CASE NUMBER: CV 01-09358 FMC (ex)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

FILED 9-23-02

**NOTICE:** Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (formG-76), available*

I, __Ana C. Reyes__, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant: __(Third Party) Motion Picture Association & Motion Picture Association of America__ by whom I have been retained.

My *out-of-state* business information is as follows:

Firm Name: Williams & Connolly LLP

Address: 725 12th Street, N.w
          Washington, DC 20005

Telephone number: (202) 434--5276          Fax number: (202) 434 - 5029

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| State of New York Appellate Division of the Supreme Court Third Judicial Department | August 21, 2001 |
| District of Columbia Court of Appeals | May 10, 2002 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| CV 01-09923 | Metro-Goldwyn-Mayer Studios, Inc. v. Grokster Ltd. | 5/2/02 |

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

G-64 (01/02)                                                                                    PAGE 1 OF 2

245

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate **Gregory Goeckner** as local counsel, whose business information is as follows:

Firm Name: Motion Picture Association of America
Address: 15503 Ventura Boulevard
Encino, CA 91436-3103
Telephone number: (818) 995-6600   Fax number: (818) 382-1786

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: August 20, 2002

*Applicant Signature*

I hereby consent to the foregoing designation.

Date: August 20, 2002

*Designee Signature*
103693
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date: 9-23-02

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE