LAURENCE F. PULGRAM (CSB No. 115163)
MICHAEL H. RUBIN (CSB No. 214636)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1417

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAY TV, INC. and SONICBLUE INCORPORATED

FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

– BY FAX –

PARAMOUNT PICTURES CORPORATION; et al.,

Plaintiffs,

v.

REPLAYTV, INC., and SONICBLUE, INC.,

Defendants,

AND CONSOLIDATED ACTIONS.

Case No. 01-09358 FMC (Ex)

**STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME RE: JOINT STIPULATION FOR DEFENDANTS' MOTION TO COMPEL RESPONSES TO SUBPOENA UPON AOL TIME WARNER INC.**

ENTERED ON ICMS
SEP 25 2002
CV



246

**STIPULATION AND [PROPOSED] ORDER**

In order to more expeditiously resolve the dispute set forth and briefed in the Joint Stipulation for Defendants' Motion to Compel Responses to Subpoena Upon AOL Time Warner Inc. ("Joint Stipulation"), to be filed Tuesday, September 24, 2002, Defendants SONICblue Incorporated and ReplayTV, Inc. and Non-Party AOL Time Warner Inc. have agreed and hereby stipulate to a shortened notice period for the hearing on the motion and a modified briefing schedule, and seek Court approval, as follows:

1. The notice period for the hearing on the motion shall be reduced by two (2) court days from time set forth in Local Rule 37-3, resulting in filing of the Joint Stipulation on September 24, 2002, and a hearing date of Friday, October 11, 2002;

2. Supplemental Memoranda shall be filed no later than Tuesday, October 1, 2002, five (5) court days after the filing of the Joint Stipulation and two (2) court days later than the date prescribed in Local Rule 37-2.3, and ten (10) days prior to the hearing date.

DATED: September 20, 2002

FENWICK & WEST LLP

By: [signature]
Michael H. Rubin

Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated

DATED: September 20, 2002

O'MELVENY & MYERS LLP

By: [signature] /MHR
Mark A. Snyder

Attorneys for Non-Party AOL Time Warner Inc.

Good cause appearing therefor, the preceding stipulation of the Parties, as evidenced by the signatures of counsel of record appearing above, is hereby ordered.

DATE: September 23, 2002.

The Honorable Charles F. Eick
United States Magistrate Judge

## PROOF OF SERVICE

I, Cheryl Leger, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 275 Battery, Suite 1500, San Francisco, California 94111. On September 20, 2002, I served the within documents as noted below:

**STIPULATION AND [PROPOSED] ORDER SHORTENIGN TIME RE: JOINT STIPULATION FOR DEFENANTS' MOTION TO COMPEL RESPONSES TO SUBPOENA UPON AOL TIME WARNER, Inc.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed ______________ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a ______________ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ By personally transmitting via e-mail the document(s) listed above to person(s) set forth below.

22407/00401/LIT/1143349.1

Robert H. Rotstein, Esq.
Lisa E. Stone, Esq.
McDermott, Will & Emery
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
Telephone: 310/277-4110
Facsimile: 310/277-4730
Via First Class Mail and E-Mail
rrotstein@mwe.com

Attorneys for Plaintiffs Columbia Pictures, Industries, Inc., et al.

Scott P. Cooper, Esq.
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310/557-2900
Facsimile: 310/557-2193
Via First Class Mail and E-Mail
scooper@proskauer.com

Attorneys for Plaintiffs Metro-Goldwyn Mayer Studios, Inc., Paramount Pictures Corp., Disney Enterprises, Inc.; National Broadcasting Company, Inc.; NBC Studios, Inc.; Showtime Networks Inc.; The United Paramount Network ("UNP"); ABC, Inc.; Viacom International Inc.,; CBS Worldwide Inc; and CBS Broadcasting, Inc.

Jon A. Baumgarten, Esq.
Proskauer Rose LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036-2396
Telephone: 202/416-6800
Facsimile: 202/416-6899
Via First Class Mail and E-Mail
jabaumgarten@proskauer.com

Attorneys for Plaintiffs Metro-Goldwyn Mayer Studios, Inc., et al.

Frank P. Scibilia, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Telephone: 212/969-3000
Facsimile: 212/969-2900
Via First Class Mail and E-Mail
fscibilia@proskauer.com

Attorneys for Plaintiffs Metro-Goldwyn Mayer Studios, Inc., et al.

Robert M. Schwartz, Esq.
Mark A. Snyder, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: 310/553-6700
Facsimile: 310/246-6779
Via First Class Mail and E-Mail
rschwartz@omm.com

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., et al.

Ronald L. Klain, Esq.
Goodwin Liu, Esq.
O'Melveny & Myers LLP
555 13th Street, N.W., Suite 500 West
Washington, DC 20004-1109
Telephone: 202/383-5300
Facsimile: 202/383-5414
Via First Class Mail and E-Mail
rklain@omm.com

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., et al.

| | |
|---|---|
| Ira P. Rothken, Esq.<br>Rothken Law Firm<br>1050 Northgate Drive<br>Suite 520<br>San Rafael, CA 94903<br>Telephone: 415/444-5140<br>Facsimile: 415/924-2905<br>Via First Class Mail and E-Mail<br>ira@techfirm.com | Attorneys for Plaintiffs Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright |
| Cindy Cohn, Esq.<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 941110<br>Telephone: 415/436-9333<br>Facsimile: 415/436-9993<br>Via First Class Mail and E-Mail<br>cindy@eff.org | Attorneys for Plaintiffs Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 20, 2002, at San Francisco, California.

Cheryl Leger

Cheryl Leger