LAURENCE F. PULGRAM (CSB No. 115163)
MICHAEL H. RUBIN (CSB No. 214636)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

FILED
CLERK U S DISTRICT COURT
SEP 2 5 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

By Fax

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE, INC., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex) <br><br> **APPLICATION AND [PROPOSED] ORDER TO FILE JOINT STIPULATION FOR DEFENDANTS' MOTION TO COMPEL RESPONSES TO SUBPOENA UPON AOL TIME WARNER INC. SUPPORTING DECLARATION OF MICHAEL H. RUBIN UNDER SEAL** <br><br> Date:  October 11, 2002 <br> Time:  9:00 a.m. <br> Courtroom: 20 <br> Judge:  Hon. Charles F. Eick <br><br> Discovery Cutoff: October 25, 2002 <br> Pretrial Conference: Not set <br> Trial Date: Not set |

ENTERED ON ICMS

1  Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and
2  ReplayTV, Inc. ("Defendants") respectfully request that the Joint Stipulation for
3  Defendants' Motion to Compel Responses to Subpoena Upon AOL Time Warner
4  Inc. (the "Joint Stipulation") and the supporting Declaration of Michael H. Rubin
5  (the "Rubin Declaration") be filed under seal.

6  Exhibits H and I to the Rubin Declaration constitute documents that have
7  been designated by the Time Warner Plaintiffs as "Highly Restricted" pursuant to
8  the Protective Order entered in these actions on May 29, 2002, and portions of the
9  Joint Stipulation at pages 13 to 14 disclose certain of the content of those
10 documents. In order to protect the confidentiality of these documents, Defendants
11 respectfully request that they be allowed to file these documents under seal.

12 Dated: September 24, 2002          FENWICK & WEST LLP

                                    By: /s/ Michael H. Rubin
                                        Michael H. Rubin

                                    Attorneys for Defendants
                                    ReplayTV, Inc. and SONICblue
                                    Incorporated

18
19 GOOD CAUSE APPEARING, Defendants' request to file the Joint
20 Stipulation for Defendants' Motion to Compel Responses to Subpoena Upon AOL
21 Time Warner Inc. and the Supporting Declaration of Michael H. Rubin under seal is
22 hereby GRANTED.

23 IT IS SO ORDERED.

24 Dated: September 25, 2002

                                    /s/ Charles F. Eick
                                    Hon. Charles F. Eick
                                    U.S. District Magistrate Judge

APPLICATION AND [PROPOSED] ORDER TO FILE JOINT    -2-
STIPULATION AND RUBIN DECLARATION UNDER                    Case No. CV 01-09358 FMC (Ex)
SEAL