# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK US DISTRICT COURT
OCT 1 2002
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

PARAMOUNT PICTURES CORP., et al.,

NOTICE

v.

REPLAYTV, INC., and SONICBLUE, INC.

CASE NO: CV 01-9358-FMC(Ex)

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

TYPE OF CASE:   **XX** CIVIL   ___ CRIMINAL

___ **TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

PLACE:                                        DATE AND TIME:

TYPE OF PROCEEDING:

DEFENDANTS' MOTION TO COMPEL RESPONSES TO SUBPOENA UPON AOL TIME WARNER INC.

**X** **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|---|
| 312 N. Spring St., 3rd Fl.<br>Courtroom 20<br>Los Angeles, CA 90012 | October 11, 2002 at 9:00 a.m. | October 11, 2002 at 2:00 p.m. |

Charles F. Eick
U.S. MAGISTRATE JUDGE

October 1, 2002
DATE                                (By) DEPUTY CLERK

251