LAURENCE F. PULGRAM (CSB No. 115163)
MICHAEL H. RUBIN (CSB No. 214636)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83960)
MITCHELL ZIMMERMAN (CSB No. 88456)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT PICTURES CORPORATION; et al., | Case No. CV 01-09358 FMC (Ex) |
|---|---|
| Plaintiffs, | **APPLICATION AND [PROPOSED] ORDER TO FILE DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO SUBPOENA ON AOL TIME WARNER INC. UNDER SEAL** |
| v. | |
| REPLAYTV, INC., and SONICBLUE, INC., | [L.R. 79-5] |
| Defendants. | Date: October 11, 2002<br>Time: 2:00 p.m.<br>Courtroom: 20<br>Judge: Hon. Charles F. Eick |
| | Discovery Cutoff: October 25, 2002<br>Pretrial Conference: Not set<br>Trial Date: Not set |
| AND CONSOLIDATED ACTIONS. | |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
OCT -3 2002
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

252

1  Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and
2  ReplayTV, Inc. ("Defendants") respectfully request that Defendants' Supplemental
3  Brief in Support of Motion to Compel Responses to Subpoena on AOL Time
4  Warner Inc. ("Supplemental Memorandum") be filed under seal.

5  Portions of the Supplemental Memorandum at pages 4 and 5 disclose the
6  contents of documents that have been produced by the Time Warner Plaintiffs and
7  designated as "Highly Restricted" pursuant to the Protective Order entered in these
8  actions on May 29, 2002. In order to protect the confidentiality of these
9  documents, Defendants respectfully request that they be allowed to file the
10 Supplemental Memorandum under seal.

11 Dated: October 1, 2002                    FENWICK & WEST LLP

By: _____
    Michael H. Rubin

Attorneys for Defendants
ReplayTV, Inc. and SONICblue
Incorporated

GOOD CAUSE APPEARING, Defendants' request to file the Defendants' Supplemental Brief in Support of Motion to Compel Responses to Subpoena on AOL Time Warner Inc. under seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: October _3_, 2002

_____
Hon. Charles F. Eick
U.S. District Magistrate Judge

2