# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
FILED
OCT - 9 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☐ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE _Erck_

FROM: _T. Blea_, Deputy Clerk   RECEIVED DATE: _____

CASE NO.: _CV01-9358 FMC_   CASE TITLE: _Panavision v. Ropley_

DOCUMENT ENTITLED: _Mot. for Leave To File Brief of Amicus Curiae and Brief of Amicus Curiae in opp. to mot. of Copyright owner DMCA for protective Ord._

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ____ | Local Rule 11-3.1 | Document not legible |
| ____ | Local Rule 11-3.8 | Lacking name, address, phone number |
| ____ | Local Rule 11-4.1 | No copy provided for judge |
| ____ | Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties |
| ____ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ____ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ____ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ____ | Local Rule 83-1.5 | No Certification of Interested Parties and/or no copies |
| ✓ | Local Rule 7-3 | Written notice of motion lacking or timeliness of notice incorrect |
| ____ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ____ | Local Rule 56-2 | Statement of genuine issues of material fact lacking |
| ____ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ____ | Local Rule 16-6 | Pretrial conference order not signed by all counsel |
| ____ | FRCvP Rule 5(d) | No proof of service attached to document(s) |
| ✓ | OTHER: | _did not follow L.R. 11 of Civil filing procedures_ |

Priority ✓
Send ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

ENTERED ON ICMS
OCT 11 2002
CV

IT IS HEREBY ORDERED:

☑ The document is to be filed and processed.

The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Dated: _10/9/02_   _____
U.S. DISTRICT JUDGE / U.S. MAGISTRATE JUDGE

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Dated: _____   _____
U.S. DISTRICT JUDGE / U.S. MAGISTRATE JUDGE

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (10/01)   NOTICE OF DOCUMENT DISCREPANCIES   *U.S. GPO: 2002-778-961/54083