UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Priority   ✓
Send       ✓
Enter      ___
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

Case No. CV 01-9358-FMC (Ex)                    Date: October 15, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                          None

**PROCEEDINGS:**   (IN CHAMBERS)

      The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel Responses to Subpoena Upon AOL Time Warner, Inc.," filed September 25, 2002. The Court heard oral argument on October 11, 2002.

      Within thirty (30) days of the date of this order, AOL Time Warner, Inc. shall produce all documents responsive to Requests Nos. 21-24. Documents responsive to Request No. 24 may be redacted to remove information concerning the identities of senders and recipients of files, the contents of files, and any information that might compromise any law enforcement investigation.

      "Non-Party AOL Time Warner, Inc.'s Objection to and Motion to Strike Certain Exhibits, etc.," filed October 2, 2002, is granted as to Exhibits J and K and denied as to Exhibit C.

      Any party seeking review of this order shall cause the preparation and filing of a transcript of the October 11, 2002 hearing.

cc:   Judge Cooper
      Counsel for AOL Time Warner, Inc.
      All Counsel of Record

ENTERED ON ICMS
OCT 17 2002

272

Initials of Deputy Clerk _SP_

MINUTES FORM 11
CIVIL-GEN                                                D-M