UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

Case No. CV 01-9358-FMC (Ex)                          Date: October 15, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON.  **CHARLES F. EICK,** JUDGE

STACEY PIERSON                                    N/A
DEPUTY CLERK                                   COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                              None

**PROCEEDINGS:     (IN CHAMBERS)**

The Court has read and considered all papers filed in support of and in opposition to "The Copyright Owner Plaintiffs' Motion for Protective Order" ("the motion"), filed October 2, 2002. The Court heard oral argument on October 15, 2002.

The motion is denied. The Court assumes, arguendo, the applicability in this context of the analyses set forth in Brown Bag Software v. Symantec Corp., 960 F.2d 1465 (9th Cir.), cert. denied, 506 U.S. 869 (1992). Upon balancing the pertinent factors, the Court finds: (1) the relief sought would impair significantly the prosecution of the Newmark Plaintiffs' claims by effectively preventing attorneys from the Electronic Frontier Foundation from serving as litigation counsel for the Newmark Plaintiffs in this action; and (2) the Copyright Owner Plaintiffs have failed to demonstrate a sufficiently significant disclosure-related risk or danger to warrant the relief requested.

Any party seeking review of this order shall cause the preparation and filing of a transcript of the October 15, 2002 hearing.

ENTERED ON ICMS

OCT 17 2002

CV                    D-M

273

cc:      Judge Cooper
         All Counsel of Record

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk