Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 01-9358-FMC(Ex)          Date October 11, 2002

Title PARAMOUNT PICTURES CORP. -vs- REPLAYTV, INC., et al.
=================================================================
DOCKET ENTRY


=================================================================
PRESENT:
    **HON. CHARLES F. EICK, MAGISTRATE JUDGE**


    _____Stacey Pierson_____          **Tape # 02-40**
    **Deputy Clerk**                  Court Reporter


ATTORNEYS PRESENT FOR PLTFS:       ATTORNEYS PRESENT FOR DEFTS:

                                   Michael Rubin
                                   Emmett Stanton

                                   Mark Snyder (for AOL Time Warner)
                                   Alan Rader (for AOL Time Warner)


PROCEEDINGS: DEFENDANTS' MOTION TO COMPEL RESPONSES TO SUBPOENA UPON
             AOL TIME WARNER INC.

        Case called.  Counsel make their appearances.  The Court
    hears argument.

        Matter is taken under submission.


    cc: Judge Cooper
        All Counsel of Record

                                        initials of deputy clerk