QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David W. Quinto (Bar No. 106232)
Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 624-7707
Telecopier: (213) 624-0643

Attorneys for Sony Electronics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; DISNEY ENTERPRISES, INC., NATIONAL BROADCASTING COMPANY, INC.; NBC STUDIOS, INC.; SHOWTIME NETWORKS, INC.; THE UNITED PARAMOUNT NETWORK; ABC, INC.; VIACOM INTERNATIONAL, INC.; CBS WORLDWIDE, INC.; and CBS BROADCASTING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC. and SONICBLUE, INC., <br><br> Defendants. <br><br> AND RELATED ACTIONS: <br> Case No. 01-09693 <br> Case No. 01-09801 <br> Case No. 01-10221 | CASE NO. CV 01-09358 FMC (Ex) <br><br> STIPULATION AND [PROPOSED] CODICIL TO PROTECTIVE ORDER |

08523/455951.1

STIPULATION AND CODICIL TO PROTECTIVE ORDER

STIPULATION [~~PROPOSED~~] CODICIL TO PROTECTIVE ORDER

Good cause appearing therefore, the following stipulation of the parties involved in the above-captioned actions and third-party Sony Electronics, Inc., as evidenced by the signatures of record appearing below, is hereby ordered.

DATED: 10/17/02

_____
The Honorable Charles F. Eick
United States Magistrate Judge

STIPULATED TERMS OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly The United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc. plaintiffs in Case No. CV 01-09358, Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P., plaintiffs in former Case No. CV 01-09693, Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions, LLLP (formerly Universal City Studios Production, Inc.), Fox Broadcasting Company, plaintiffs in the former Case No. CV 01-09801, Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc., plaintiffs in former Case No. CV-01-10221 (collectively "Plaintiffs"), defendants ReplayTV, Inc. and SONICblue Incorporated (collectively "Defendants"), and third-party Sony Electronics, Inc. that, in accordance with paragraph 26 of the Stipulation and Protective Order entered in

this litigation by Magistrate Judge Charles F. Eick and dated May 29, 2002, any third party that produces Information (as that term is defined in paragraph 2 of the Protective Order) may designate them as "Confidential," "Highly Confidential," "Restricted," or "Highly Restricted" as provided by the Protective Order and shall have all the rights and privileges of a party to the Protective Order to enforce the Protective Order in the event of a breach of its terms.

DATED: _September 27, 2002_

O'MELVENY & MYERS LLP

By: _____
    Mark A. Snyder

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

DATED: _____

PROSKAUER ROSE LLP

By: _____
    Simon Block

Attorneys for Plaintiffs Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions, LLLP (formerly Universal City Studios Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly The United Paramount Network), ABC, Inc., Viacom International, Inc., CBS Worldwide Inc., and CBS Broadcasting Inc.

this litigation by Magistrate Judge Charles F. Eick and dated May 29, 2002, any third party that produces Information (as that term is defined in paragraph 2 of the Protective Order) may designate them as "Confidential," "Highly Confidential," "Restricted," or "Highly Restricted" as provided by the Protective Order and shall have all the rights and privileges of a party to the Protective Order to enforce the Protective Order in the event of a breach of its terms.

DATED: _____

O'MELVENY & MYERS LLP

By:_____
Mark A. Snyder

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

DATED: OCTOBER 11, 2002

PROSKAUER ROSE LLP

By:_____
Simon Block

Attorneys for Plaintiffs Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions, LLLP (formerly Universal City Studios Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly The United Paramount Network), ABC, Inc., Viacom International, Inc., CBS Worldwide Inc., and CBS Broadcasting Inc.

1 DATED: Oct. 10, 2002

2 MCDERMOTT, WILL & EMERY

3 By: /s/ Robert H. Rotstein
4 Robert H. Rotstein

5 Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures
6 Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

7

8 DATED: _____
9

10 FENWICK & WEST LLP

11 By: _____
   Laurence F. Pulgram
12
13 Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated

14

15

16

17 DATED: _____

18 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
19

20
21 By _____
   David W. Quinto

22 Attorneys for Third-Party
   Sony Electronics, Inc.
23

24

25

26

27

28

08523/455951.1

-4-

1 DATED: _____

2            MCDERMOTT, WILL & EMERY
3
4            By: _____
                 Robert H. Rotstein
5
             Attorneys for Plaintiffs Columbia Pictures
             Industries, Inc., Columbia Pictures
6            Television, Inc., Columbia TriStar
             Television, Inc., and TriStar Television, Inc.
7

8 DATED: _____
9
             FENWICK & WEST LLP
10
11           By: *Laurence Pulgram* /10/07
                 Laurence F. Pulgram
12
             Attorneys for Defendants ReplayTV, Inc.
13           and SONICblue Incorporated

14
15
16
17 DATED: _____

18           QUINN EMANUEL URQUHART OLIVER
             & HEDGES, LLP
19
20
             By _____
21              David W. Quinto

22           Attorneys for Third-Party
             Sony Electronics, Inc.
23
24
25
26
27
28

08523/455951.1                  —4—
                                STIPULATION AND CODICIL TO PROTECTIVE ORDER

| | |
|---|---|
| 1  DATED: _____ | |
| 2 | MCDERMOTT, WILL & EMERY |
| 3 | |
| 4 | By:_____<br>Robert H. Rotstein |
| 5 | |
| 6 | Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. |
| 7 | |
| 8 | |
| 9  DATED: _____ | |
| 10 | FENWICK & WEST LLP |
| 11 | |
| 12 | By:_____<br>Laurence F. Pulgram |
| 13 | Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated |
| 14 | |
| 15 | |
| 16 | |
| 17  DATED: 10/15/02 | |
| 18 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 19 | |
| 20 | |
| 21 | By_____<br>David W. Quinto |
| 22 | Attorneys for Third-Party Sony Electronics, Inc. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## PROOF OF SERVICE
(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 865 SOUTH FIGUEROA STREET, 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017.

On **October 16, 2002**, I served the foregoing document described as **STIPULATION AND [PROPOSED] CODICIL TO PROTECTIVE ORDER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

### *SEE ATTACHED SERVICE LIST*

__XX__ **BY MAIL**

_____ I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon full prepaid.

__XX__ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY FEDERAL EXPRESS**

I caused such envelope to be placed in a Federal Express delivery service package with appropriate and correct directions as to its delivery and placed the package in the hands of the corresponding delivery service representative to be delivered in accordance with said directions and a receipt for same retained in our files.

_____ **BY PERSONAL SERVICE**

I delivered such envelope by hand to the addressee at

_____ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

__LAURA VALENZUELA__
Type or Print Name

## SERVICE LIST

Robert M. Schwartz, Esq.
Mark A. Snyder, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Simon Block, Esq.
Proskauer Rose LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206

Robert H. Rotstein, Esq.
Lisa E. Stone, Esq.
Elizabeth L. Hisserich, Esq.
McDermott, Will & Emery
2049 Century Park East, 34th Floor
Los Angeles, California 90067-3208

Laurence F. Pulgram, Esq.
Fenwick & West LLP
275 Battery Street, Suite 1500
San Francisco, Ca 94111