1  PROSKAUER ROSE LLP
   SCOTT P. COOPER (Bar No. 96905)
2  MICHAEL H. WEISS (Bar No. 110148)
   SIMON BLOCK (Bar No. 214999)
3  TANYA L. FORSHEIT (Bar No. 192472)
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067
   (310) 557-2900 Telephone
5  (310) 557-2193 Facsimile

6  Attorneys for the MGM, Fox, Universal,
   Viacom, Disney & NBC Plaintiffs



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT PICTURES CORPORATION et al., | Case No. 01-09358 FMC (Ex) |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER PENDING REVIEW AND RECONSIDERATION OF RULING ON MOTION FOR PROTECTIVE ORDER RE EFF** |
| v. | |
| REPLAYTV, INC. and SONICBLUE, INC., | |
| Defendants, | Discovery Cut Off: Oct. 25, 2002<br>Pretrial Conference: None Set<br>Trial Date: None Set |
| AND CONSOLIDATED ACTIONS. | |

5479/65395-001 LAWORD/14458 v1

280

On October 15, 2002, the Honorable Charles F. Eick, Magistrate Judge, denied the Copyright Owner Plaintiffs' motion for protective order to restrict the attorneys for the Electronic Frontier Foundation ("EFF") from gaining access to certain discovery produced in this case (the "Ruling").

The Copyright Owner Plaintiffs presently intend to bring a motion for review and reconsideration of the Ruling before the Honorable Florence Marie Cooper, United States District Court Judge, pursuant to Rule 3.3.1 of the Magistrate Rules of the Central District of California (the "Motion for Reconsideration"). With reference to the foregoing facts, the parties to this action, through their respective counsel of record, HEREBY STIPULATE AND AGREE as follows:

1. Pending the Court's ruling on the Motion for Reconsideration, the parties shall continue to be bound by Sections 2(a), (b) and (c) of the Stipulation and Order Regarding the Newmark Plaintiffs' Access to Confidential Information signed by Judge Eick on September 19, 2002.

2. The Newmark Plaintiffs' last day to propound written discovery on the Copyright Owner Plaintiffs, which is currently Monday, October 28, 2002, under the Scheduling Order, shall be extended until two weeks after the date of Judge Cooper's order on the Motion for Reconsideration.

ORDER

Good cause appearing from the foregoing stipulation, it is hereby SO ORDERED.

October 23, 2002

*[signature: Florence Marie Cooper]*
United States District Judge

DATED: October __, 2002

**O'MELVENY & MYERS, LLP**

By:_____
Robert M. Schwartz

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

DATED: October 22, 2002

**PROSKAUER ROSE LLP**

By: *[signature]*
Scott P. Cooper

Attorneys for Plaintiffs Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., The United Paramount Network, ABC, Inc., Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc., Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions, Inc., and Fox Broadcasting Company

## ORDER

Good cause appearing from the foregoing stipulation, it is hereby SO ORDERED.

October ___, 2002

_____
United States District Judge

DATED: October 22, 2002

O'MELVENY & MYERS, LLP

By: /s/ Robert M. Schwartz
Robert M. Schwartz

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

DATED: October ___, 2002

PROSKAUER ROSE LLP

By:_____
Scott P. Cooper

Attorneys for Plaintiffs Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., The United Paramount Network, ABC, Inc., Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc., Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions, Inc., and Fox Broadcasting Company

S479/65395-001 LAWORD/14458 v1

2

| | | |
|---|---|---|
| 1 | DATED: October 21, 2002 | MCDERMOTT, WILL & EMERY |
| 2 | | |
| 3 | | By: /s/ Robert H. Rotstein |
| 4 | | Robert H. Rotstein |
| 5 | | Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. |
| 8 | DATED: October __, 2002 | FENWICK & WEST LLP |
| 10 | | By:_____ |
| 11 | | Emmett C. Stanton |
| 12 | | Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated |
| 13 | DATED: October __, 2002 | ROTHKEN LAW FIRM |
| 14 | | ELECTRONIC FRONTIER FOUNDATION |
| 16 | | By:_____ |
| 17 | | Ira P. Rothken |
| 18 | | Attorneys for Plaintiffs Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright |

22407/00401/LIT/1144034.1

5478/65385-001 LAWORD/14458 v1

3

DATED: October __, 2002

MCDERMOTT, WILL & EMERY

By:_____
    Robert H. Rotstein

Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

DATED: October 21, 2002

FENWICK & WEST LLP

By:_____
    Emmett C. Stanton

Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated

DATED: October __, 2002

ROTHKEN LAW FIRM
ELECTRONIC FRONTIER FOUNDATION

By:_____
    Ira P. Rothken

Attorneys for Plaintiffs Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright

22407/00401/LIT/1144034.1

5479/85395-001 LAWORD/14458 v1

3

Case 2:01-cv-09358-FMC-EX   Document 280   Filed 10/24/02   Page 7 of 9   Page ID #:261
21/Oct/2002 16:27 PDT FROM: Rothken Law Firm TO: Weiss, Michael                PAGE: 002

Oct-18-02 17:48     From-PROSKAUER ROSE LLP          3105572193        T-353  P 08/06  F-621

| | | |
|---|---|---|
| 1 | DATED: October __, 2002 | MCDERMOTT, WILL & EMERY |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Robert H. Rotstein |
| 6 | | Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. |
| 7 | | |
| 8 | DATED: October __, 2002 | FENWICK & WEST LLP |
| 9 | | |
| 10 | | By:_____ |
| 11 | | Emmett C. Stanton |
| 12 | | Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated |
| 13 | DATED: October 21 2002 | ROTHKEN LAW FIRM |
| 14 | | ELECTRONIC FRONTIER FOUNDATION |
| 15 | | |
| 16 | | By: /s/ |
| 17 | | Ira P. Rothken |
| 18 | | Attorneys for Plaintiffs Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | 22407/00401/LIT/1144034 1 |

5479/65395-001 LAWORD/14458 v1

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On October 22, 2002, I served the foregoing document described as: STIPULATION AND [PROPOSED] ORDER PENDING REVIEW AND RECONSIDERATION OF RULING ON MOTION FOR PROTECTIVE ORDER RE EFF  on the interested parties in this action:

(By Mail) By placing true copies thereof enclosed in sealed envelopes addressed as follows:

PLEASE SEE ATTACHED MAILING LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 22, 2002, at Los Angeles, California.

SUSAN A. OWENS

## SERVICE LIST

COUNSEL FOR REPLAY DEFENDANTS (all cases):

EMMETT C. STANTON
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306

LAURENCE F. PULGRAM
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111

COUNSEL FOR TIME WARNER PLAINTIFFS in Former Case No. CV 01-09693 and TIME WARNER DEFENDANTS in Former Case No. CV 02-04445:

ROBERT SCHWARTZ
MARK SNYDER
ALAN RADER
BENJAMIN SHEFFNER
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035

COUNSEL FOR COLUMBIA PLAINTIFFS in Former Case No. CV 01-10221 and COLUMBIA DEFENDANTS in Former Case No. CV 02-04445 :

ROBERT H. ROTSTEIN
LISA E. STONE
ELIZABETH L. HISSERICH
ALLAN SCHARE
KIM WOROBEC
McDERMOTT, WILL & EMERY
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

COUNSEL FOR NEWMARK PLAINTIFFS in Former Case No. CV 02-04445 :

IRA P. ROTHKEN
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903

CINDY A. COHN
FRED VON LOHMANN
ROBIN D. GROSS
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110