UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. CV 01-9358-FMC(Ex)          Date October 15, 2002

Title PARAMOUNT PICTURES CORP. -vs- REPLAYTV, INC., et al.
==================================================================
DOCKET ENTRY




==================================================================
PRESENT:
    HON. CHARLES F. EICK, MAGISTRATE JUDGE


        Stacey Pierson                        Tape # 02-41 & 02-42
        Deputy Clerk                            Court Reporter


ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:

Robert H. Rotstein
Cindy Cohn
Scott Cooper


PROCEEDINGS: COPYRIGHT OWNER PLAINTIFFS' MOTION FOR PROTECTIVE ORDER


        Case called.  Counsel make their appearances.  The
    Court hears argument.

        Matter is taken under submission.




                                    initials of Deputy Clerk ___