UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-9358-FMC (Ex)        Date: November 14, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                        None

**PROCEEDINGS:**    (IN CHAMBERS)

Defendants' "Ex Parte Application for Standing Order Shortening Time to Hear Discovery Motions" ("the application"), received November 12, 2002, is ordered filed and is hereby denied without prejudice. The application fails to demonstrate sufficient cause for a standing order shortening time to hear future discovery motions. Once a motion is filed, the Court may determine whether circumstances warrant hearing the motion on an accelerated basis.

cc:    Judge Cooper
       All Counsel of Record

MINUTES FORM 11                         D-M                         Initials of Deputy Clerk
CIVIL-GEN