UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No.   CV 01-9358 FMC(Ex)                Date:   November 21, 2002

Title:   PARAMOUNT PICTURES CORP., et al.
         v REPLAYTV, INC., et al.
==============================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

        Alicia Mason                         Not present
       Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                          Not present

PROCEEDINGS:   ORDER ON NOTICE OF RELATED CASES   (In Chambers)

The Court has read and considered defendants' Notice of Related Cases,
concerning Intertainer, Inc. v. AOL Time Warner, et al., 02-7406 DDP,
together with the Opposition of plaintiffs and Intertainer.  The Court
finds that the standards of Local Rule 83, governing transfer of related
cases, are not met.  These cases are not substantially similar, do not
assert similar claims, and do not call for determination of substantially
identical questions of law and fact.  The Court declines to Order transfer
of the Intertainer litigation to this Court.



MINUTES FORM 11                              Initials of Deputy Clerk ___
CIVIL - GEN