UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.  CV 01-9358-FMC (Ex)                                    Date:  November 21, 2002

Title:  PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON.  **CHARLES F. EICK**, JUDGE

STACEY PIERSON                                  N/A
DEPUTY CLERK                                    COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**            **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                            None

**PROCEEDINGS:**    (IN CHAMBERS)

      The Court is in receipt of "Defendants' Motion for Leave to Serve Additional Interrogatories, etc." ("the motion"), filed November 20, 2002.  The previously noticed December 13, 2002 hearing date is vacated.  Any party may file a supplemental memorandum on or before December 3, 2002.  At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders.  Courtesy copies of all supplemental memoranda shall be delivered directly to Room 342 or faxed to (213) 894-3335.



ENTER ON ICMS

NOV 22 2002

cc:   Judge Cooper
      All Counsel of Record

299

MINUTES FORM 11                                              Initials of Deputy Clerk
CIVIL-GEN                              D-M