1  LAURENCE F. PULGRAM (CSB No. 115163)
   MICHAEL H. RUBIN (CSB No. 214636)
2  FENWICK & WEST LLP
   275 Battery Street, Suite 1500
3  San Francisco, CA 94111
   Telephone: (415) 875-2300
4  Facsimile: (415) 281-1350

5  EMMETT C. STANTON (CSB No. 83930)
   MITCHELL ZIMMERMAN (CSB No. 88456)
6  FENWICK & WEST LLP
   Two Palo Alto Square
7  Palo Alto, CA 94306
   Telephone: (650) 494-0600
8  Facsimile: (650) 494-1417

9  Attorneys for Defendants
   REPLAYTV, INC. and SONICBLUE
10 INCORPORATED

FILED FILED
CLERK U.S. DISTRICT COURT
11-21-02
NOV 21 2002
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

By fax

14 PARAMOUNT PICTURES
   CORPORATION; et al.,
15
16              Plaintiffs,
17
       v.
18
   REPLAYTV, INC., and
19 SONICBLUE, INC.,
20
                Defendants.
21
22
23
24
25
26
27 AND CONSOLIDATED ACTIONS.
28

Case No. CV 01-09358 FMC (Ex)

**APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DECLARATION OF JENNIFER M. LLOYD ISO DEFENDANTS' MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES ON COPYRIGHT OWNER PLAINTIFFS**

[L.R. 79-5]

Date:       December 13, 2002
Time:       9:00 a.m.
Courtroom:  20
Judge:      Hon. Charles F. Eick

Discovery Cutoff:    October 28, 2002
Pretrial Conference: September 29, 2003
Trial Date:          October 28, 2003

ENTER ON ICMS
NOV 22 2002

Application and [Proposed] Order to File
Lloyd Declaration Under Seal

CASE NO. CV 01-09358 FMC (Ex)

300

1  Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and
2  ReplayTV, Inc. ("Defendants") respectfully request that the Declaration of Jennifer
3  M. Lloyd ISO Motion For Leave to Serve Additional Interrogatories on Copyright
4  Owner Plaintiffs ("Lloyd Declaration") be filed under seal.

5  This application is made on the ground that portions of Exhibits F and G to
6  the Lloyd Declaration disclose the contents of documents that have been produced
7  by the Copyright Owner Plaintiffs and designated as "Highly Restricted" pursuant
8  to the Protective Order entered in these actions on May 29, 2002, and portions of
9  Exhibits O and P to the Lloyd Declaration reveal information that has been
10 disclosed by Plaintiffs and designated "Confidential" or "Highly Restricted"
11 pursuant to said Protective Order. In order to protect the confidentiality of these
12 documents and information, Defendants respectfully request that they be allowed to
13 file the Lloyd Declaration under seal.

14 Dated: November 20, 2002                FENWICK & WEST LLP

                                          By: _____
                                              Jennifer M. Lloyd

                                          Attorneys for Defendants
                                          ReplayTV, Inc. and SONICblue
                                          Incorporated

GOOD CAUSE APPEARING, Defendants' request to file under seal the Declaration of Jennifer M. Lloyd ISO Defendants' Motion For Leave to Serve Additional Interrogatories on Copyright Owner Plaintiffs is hereby GRANTED.

IT IS SO ORDERED.

Dated: November 21, 2002

                                          _____
                                          Hon. Charles F. Eick
                                          U.S. District Magistrate Judge