LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
DARREN FRANKLIN (CSB No. 210939)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPLAYTV, INC., and SONICBLUE, INC.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex)<br><br>**APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL JOINT STIPULATION FOR DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS NATIONAL BROADCASTING COMPANY AND NBC STUDIOS, INC., AND ACCOMPANYING ATTACHMENTS**<br><br>[L.R. 79-5]<br><br>Date: December 13, 2002<br>Time: 9:00 a.m.<br>Courtroom: 20<br>Judge: Hon. Charles F. Eick<br><br>Discovery Cutoff: February 28, 2003<br>Pretrial Conference: September 29, 2003<br>Trial Date: October 28, 2003 |

Application To File Under Seal Joint
Stipulation For Defendants' Motion To
Compel

332

1  Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and
2  ReplayTV, Inc. ("Defendants") respectfully request that the Joint Stipulation and
3  Attachments A and B for Defendants' Motion To Compel Discovery from National
4  Broadcasting Company and NBC Studios, Inc. ("NBC Plaintiffs") be filed under
5  seal.

6  Portions of the Joint Stipulation and accompanying attachments disclose the
7  contents of documents that have been produced by the NBC Plaintiffs with various
8  confidential designations pursuant to the Protective Order entered in these actions
9  on May 29, 2002. In order to protect the confidentiality of these documents,
10 Defendants respectfully request that they be allowed to file the Joint Stipulation and
11 Attachments A and B under seal.

12 Dated: November 22, 2002            FENWICK & WEST LLP

14                                     By: _____
15                                         Emmett C. Stanton

16                                     Attorneys for Defendants
                                       ReplayTV, Inc. and SONICblue
17                                     Incorporated

19 GOOD CAUSE APPEARING, Defendants' request to file the Joint
20 Stipulation for Defendants' Motion To Compel Discovery from National
21 Broadcasting Company and NBC Studios, Inc., and accompanying Attachments A
22 and B under seal is hereby GRANTED.

23 IT IS SO ORDERED.
24 Dated: ~~November~~ Dec. 2, 2002

26                                     _____
                                       Hon. Charles F. Eick
27                                     U.S. District Magistrate Judge

22407/00401/LIT/1149167.1

Application To File Under Seal Joint
Stipulation For Defendants' Motion To
Compel                                    2