LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
AARON MYERS (CSB No. 200145)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPLAYTV, INC., and SONICBLUE, INC.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex)<br><br>**APPLICATION AND [~~PROPOSED~~] ORDER TO FILE UNDER SEAL JOINT STIPULATION FOR DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF UNREDACTED DOCUMENTS AND FOR SANCTIONS**<br><br>[L.R. 79-5]<br><br>Date: December 13, 2002<br>Time: 9:00 a.m.<br>Courtroom: 20<br>Judge: Hon. Charles F. Eick<br><br>Discovery Cutoff: February 28, 2003<br>Pretrial Conference: September 29, 2003<br>Trial Date: October 28, 2003 |

Application To File Under Seal Joint
Stipulation For Defendants' Motion To
Compel

22407/00401/LIT/1149220 1

Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and ReplayTV, Inc. ("Defendants") respectfully requests that the Joint Stipulation and the Declarations of Aaron Myers, Mark A. Snyder, Michael H. Weiss and James F. Cardwell to Defendants' Motion To Compel Unredacted Documents and For Sanctions be filed under seal.

Portions of the Joint Stipulation and accompanying declarations disclose the contents of documents that have been produced by the Defendants and the Copyright Plaintiffs with various confidential designations pursuant to the Protective Order entered in these actions on May 29, 2002. In order to protect the confidentiality of these documents, Defendants respectfully request that they be allowed to file the Joint Stipulation and accompanying Declarations under seal.

Dated: November 21, 2002

FENWICK & WEST LLP

By: _____
Patrick E. Premo

Attorneys for Defendants
ReplayTV, Inc. and SONICblue Incorporated

GOOD CAUSE APPEARING, Defendants' request to file the Joint Stipulation for Defendants' Motion To Compel Unredacted Documents From Plaintiffs and For Sanctions and the Declarations of Aaron Myers, Mark A. Snyder, Michael H. Weiss and James F. Cardwell under seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: ~~November~~ Dec. 2, 2002

_____
Hon. Charles F. Eick
U.S. District Magistrate Judge