1  LAURENCE F. PULGRAM (CSB No. 115163)
   FENWICK & WEST LLP
2  275 Battery Street, Suite 1500
   San Francisco, CA 94111
3  Telephone: (415) 875-2300
   Facsimile: (415) 281-1417
4
   EMMETT C. STANTON (CSB No. 83930)
5  MITCHELL ZIMMERMAN (CSB No. 88456)
   AARON MYERS (CSB No. 200145)
6  FENWICK & WEST LLP
   Two Palo Alto Square
7  Palo Alto, CA 94306
   Telephone: (650) 494-0600
8  Facsimile: (650) 494-1417

9  Attorneys for Defendants
   REPLAY TV, INC. and SONICBLUE, INC.
10

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

— By fax —

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC. and SONICBLUE, INC., <br><br> Defendants, <br><br> AND CONSOLIDATED ACTIONS. | Case No. 01-09358 FMC (Ex) <br><br> **STIPULATION AND EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR FILING OF SUPPLEMENTAL BRIEF IN CONNECTION WITH DEFENDANTS' MOTION FOR AN ORDER COMPELLING THE PRODUCTION OF UNREDACTED DOCUMENTS; [PROPOSED] ORDER** <br><br> [L.R. 37-2.3] <br><br> Date: December 13, 2002 <br> Time: 9:00 a.m. <br> Courtroom: 20 <br> Judge: Hon. Charles F. Eick <br><br> Discovery Cutoff: Feb. 23, 2003 <br> Pretrial Conference: Sep. 24, 2003 <br> Trial Date: Oct. 28, 2003 |

## STIPULATION AND EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR FILING OF SUPPLEMENTAL BRIEF

On Wednesday, November 20, the parties to this action filed a Joint Stipulation on Defendants' Motion For An Order Compelling The Production of Unredacted Documents, set for hearing on December 13. Pursuant to Local Rule 37-2.3, each party is permitted to file a supplemental brief no later than fourteen days prior to the hearing, therefore on Friday, November 29. On November 22, Defendants learned that the Court was closed on November 29 except for emergency filings. As a result of this closure for the Thanksgiving holiday on November 28, the supplemental briefs must be filed by Wednesday, November 27. In order to accommodate counsel's travel plans for Thanksgiving, counsel for the Parties hereby stipulate that, subject to the Court's order, supplemental briefs may be filed today, Tuesday December 3. Accordingly, the parties respectfully request the Court enter the [Proposed] Order permitting the filing of Defendants' supplemental brief and accompanying declarations, submitted herewith.

Dated: December 3, 2002         FENWICK & WEST LLP

                                By: _____
                                    Aaron Myers

                                *Attorneys for Defendants*


Dated: December 3, 2002         PROSKAUER ROSE LLP

                                By: _____
                                    Michael H. Weiss

                                *Attorneys for Plaintiffs*

# [PROPOSED] ORDER

Good cause having been shown, the Court hereby ORDERS as follows:

Defendants shall and hereby are permitted to file their Supplemental Brief in Support of Defendants' Motion for An Order Compelling The Production of Unredacted Documents and for Sanctions, and the Declarations in support thereof, on December 3, 2002.

Dated: December 4, 2002

_____
The Honorable Charles F. Eick
United States Magistrate Judge

1150062