Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>  Date: <u>December 5, 2002</u>

Title: <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

## DOCKET ENTRY

---

**PRESENT:**

HON.  **CHARLES F. EICK, JUDGE**

| <u>STACEY PIERSON</u> | <u>N/A</u> |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                          None

**PROCEEDINGS:**    **(IN CHAMBERS)**

      The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion for Leave to Serve Additional Interrogatories, etc." ("the motion"), filed November 20, 2002.  The Court has taken the motion under submission without oral argument. The motion is granted.



cc:    Judge Cooper
        All Counsel of Record

343