LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

**ORIGINAL**

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
PATRICK E. PREMO (CSB No. 184915)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

FILED
CLERK U.S. DISTRICT COURT
DEC 6 2002
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION et al.,

Plaintiffs,

v.

REPLAYTV, INC. and SONICBLUE, INC.,

Defendants.

AND CONSOLIDATED ACTIONS.

Case No. CV 01-09358 FMC (Ex)

APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL THE JOINT STIPULATION TO DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS & FOR SANCTIONS AGAINST PLAINTIFFS COLUMBIA/SONY PICTURES ENTERTAINMENT; AND THE DECLARATIONS OF NANCY M. MEEKS AND PATRICK E. PREMO IN SUPPORT OF THE JOINT STIPULATION TO DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS & FOR SANCTIONS AGAINST PLAINTIFFS COLUMBIA/SONY PICTURES ENTERTAINMENT

[L.R. 79-5]

Date: December 20, 2002
Time: 9:00 a.m.
Courtroom: 20
Judge: Hon. Charles F. Eick

Discovery Cutoff: February 28, 2003
Pretrial Conference: September 29, 2003
Trial Date: October 28, 2003

Application To File Under Seal Re Motion
To Enforce Discovery Orders & For
Sanctions Against The Columbia/Sony
Pictures Entertainment Plaintiffs

360

Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and ReplayTV, Inc. ("Defendants") respectfully request that the Joint Stipulation to Defendants' Motion To Compel Discovery from Columbia/Sony Pictures Entertainment and for Sanctions ("Joint Stipulation") and the Declarations of Nancy M. Meeks and Patrick E. Premo In Support of Defendants' Motion To Compel Discovery from Columbia/Sony Pictures Entertainment and for Sanctions, be filed under seal.

Originally, Defendants had planned to file only the Declaration of Nancy M. Meeks under seal. On the eve of our filing, December 5, 2002, the Columbia/Sony Plaintiffs requested that the Joint Stipulation and the Declaration of Patrick E. Premo also be filed under seal. Although Defendants do not necessarily agree that the Joint Stipulation and the Premo Declaration warrant being filed under seal, we have agreed to accommodate Plaintiffs request to do so.

The Joint Stipulation and accompanying Declarations disclose documents and deposition testimony that the Columbia/Sony Plaintiffs have requested be treated confidential pursuant to the Protective Order entered in these actions on May 29, 2002. Accordingly, Defendants respectfully request that they be allowed to file the Joint Stipulation and accompanying Declarations under seal.

Dated: December 6, 2002

FENWICK & WEST LLP

By: /s/ Patrick E. Premo
Patrick E. Premo

Attorneys for Defendants
ReplayTV, Inc. and SONICblue Incorporated

Application To File Under Seal Re Motion To Enforce Discovery Orders & For Sanctions Against The Columbia/Sony Pictures Entertainment Plaintiffs

2

GOOD CAUSE APPEARING, Defendants' request to file the Joint Stipulation to Defendants' Motion To Compel Discovery from Columbia/Sony Entertainment Pictures and For Sanctions; and the Declarations of Nancy M. Meeks and Patrick E. Premo in Support of Defendants' Motion To Compel Discovery from Columbia/Sony Entertainment Pictures and for Sanctions under seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: 12/6, 2002

_____
Hon. Charles F. Eick
U.S. District Magistrate Judge

1150265

Application To File Under Seal Re Motion To
Enforce Discovery Orders & For Sanctions
Against The Columbia/Sony Pictures          3
Entertainment Plaintiffs