1  LAURENCE F. PULGRAM (CSB No. 115163)
   MICHAEL H. RUBIN (CSB. No. 214630)
2  FENWICK & WEST LLP
   275 Battery Street, Suite 1500
3  San Francisco, CA 94111
   Telephone: (415) 875-2300
4  Facsimile: (415) 281-1350

5  EMMETT C. STANTON (CSB No. 83930)
   MITCHELL ZIMMERMAN (CSB No. 88456)
6  FENWICK & WEST LLP
   Two Palo Alto Square
7  Palo Alto, CA 94306
   Telephone: (650) 494-0600
8  Facsimile: (650) 494-1417

9  Attorneys for Defendants
   REPLAYTV, INC. and SONICBLUE
10 INCORPORATED

FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

— By Fax —

PARAMOUNT PICTURES CORPORATION; et al.,

Plaintiffs,

v.

REPLAYTV, INC., and SONICBLUE, INC.,

Defendants.

AND CONSOLIDATED ACTIONS.

Case No. CV 01-09358 FMC (Ex)

APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL JOINT STIPULATION FOR DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS AND FOR SANCTIONS AGAINST THE TIME WARNER PLAINTIFFS AND SUPPORTING/OPPOSING DECLARATIONS

[L.R. 79-5]

Date:        December 27, 2002
Time:        9:00 a.m.
Courtroom:   20
Judge:       Hon. Charles F. Eick

Discovery Cutoff:      February 28, 2003
Pretrial Conference:   September 29, 2003
Trial Date:            October 28, 2003

Application To File Under Seal Joint Stipulation
& Support/Opposing Declarations

Case No. CV 01-09358 FMC (Ex)

361

1  Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and
2  ReplayTV, Inc. ("Defendants") respectfully request that the following documents
3  be filed under seal:
4  - Joint Stipulation for Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs;
5  - Declaration of Michael H. Rubin in Support thereof;
6  - Declaration of Mark A. Snyder in Opposition thereto;
7  - Declaration of Kenyon Woolley in Opposition thereto;
8  - Declaration of Benjamin S. Sheffner in Opposition thereto;
9  - Declaration of David C. Vigilante in Opposition thereto;
10 - Declaration of Meeka Jun Bondy in Opposition thereto;
11 - Declaration of Jess Wittenberg in Opposition thereto;
12 - Declaration of David P. Kaplan in Opposition thereto;
13 - Declaration of Ginny Martino in Opposition thereto;
14 - Declaration of Matt Durnin in Opposition thereto;
15 - Declaration of Eve A. Konstan in Opposition thereto;
16 - Declaration of Daniel A. Crane in Opposition thereto; and
17 - Declaration of Jeff Zimmerman in Opposition thereto.
18
19 Portions of the Joint Stipulation and accompanying declarations disclose the
20 contents of documents that have been produced in this Action and designated with
21 various confidentiality designations pursuant to the Stipulated Protective Order
22 entered on May 29, 2002. In order to protect the confidentiality of these
23 documents, Defendants respectfully request that they be allowed to file the
24 documents listed above under seal.
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| Dated: December 6, 2002 | FENWICK & WEST LLP<br><br>By: /s/ Michael H. Rubin<br>Michael H. Rubin<br><br>Attorneys for Defendants<br>ReplayTV, Inc. and SONICblue<br>Incorporated |

GOOD CAUSE APPEARING, Defendants' Request to File Under Seal the Joint Stipulation for Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs, and the Declarations of Michael H. Rubin, Mark A. Synder, Kenyon Woolley, Bejamin S. Sheffner, David C. Vigilante, Meeka Jun Bondy, Jess Wittenberg, David P. Kaplan, Ginny Martino, Matt Durnin, Eve A. Konstan, Jeff Zimmerman and Daniel A. Crane is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 6, 2002

/s/ Charles F. Eick
Hon. Charles F. Eick
U.S. District Magistrate Judge