# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

**Case No.** CV 01-9358-FMC (Ex)   **Date:** December 6, 2002

**Title:** PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

STACEY PIERSON — DEPUTY CLERK
N/A — COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS:** (IN CHAMBERS)

The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel the Production of Unredacted Documents and for Sanctions" ("the motion"), filed November 22, 2002. The previously noticed December 13, 2002 hearing date is vacated. The Court has taken the motion under submission without oral argument.

The Court understands that the motion has been withdrawn as to Third Party Motion Picture Association of America. The motion otherwise is granted, except as to sanctions and except as to redactions reflecting the copy protection technology of Macrovision Corp. on Warner Home Video DVDs. The parties promptly shall proceed accordingly.

A party opposing a motion to compel the production of documents generally should argue a need to redact non-privileged portions of responsive documents before, not after, the Court orders the production of all non-privileged, responsive documents. See generally L.R. 7-18. Nevertheless, the Time Warner Plaintiffs have made a persuasive, albeit belated, showing of a need to redact information reflecting copy protection technology of Macrovision Corp. on Warner Home Video DVDs, and Defendants have not made a persuasive showing of any need to compel the production of this particular information. Therefore, the Court, nunc pro tunc, will permit the redaction of this particular information. See Fed. R. Civ. P. 26(b) (1) and (2).

cc: Judge Cooper
    All Counsel of Record

362

MINUTES FORM 11
CIVIL-GEN

D-M

Initials of Deputy Clerk