LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
AARON MYERS (CSB No. 200145)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE, INC., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex) <br><br> **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL THE JOINT STIPULATION ON DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS AND FOR SANCTIONS AGAINST NATIONAL BROADCASTING COMPANY, INC. AND NBC STUDIOS, INC., AND THE DECLARATION OF AARON MYERS IN SUPPORT THEREOF** <br><br> [L.R. 79-5] <br><br> Date: January 3, 2002 <br> Time: 9:00 a.m. <br> Courtroom: 20 <br> Judge: Hon. Charles F. Eick <br><br> Discovery Cutoff: Feb. 28, 2003 <br> Pretrial Conference: Sep. 29, 2003 <br> Trial Date: Oct. 28, 2003 |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Application To File Under Seal Joint
Stipulation On Defendants' Motion Against
NBC and Declaration of Aaron Myers

Case No. CV 01-09358 FMC (Ex)

379

1   Pursuant to Civil Local Rule 79-5, Defendants SONICblue, Inc. and
2   ReplayTV, Inc. ("Defendants") respectfully requests that the Joint Stipulation on
3   Defendants' Motion to Enforce Discovery Orders and for Sanctions against
4   National Broadcasting Company, Inc. and NBC Studios, Inc. (collectively,
5   "NBC"), and the Declaration of Aaron Myers submitted in support of Defendants'
6   Motion, be filed under seal.
7   Many of the exhibits to the Declaration are documents that have been
8   produced by NBC with various confidential designations pursuant to the Protective
9   Order entered in these actions on May 29, 2002. In addition, NBC has requested
10  that various portions of the deposition transcript of Marni Beck Pedorella also be
11  accorded confidentiality designations under the Protective Order.
12  Originally, Defendants had planned to file only the Declaration of Aaron
13  Myers under seal, because Defendants do not believe that the information contained
14  in the Joint Stipulation properly may be the subject of a confidentiality designation
15  under the Protective Order. However, on the day of our filing, December 9, 2002,
16  NBC requested that the Joint Stipulation also be filed under seal, on the ground that
17  it contains quotations from Ms. Pedorella's deposition. Although Defendants do
18  not necessarily agree that the Joint Stipulation or many exhibits in the Declaration
19  of Aaron Myers should be filed under seal, Defendants have agreed to
20  accommodate NBC's request to do so. In accordance with the Protective Order,
21  Defendants will submit redacted public versions of these documents within 10 days
22  of this filing.

Dated: December 6, 2002

FENWICK & WEST LLP

By: _____
Aaron Myers

Attorneys for Defendants
ReplayTV, Inc. and SONICblue, Inc.

Application To File Under Seal Joint
Stipulation On Defendants' Motion Against
NBC and Declaration of Aaron Myers    2

Case No. CV 01-09358 FMC (Ex)

GOOD CAUSE APPEARING, Defendants' request to file under seal the Joint Stipulation on Defendants' Motion to Enforce Discovery Orders and for Sanctions against National Broadcasting Company, Inc. and NBC Studios, Inc., and the Declaration of Aaron Myers in support of Defendants' Motion, is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 11, 2002

_____
Hon. Charles F. Eick
U.S. District Magistrate Judge