| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB No. 115163) |
| | MICHAEL H. RUBIN (CSB. No. 214630) |
| 2 | FENWICK & WEST LLP |
| | 275 Battery Street, Suite 1500 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 875-2300 |
| 4 | Facsimile: (415) 281-1350 |
| 5 | EMMETT C. STANTON (CSB No. 83930) |
| | MITCHELL ZIMMERMAN (CSB No. 88456) |
| 6 | FENWICK & WEST LLP |
| | Two Palo Alto Square |
| 7 | Palo Alto, CA 94306 |
| | Telephone: (650) 494-0600 |
| 8 | Facsimile: (650) 494-1417 |
| 9 | |
| 10 | Attorneys for Defendants |
| | REPLAYTV, INC. and SONICBLUE |
| 11 | INCORPORATED |

FILED
DEC 10 2002
CENTRAL DISTRICT OF CALIF.

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION; et al.,

　　　　　Plaintiffs,

v.

REPLAYTV, INC., and SONICBLUE, INC.,

　　　　　Defendants.

AND CONSOLIDATED ACTIONS.

Case No. CV 01-09358 FMC (Ex) ✓

APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL JOINT STIPULATION FOR DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS AND FOR SANCTIONS AGAINST THE TIME WARNER PLAINTIFFS AND SUPPORTING/OPPOSING DECLARATIONS

[L.R. 79-5]

Date: December 27, 2002
Time: 9:00 a.m.
Courtroom: 20
Judge: Hon. Charles F. Eick

Discovery Cutoff: February 28, 2003
Pretrial Conference: September 29, 2003
Trial Date: October 28, 2003

Application To File Under Seal Joint Stipulation
& Support/Opposing Declarations

DEC 1 2 2002

Case No. CV 01-09358 FMC (Ex)

391

Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and ReplayTV, Inc. ("Defendants") respectfully request that the following documents be filed under seal:

- Joint Stipulation for Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs;
- Declaration of Michael H. Rubin in Support thereof;
- Declaration of Mark A. Snyder in Opposition thereto;
- Declaration of Kenyon Woolley in Opposition thereto;
- Declaration of Benjamin S. Sheffner in Opposition thereto;
- Declaration of David C. Vigilante in Opposition thereto;
- Declaration of Meeka Jun Bondy in Opposition thereto;
- Declaration of Jess Wittenberg in Opposition thereto;
- Declaration of David P. Kaplan in Opposition thereto;
- Declaration of Ginny Martino in Opposition thereto;
- Declaration of Matt Durnin in Opposition thereto;
- Declaration of Eve A. Konstan in Opposition thereto;
- Declaration of Daniel A. Crane in Opposition thereto; and
- Declaration of Jeff Zimmerman in Opposition thereto.

Portions of the Joint Stipulation and accompanying declarations disclose the contents of documents that have been produced in this Action and designated with various confidentiality designations pursuant to the Stipulated Protective Order entered on May 29, 2002. In order to protect the confidentiality of these documents, Defendants respectfully request that they be allowed to file the documents listed above under seal.

///
///
///
///

| | |
|---|---|
| Dated: December 6, 2002 | FENWICK & WEST LLP<br><br>By: _____<br>Michael H. Rubin<br><br>Attorneys for Defendants<br>ReplayTV, Inc. and SONICblue<br>Incorporated |

GOOD CAUSE APPEARING, Defendants' Request to File Under Seal the Joint Stipulation for Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs, and the Declarations of Michael H. Rubin, Mark A. Synder, Kenyon Woolley, Bejamin S. Sheffner, David C. Vigilante, Meeka Jun Bondy, Jess Wittenberg, David P. Kaplan, Ginny Martino, Matt Durnin, Eve A. Konstan, Jeff Zimmerman and Daniel A. Crane is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 10, 2002

_____
Hon. Charles F. Eick
U.S. District Magistrate Judge