# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-9358-FMC (Ex)                                Date: December 10, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

STACEY PIERSON                                      N/A
DEPUTY CLERK                                     COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                None

**PROCEEDINGS:   (IN CHAMBERS)**

      The Court is in receipt of "Defendants' Motion to Enforce Discovery Orders and for Sanctions Against National Broadcasting Company, Inc. and NBC Studios, Inc." ("the motion"), filed December 9, 2002. The previously noticed December 27, 2002 and January 3, 2003 hearing dates are vacated. Any party may file a supplemental memorandum on or before December 13, 2002. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. Courtesy copies of all supplemental memoranda shall be delivered directly to Room 342.

cc:   Judge Cooper
      All Counsel of Record



DEC 1 2 2002

392

MINUTES FORM 11                                              Initials of Deputy Clerk
CIVIL-GEN                                     D-M