Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. <u>CV 01-9358-FMC (Ex)</u>    Date: <u>December 10, 2002</u>

Title: <u>PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.</u>

---

**DOCKET ENTRY**

---

**PRESENT:**

### HON. CHARLES F. EICK, JUDGE

<u>STACEY PIERSON</u>                    <u>N/A</u>
DEPUTY CLERK                             COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                        None

**PROCEEDINGS:**   (IN CHAMBERS)

      The Court is in receipt of "Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs" ("the motion"), filed December 6, 2002. The previously noticed December 27, 2002 hearing date is vacated. Any party may file a supplemental memorandum on or before December 13, 2002. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. Courtesy copies of all supplemental memoranda shall be delivered directly to Room 342.

cc:  Judge Cooper
     All Counsel of Record

DEC 1 2 2002

393

MINUTES FORM 11                                        Initials of Deputy Clerk ____
CIVIL-GEN                          D-M