# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Priority
Send  ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-9358-FMC (Ex)                    Date: December 10, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

### HON. CHARLES F. EICK, JUDGE

STACEY PIERSON                                N/A
DEPUTY CLERK                              COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                          None

**PROCEEDINGS:   (IN CHAMBERS)**

The Court is in receipt of "Defendants' Motion to Enforce Discovery Orders and for Sanctions Against Columbia/Sony Pictures Entertainment" ("the motion"), filed December 6, 2002. The previously noticed December 27, 2002 hearing date is vacated. Any party may file a supplemental memorandum on or before December 13, 2002. At that time, the Court will take the motion under submission without oral argument, unless the Court otherwise orders. Courtesy copies of all supplemental memoranda shall be delivered directly to Room 342.

cc:   Judge Cooper
      All Counsel of Record

                                              DEC 1 2 2002

                                                                      394

MINUTES FORM 11                                          Initials of Deputy Clerk
CIVIL-GEN                          D-M