Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 01-9358-FMC(Ex)          Date December 13, 2002

Title PARAMOUNT PICTURES CORP. -vs- REPLAYTV, INC., et al.
====================================================================
DOCKET ENTRY



====================================================================
PRESENT:
   HON. CHARLES F. EICK, MAGISTRATE JUDGE


   Stacey Pierson                           Tape # 02-46
   Deputy Clerk                             Court Reporter


ATTORNEYS PRESENT FOR PLTFS:         ATTORNEYS PRESENT FOR DEFTS:

Scott Cooper                         Emmett Stanton
Simon Block


PROCEEDINGS: DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS
             NATIONAL BROADCASTING COMPANY AND NBC STUDIOS, INC.

        Case called.  Counsel make their appearances.  The
   Court hears argument.

        Matter is taken under submission.

                                     DEC 16 2002

                                     initials of Deputy Clerk