UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority  Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-9358-FMC (Ex)　　　　　　　　　　　　　　Date: December 13, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**

　　　None　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS:**　(IN CHAMBERS)

　　　The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Compel Discovery from Plaintiffs National Broadcasting Company and NBC Studios, Inc." ("the motion"), filed November 22, 2002. The Court heard oral argument on December 13, 2002.

　　　The NBC Plaintiffs forthwith shall produce to Defendants the information responsive to Request No. 122 in accordance with the compromise offer described at page 41 of the Joint Stipulation, filed December 2, 2002.

　　　Except as expressly stated herein, the motion is denied.

　　　Any party seeking review of this order shall cause the preparation and filing of a transcript of the December 13, 2002 hearing.

cc:　Judge Cooper
　　　All Counsel of Record

DEC 17 2002

400

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk
CIVIL-GEN　　　　　　　　　　　D-M