LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
AARON MYERS (CSB No. 200145)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT PICTURES CORPORATION; et al., | Case No. CV 01-09358 FMC (Ex) |
|---|---|
| Plaintiffs, | **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE DISCOVERY ORDERS AND FOR SANCTIONS AGAINST NATIONAL BROADCASTING COMPANY, INC. AND NBC STUDIOS, INC., AND THE SUPPLEMENTAL DECLARATION OF AARON MYERS IN SUPPORT THEREOF** |
| v. | |
| REPLAYTV, INC., and SONICBLUE, INC., | |
| Defendants. | |
| | [L.R. 79-5] |
| | Date: Submitted without oral argument per December 10 order |
| | Time: N/A |
| | Courtroom: 20 |
| | Judge: Hon. Charles F. Eick |
| | Discovery Cutoff: Feb. 28, 2003 |
| | Pretrial Conference: Sep. 29, 2003 |
| | Trial Date: Oct. 28, 2003 |
| AND CONSOLIDATED ACTIONS. | |

Application To File Under Seal Defendants'
Supplemental Brief re Motion Against NBC
and Supplemental Decl. of Aaron Myers

DEC 18 2002

Case No. CV 01-09358 FMC (Ex)

1 | Pursuant to Civil Local Rule 79-5, Defendants SONICblue, Inc. and
2 | ReplayTV, Inc. ("Defendants") respectfully requests that Defendants' Supplemental
3 | Memorandum in Support of Motion to Enforce Discovery Orders and for Sanctions
4 | against National Broadcasting Company, Inc. and NBC Studios, Inc. (collectively,
5 | "NBC"), and the Supplemental Declaration of Aaron Myers submitted in support of
6 | thereof, be filed under seal. The Supplemental Memorandum and the Supplemental
7 | Declaration contain quotations of portions of the deposition transcript of Marni
8 | Beck Pedorella that NBC designated as confidential pursuant to the Protective
9 | Order entered in these actions on May 29, 2002. The Supplemental Brief also
10 | quotes documents that NBC designated as confidential. Although Defendants do
11 | not necessarily agree that the Supplemental Memorandum or Supplemental
12 | Declaration should be filed under seal, Defendants have agreed to accommodate
13 | NBC's request to do so. In accordance with the Protective Order, Defendants will
14 | submit redacted public versions of these documents within 10 days of this filing.

15 | Dated: December 13, 2002         FENWICK & WEST LLP

                                     By: _____
                                              Aaron Myers

                                     Attorneys for Defendants
                                     ReplayTV, Inc. and SONICblue, Inc.

20 | GOOD CAUSE APPEARING, Defendants' request to file under seal
21 | Defendants' Supplemental Memorandum in Support of Motion to Enforce
22 | Discovery Orders and for Sanctions against National Broadcasting Company, Inc.
23 | and NBC Studios, Inc., and the Supplemental Declaration of Aaron Myers in
24 | support of thereof, is hereby GRANTED.
25 | IT IS SO ORDERED.
26 | Dated: December 16, 2002         _____
                                     Hon. Charles F. Eick
                                     United States Magistrate Judge

28 | 1151096

Application To File Under Seal Defendants'
Supplemental Brief re Motion Against NBC                    Case No. CV 01-09358 FMC (Ex)
and Supplemental Decl of Aaron Myers        2