LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
PATRICK E. PREMO (CSB No. 184915)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION et al.,

  Plaintiffs,

v.

REPLAYTV, INC. and SONICBLUE, INC.,

  Defendants.

AND CONSOLIDATED ACTIONS.

Case No. CV 01-09358 FMC (Ex)

APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL SUPPLEMENTAL PLEADINGS IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS & FOR SANCTIONS AGAINST PLAINTIFFS COLUMBIA/SONY PICTURES ENTERTAINMENT

[L.R. 79-5]

Date: N/A
Time: N/A
Courtroom: 20
Judge: Hon. Charles F. Eick

Discovery Cutoff: February 28, 2003
Pretrial Conference: September 29, 2003
Trial Date: October 28, 2003

Application To File Under Seal Supplemental Pleadings re Motion For Sanctions Against Columbia / Sony Pictures

DEC 18 2002

1

2     Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and

3 ReplayTV, Inc. ("Defendants") respectfully request that the Supplemental

4 Memorandum in support of Defendants' Motion To Compel Discovery from

5 Columbia/Sony Pictures Entertainment and for Sanctions, the Objections to

6 Evidence, and the Supplemental Declarations of Nancy M. Meeks and Patrick E.

7 Premo In Support of Defendants' Motion, be filed under seal.

8     The Supplemental Memorandum, Objections to Evidence, and accompanying

9 Declarations disclose documents and deposition testimony that the Columbia/Sony

10 Plaintiffs have requested be treated confidential pursuant to the Protective Order

11 entered in these actions on May 29, 2002. Although Defendants do not necessarily

12 agree that the materials quoted or attached to these pleadings warrant being filed

13 under seal, Defendants have agreed to do so to accommodate Plaintiffs.

14 Accordingly, Defendants respectfully request that they be allowed to file the

15 supplemental pleadings under seal.

16 Dated: December 13, 2002     FENWICK & WEST LLP

18 By: _____
19                 Patrick E. Premo

20 Attorneys for Defendants
ReplayTV, Inc. and SONICblue
21 Incorporated

Application To File Under Seal Supplemental
Pleadings re Motion For Sanctions Against
Columbia / Sony Pictures     2

GOOD CAUSE APPEARING, Defendants' request to file under seal the Supplemental Memorandum in support of Defendants' Motion To Compel Discovery from Columbia/Sony Pictures Entertainment and for Sanctions, the Objections to Evidence, and the Supplemental Declarations of Nancy M. Meeks and Patrick E. Premo In Support of Defendants' Motion To Compel Discovery from Columbia/Sony Pictures Entertainment and for Sanctions is hereby GRANTED.

IT IS SO ORDERED.

Dated: 12/16, 2002

_____
Hon. Charles F. Eick
U.S. District Magistrate Judge

1151201

Application To File Under Seal Supplemental
Pleadings re Motion For Sanctions Against
Columbia / Sony Pictures                    3