1  LAURENCE F. PULGRAM (CSB No. 115163)
   MICHAEL H. RUBIN (CSB No. 214636)
2  FENWICK & WEST LLP
   275 Battery Street, Suite 1500
3  San Francisco, CA 94111
   Telephone: (415) 875-2300
4  Facsimile: (415) 281-1350

5  EMMETT C. STANTON (CSB No. 83930)
   MITCHELL ZIMMERMAN (CSB No. 88456)
6  FENWICK & WEST LLP
   Two Palo Alto Square
7  Palo Alto, CA 94306
   Telephone: (650) 494-0600
8  Facsimile: (650) 494-1417

9  Attorneys for Defendants
   REPLAYTV, INC. and SONICBLUE, INC.
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA — By Fax

13  PARAMOUNT PICTURES                | Case No. CV 01-09358 FMC (Ex)
    CORPORATION; et al.,              |
14                                    | **APPLICATION AND [PROPOSED] ORDER
                                      | TO FILE UNDER SEAL DEFENDANTS'
15              Plaintiffs,           | SUPPLEMENTAL MEMORANDUM IN
                                      | SUPPORT OF MOTION TO ENFORCE
16                                    | DISCOVERY ORDERS AND FOR
          v.                          | SANCTIONS AGAINST THE TIME WARNER
17                                    | PLAINTIFFS AND THE SUPPLEMENTAL
    REPLAYTV, INC., and               | DECLARATION OF MICHAEL H. RUBIN IN
18  SONICBLUE, INC.,                  | SUPPORT THEREOF**
19                                    |
              Defendants.             | [L.R. 79-5]
20                                    |
                                      | Date:         Submitted without
21                                    |               oral argument per
                                      |               December 10 Order
22                                    | Time:         N/A
                                      | Courtroom:    20
23                                    | Judge:        Hon. Charles F. Eick
24                                    |
                                      | Discovery Cutoff:    Feb. 28, 2003
25                                    | Pretrial Conference: Sep. 29, 2003
                                      | Trial Date:          Oct. 28, 2003
26
27  AND CONSOLIDATED ACTIONS.
28

Application To File Under Seal Defendants'
Supplemental Memo re Motion Against Time                    Case No. CV 01-09358 FMC (Ex)
Warner Plaintiffs and Supp. Rubin Decl.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

LODGED

FILED
CLERK U.S. DISTRICT COURT
12-16-02
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

2002 DEC 13 PM 4:04

DEC 18 2002

Pursuant to Civil Local Rule 79-5, Defendants SONICblue, Inc. and ReplayTV, Inc. ("Defendants") respectfully requests that Defendants' Supplemental Memorandum in Support of Motion to Enforce Discovery Orders and for Sanctions against the Time Warner Plaintiffs, and the Supplemental Declaration of Michael Rubin submitted in support of thereof, be filed under seal. The Supplemental Brief and the Supplemental Declaration contain quotations of portions of deposition transcripts that the Time Warner Plaintiffs designated as confidential pursuant to the Protective Order entered in these actions on May 29, 2002. The Supplemental Brief also quotes documents that NBC designated as confidential. In accordance with the Protective Order, Defendants will submit redacted public versions of these documents within 10 days of this filing.

Dated: December 13, 2002

FENWICK & WEST LLP

By: _____
Michael H. Rubin

Attorneys for Defendants
ReplayTV, Inc. and SONICblue, Inc.

GOOD CAUSE APPEARING, Defendants' request to file under seal Defendants' Supplemental Brief in Support of Motion to Enforce Discovery Orders and for Sanctions against National Broadcasting Company, Inc. and NBC Studios, Inc., and the Supplemental Declaration of ~~Aaron Myers~~ *Michael H. Rubin* in support of thereof, is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 16, 2002
Hon. Charles F. Eick

_____
United States Magistrate Judge

Application To File Under Seal Defendants'
Supplemental Memo re Motion Against Time
Warner Plaintiffs and Supp. Rubin Decl.    2

Case No. CV 01-09358 FMC (Ex)