ORIGINAL

1  ROBERT M. SCHWARTZ (Cal. Bar No. 117166)
   ALAN RADER (Cal. Bar No. 45789)
2  MARK A. SNYDER (Cal. Bar No. 167226)
   O'MELVENY & MYERS LLP
3  1999 Avenue of the Stars, Seventh Floor
   Los Angeles, California 90067-6035
4  Telephone: (310) 553-6700
   Facsimile: (310) 246-6779
5
   RONALD L. KLAIN
6  O'MELVENY & MYERS LLP
   555 13th Street, N.W. Suite 500 West
7  Washington, DC 20004-1109
   Telephone: (202) 383-5300
8  Facsimile: (202) 383-5414

9  Attorneys for Plaintiffs Time Warner Entertainment
   Company, L.P., Home Box Office, Warner Bros.,
10 Warner Bros. Television, Time Warner Inc., Turner
   Broadcasting System, Inc., New Line Cinema
11 Corporation, Castle Rock Entertainment, and The
   WB Television Network Partners L.P.

FILED
CLERK U.S. DISTRICT COURT
12-17-02
DEC 17
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC. et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 01-9358 FMC(Ex) <br><br> **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF MARK A. SNYDER IN OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS AND FOR SANCTIONS AGAINST THE TIME WARNER PLAINTIFFS** <br><br> **LOCAL RULE 79-5** <br><br> Date: Vacated (formerly December 27, 2002) <br> Time: Not Applicable <br> Judge: Hon. Charles F. Eick <br> Courtroom: 20 |

DEC 19 2002

432

1         Pursuant to Civil Local Rule 79-5, Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P. (the "Time Warner Plaintiffs") respectfully request the following document be filed under seal:

- Supplemental Declaration of Mark A. Snyder in Opposition to Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs.

        The related Joint Stipulation for Defendants Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs (the "Joint Stipulation") and accompanying declarations were previously filed under seal pursuant to this Court's December 6, 2002 Order, as portions of the Joint Stipulation and accompanying declarations disclose the contents of documents that have been produced in this Action and designated with various confidentiality designations pursuant to the Stipulated Protective Order entered May 29, 2002. In order to alleviate similar confidentiality concerns raised by the document listed above, the Time Warner Plaintiffs respectfully request that they be allowed to file that document under seal, as well.

Dated: December 13, 2002

ROBERT M. SCHWARTZ
ALAN RADER
MARK A. SNYDER
- and -
RONALD L. KLAIN
O'MELVENY & MYERS LLP

By _____
Mark A. Snyder
Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

GOOD CAUSE APPEARING, the Time Warner Plaintiffs' Application to File Under Seal the Supplemental Declaration of Mark A. Snyder in Opposition to Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 12, 2002

By _____
Hon. Charles F. Eick
U.S. District Magistrate Judge

2