UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-9358-FMC (Ex)	Date: December 20, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

## DOCKET ENTRY

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

STACEY PIERSON	N/A
DEPUTY CLERK	COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**	**ATTORNEYS PRESENT FOR DEFENDANTS:**

None	None

**PROCEEDINGS:** (IN CHAMBERS)

The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Enforce Discovery Orders and for Sanctions Against National Broadcasting Company, Inc. and NBC Studios, Inc." ("the motion"), filed December 9, 2002. The Court has taken the motion under submission without oral argument.

Plaintiffs National Broadcasting Company, Inc. and NBC Studios, Inc. promptly shall produce in unredacted form all documents previously produced in redacted form, except to the extent the redacted material is privileged. Privileged, redacted material promptly shall be identified on a privilege log.

Except as expressly stated herein, the motion is denied.

In the future, Defendants shall heed Local Rule 7-7 and shall refrain from including argument in declarations.

cc: Judge Cooper
All Counsel of Record

439

MINUTES FORM 11	Initials of Deputy Clerk
CIVIL-GEN	D-M