UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. CV 01-9358-FMC (Ex)　　　　　　　　　　　　　Date: December 20, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

---

DOCKET ENTRY

---

PRESENT:

　　HON. CHARLES F. EICK, JUDGE

　　STACEY PIERSON　　　　　　　　　　　　　　N/A
　　DEPUTY CLERK　　　　　　　　　　　　　　　COURT REPORTER

ATTORNEYS PRESENT FOR PLAINTIFFS　　　ATTORNEYS PRESENT FOR DEFENDANTS:

　　None　　　　　　　　　　　　　　　　　　None

PROCEEDINGS:　(IN CHAMBERS)

　　The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Enforce Discovery Orders and for Sanctions Against Columbia/Sony Pictures Entertainment" ("the motion"), filed December 6, 2002. The Court has taken the motion under submission without oral argument.

　　The Columbia Plaintiffs promptly shall produce in unredacted form all documents previously produced in redacted form, except to the extent the redacted material is privileged. Privileged, redacted material promptly shall be identified on a privilege log.

　　Except as expressly stated herein, the motion is denied.

　　In the future, Defendants and the Columbia Plaintiffs shall heed Local Rule 7-7 and shall refrain from including argument in declarations.

　　The Columbia Plaintiffs' requests for sanctions are denied.

cc:　Judge Cooper
　　All Counsel of Record

DEC 26 2002

440

MINUTES FORM 11
CIVIL-GEN
　　　　　　　　　　　　　　D-M　　　　　　　　　　　　　Initials of Deputy Clerk