UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 01-9358-FMC (Ex)

Date: December 20, 2002

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**

None

**ATTORNEYS PRESENT FOR DEFENDANTS:**

None

**PROCEEDINGS:** (IN CHAMBERS)

The Court has read and considered all papers filed in support of and in opposition to "Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs" ("the motion"), filed December 6, 2002. The Court has taken the motion under submission without oral argument.

The motion is denied.

In the future, Defendants shall heed Local Rule 7-7 and shall refrain from including argument in declarations.

Except as expressly stated herein, the Time Warner Plaintiffs' "Motion to Strike" and requests for sanctions are denied.

cc: Judge Cooper
All Counsel of Record

441

MINUTES FORM 11
CIVIL-GEN

D-M

Initials of Deputy Clerk