```
FILED
CLERK, U.S. DISTRICT COURT
12-20-02
DEC 20 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ROBERT M. SCHWARTZ (Cal. Bar No. 117166)
ALAN RADER (Cal. Bar No. 45789)
MARK A. SNYDER (Cal. Bar No. 167226)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

RONALD L. KLAIN
O'MELVENY & MYERS LLP
555 13th Street, N.W. Suite 500 West
Washington, DC 20004-1109
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>REPLAYTV, INC. *et al.*,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 01-9358 FMC(Ex) ✓<br><br>**UNOPPOSED APPLICATION AND [~~PROPOSED~~] ORDER TO PLACE UNDER SEAL THE REDACTED VERSION OF THE DECLARATION OF MICHAEL H. RUBIN IN SUPPORT OF JOINT STIPULATION FOR DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS AND FOR SANCTIONS AGAINST THE TIME WARNER PLAINTIFFS**<br><br>**LOCAL RULE 79-5**<br><br>Date:      Vacated (formerly December 27, 2002)<br>Time:      Not Applicable<br>Judge      Hon. Charles F. Eick<br>Courtroom: 20 |

ENTER ON ICMS
JAN 14 2003

443

1    Pursuant to Civil Local Rule 79-5, Plaintiffs Time Warner Entertainment
2    Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time
3    Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation,
4    Castle Rock Entertainment, and The WB Television Network Partners L.P. (the
5    "Time Warner Plaintiffs") respectfully request the following document be placed
6    under seal:
7    • The Redacted Version of the Declaration of Michael H. Rubin in
8    Support of Joint Stipulation for Defendants' Motion to Enforce
9    Discovery Orders and for Sanctions Against the Time Warner
10   Plaintiffs (the "Redacted Rubin Declaration").
11   As indicated below, Defendants ReplayTV, Inc. and SONICblue Inc.
12   ("Defendants") do not oppose this application.
13   On December 6, 2002, Defendants filed an Application and [Proposed] Order
14   to File Under Seal Joint Stipulation for Defendants' Motion to Enforce Discovery
15   Orders and for Sanctions Against the Time Warner Plaintiffs and
16   Supporting/Opposing Declarations. The Honorable Charles F. Eick granted that
17   application on December 10, 2002. Among the declarations covered by the
18   application and resulting Order was the Declaration of Michael H. Rubin in Support
19   of Joint Stipulation for Defendants' Motion to Enforce Discovery Orders and for
20   Sanctions Against the Time Warner Plaintiffs. That declaration was filed on
21   December 6, 2002.
22   On December 10, 2002, Defendants filed the Redacted Rubin Declaration,
23   which is a redacted version of Mr. Rubin's declaration that had been filed under
24   seal. Some of the unredacted material in the Redacted Rubin Declaration consists
25   of confidential information that should have been redacted, but was not redacted as
26   a result of inadvertence. In order to preserve the confidentiality of this information
27   that should have been redacted, the Time Warner Plaintiffs respectfully request that
28   the Redacted Rubin Declaration be removed from the public files of the Court and

1 | placed under seal.

2 |     Mark Snyder, counsel for the Time Warner Plaintiffs, discussed the matters raised by this application with Michael Rubin, counsel for Defendants, on December 19, 2002. Mr. Rubin stated that Defendants do not oppose the Time Warner Plaintiffs' request to place the Redacted Rubin Declaration under seal.

Dated: December 20, 2002

ROBERT M. SCHWARTZ
ALAN RADER
MARK A. SNYDER
  - and -
RONALD L. KLAIN
O'MELVENY & MYERS LLP

By _____
Mark A. Snyder
Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

    GOOD CAUSE APPEARING, the Time Warner Plaintiffs' Application to Place Under Seal the Redacted Version of the Declaration of Michael H. Rubin in Support of Joint Stipulation for Defendants' Motion to Enforce Discovery Orders and for Sanctions Against the Time Warner Plaintiffs is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 20, 2002

By _____
Hon. Charles F. Eick
U.S. District Magistrate Judge

2

## PROOF OF SERVICE

I, Jacquelyn Reid, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1999 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-6035. On December 20, 2002, I served the within document(s):

**UNOPPOSED APPLICATION AND [PROPOSED] ORDER TO PLACE UNDER SEAL THE REDACTED VERSION OF THE DECLARATION OF MICHAEL H. RUBIN IN SUPPORT OF JOINT STIPULATION FOR DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS AND FOR SANCTIONS AGAINST THE TIME WARNER PLAINTIFFS**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Emmett C. Stanton, Esq.**
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, California 94306

**Laurence F. Pulgram, Esq.**
Fenwick & West LLP
275 Battery Street
San Francisco, CA 94111

**Ira P. Rothken, Esq.**
Rothken Law Firm
1050 Northgate Drive, Suite 520
San Rafael, CA 94903

**Scott P. Cooper, Esq.**
Proskauer Rose LLP
2049 Century Park East
Suite 3200
Los Angeles, California 90067

**Robert H. Rotstein, Esq.**
McDermott, Will & Emery
2049 Century Park East
34th Floor
Los Angeles, California 90067

**Cindy Cohn, Esq.**
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on December 20, 2002, at Los Angeles, California.

_____
Jacquelyn Reid

CC1:598528.1