UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No. CV 01-9358 FMC(Ex)     Date: January 16, 2003

Title: PARAMOUNT PICTURES CORP., et al.  
v REPLAYTV, INC., et al.

================================================================

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

| Alicia Mason | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                            Not present

PROCEEDINGS: ORDER CONTINUING STATUS CONFERENCE (In Chambers)

The Court, on its own motion, and after consultation with parties, hereby continues the status conference of January 22, 2003 to **January 29, 2003 at 2:30 p.m.**



ENTERED ON ICMS  
JAN 16 2003  
CV

MINUTES FORM 11           Initials of Deputy Clerk ___  
CIVIL - GEN

444