NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
SCOTT P. COOPER (Bar No. 96905)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone (310) 557-2900
Facsimile (310) 557-2193
Attorneys for Parmount & MGM Plaintiffs



FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2003
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT PICTURES CORPORATION, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 01-09358 FMC (Ex) |
| v. | |
| REPLAY TV, INC., et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s) | |

NOTICE: Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies.

I, ___HERMAN L. GOLDSMITH___, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of [X] Plaintiff [X] Defendant: ___SEE ATTACHMENT A___ by whom I have been retained.

I am associated with the law firm of ___PROSKAUER ROSE LLP___
whose offices are located at: ___1585 BROADWAY, NEW YORK, NY 10036-8299___
telephone number: ___(212) 969-3000___ facsimile number: ___(212) 969-2900___

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| SEE ATTACHMENT B | |
| | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| N/A | | |
| | | |
| | | |

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

G-64 (10/01)      449      PAGE 1 OF 2   CCD-G64

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate _____SCOTT P. COOPER_____ of the law firm of _____PROSKAUER ROSE LLP_____ whose address is: __2049 CENTURY PARK EAST, SUITE 3200, LOS ANGELES, CA 90067-3206__
telephone number: __(310) 557-2900__  facsimile number: __(310) 557-2193__
who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: __JANUARY 15, 2003__

*Applicant Signature*
HERMAN L. GOLDSMITH

My residence address is: __310 WEST 72ND STREET #12A, NEW YORK, NY 10023__
telephone number: __(212) 724-7220__  facsimile number: __(212) 579-5766__

I hereby consent to the foregoing designation.

Date: __JANUARY 15, 2003__

*Designee Signature*
SCOTT P. COOPER

California State Bar No. __96905__

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
- [✓] Granted.
- [ ] Denied and fee ordered returned.

Date: __JAN 17 2003__

UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

G-64 (10/01)   **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

PAGE 2 OF 2

PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.
Case No. CV 01-09358 FMC (Ex)

## ATTACHMENT A
TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

## HERMAN L. GOLDSMITH

**APPLICATION FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE ABOVE-ENTITLED ACTION ON BEHALF OF:**

Plaintiffs in Case No. CV 01-09358 FMC (Ex) and
Defendants in Consolidated Former Case No. CV 02-04445 FMC (Ex):

> Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide, Inc., and CBS Broadcasting Inc.

Plaintiffs in Consolidated Former Case No. CV 01-09801 FMC (Ex) and
Defendants in Consolidated Former Case No. CV 02-04445 FMC (Ex):

> Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP (formerly known as Universal City Studios Productions, Inc.), and Fox Broadcasting Company

0068/65395-001 LALIB1/542074 v1

PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.
Case No. CV 01-09358 FMC (Ex)

## ATTACHMENT B
TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

### HERMAN L. GOLDSMITH

**MEMBER IN GOOD STANDING AND ELIGIBLE TO PRACTICE BEFORE THE FOLLOWING COURTS:**

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| New York State | 03/22/88 |
| U.S. District Court (E.D.N.Y.) | 06/07/88 |
| U.S. District Court (S.D.N.Y.) | 06/07/88 |
| U.S. Court of Appeals (5th Cir.) | 11/02/92 |
| U.S. District (E.D. Mich.) | 04/01/92 |
| U.S. Court of Appeals (6th Cir.) | 07/27/94 |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On January 15, 2003, I served the foregoing document described as:

## APPLICATION OF NON-RESIDENT ATTORNEY HERMAN L. GOLDSMITH TO APPEAR IN A SPECIFIC CASE

on the interested parties in this action:

(By Mail) By placing the original and true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 15, 2003, at Los Angeles, California.

PATTY J. HAYS

0068/65395-001 LALIB1/542074 v1

## SERVICE LIST

COUNSEL FOR REPLAY DEFENDANTS (all cases):

EMMETT C. STANTON
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008

COUNSEL FOR REPLAY DEFENDANTS (all cases):

LAURENCE F. PULGRAM
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111

COUNSEL FOR TIME WARNER PLAINTIFFS in Former Case No. CV 01-09693 and TIME WARNER DEFENDANTS in Former Case No. CV 02-04445:

ROBERT SCHWARTZ
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035

COUNSEL FOR COLUMBIA PLAINTIFFS in Former Case No. CV 01-10221 and COLUMBIA DEFENDANTS in Former Case No. CV 02-04445 :

ROBERT H. ROTSTEIN
McDERMOTT, WILL & EMERY
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

COUNSEL FOR NEWMARK PLAINTIFFS in Former Case No. CV 02-04445 :

IRA P. ROTHKEN
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903

CINDY A. COHN
FRED VON LOHMANN
ROBIN D. GROSS
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

0068/65395-001 LALIB1/542074 v1