PROSKAUER ROSE LLP
RONALD S. RAUCHBERG (admitted *Pro Hac Vice*)
SCOTT P. COOPER (Cal. Bar No. 96905)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
*Attorneys for the Disney, Fox, MGM, NBC, Universal, Viacom & Plaintiffs*

O'MELVENY & MYERS LLP
ROBERT M. SCHWARTZ (Cal. Bar No. 117166)
ALAN RADER (Cal Bar No. 45789)
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
*Attorneys for the Time Warner Plaintiffs*

McDERMOTT, WILL & EMERY
ROBERT H. ROTSTEIN (Cal. Bar No. 72452)
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
*Attorneys for the Columbia Plaintiffs*

[Full counsel appearances on signature page]

FILED
CLERK, US DISTRICT COURT
1-28-03
JAN 28 2003
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION et al.,

Plaintiffs,

v.

REPLAYTV, INC. et al.,

Defendants.

AND CONSOLIDATED ACTIONS.

Case No. CV 01-9358 FMC(Ex)

**APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DECLARATIONS IN OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS ON REPLAYTV INTERROGATORY NOS. 1-3**

**LOCAL RULE 79-5**

Date: February 14, 2002
Judge: 9:00 a.m.
Courtroom: 20
Judge: Hon. Charles F. Eick
Discovery Cutoff: Feb. 28, 2003
Pretrial Conference: Sept. 29, 2003
Trial Date: Oct. 28, 2003

474

1       Pursuant to Civil Local Rule 79-5, Plaintiffs Metro-Goldwyn-Mayer Studios
2 Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation,
3 Universal City Studios Productions LLLP (formerly Universal City Studios
4 Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation,
5 Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc.,
6 Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC,
7 Inc., Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc.,
8 Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros.,
9 Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc.,
10 New Line Cinema Corporation, Castle Rock Entertainment, The WB Television
11 Network Partners L.P., Columbia Pictures Industries, Inc., Columbia Pictures
12 Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc (the
13 "Copyright Owner Plaintiffs") respectfully request the following documents ("The
14 Copyright Owner Plaintiffs' Declarations in Opposition to Defendants' Motion to
15 Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3") be filed under
16 seal:

17     • Declaration of Mark A. Snyder in Opposition to Defendants' Motion
18       to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
19     • Declaration of Mitch Nedick in Opposition to Defendants' Motion to
20       Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
21     • Declaration of Musette Buckley in Opposition to Defendants' Motion
22       to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
23     • Declaration of James D. Campbell in Opposition to Defendants'
24       Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos.
25       1-3;
26     • Declaration of Kay Sellars in Opposition to Defendants' Motion to
27       Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
28

1  • Declaration of Michael Spatt in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Reginald Gordon Harpur in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Joseph Tarulli in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Jeff Acosta in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Kathy Atkinson in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Shelley Brown in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Chact Chu in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Kathy Findling in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Sal Ilardi in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Michael Nelson in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Vincent O'Toole in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Steve Rath in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

• Declaration of Steven J. Sommer in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;

1. • Declaration of Michelle Stratton in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
2. • Declaration of Edward Swindler in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
3. • Declaration of Bruce C. Taub in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
4. • "Highly Restricted" Declaration of Kim Worobec in Support of the Columbia Plaintiffs' Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
5. • "Highly Restricted" Declaration of Bo Argentino in Support of the Columbia Plaintiffs' Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3;
6. • "Highly Restricted" Declaration of Robert W. Houseal in Support of the Columbia Plaintiffs' Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3; and
7. • "Highly Restricted" Declaration of Mark Lebowitz in Support of the Columbia Plaintiffs' Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3.

These documents disclose and reference information that the Copyright Owner Plaintiffs have designated as "Highly Restricted" pursuant to the Stipulation and Protective Order entered in these actions on May 29, 2002.

Dated: January 24, 2003

Respectfully submitted,

By _____
Mark A. Snyder

| | |
|---|---|
| ROBERT M. SCHWARTZ<br>ALAN RADER<br>MARK A. SNYDER<br>O'MELVENY & MYERS LLP<br><br>Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.<br><br>ROBERT H. ROTSTEIN<br>LISA E. STONE<br>ELIZABETH L. HISSERICH<br>KIM WOROBEC<br>McDERMOTT, WILL & EMERY<br><br>Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. | RONALD RAUCHBERG<br>SCOTT P. COOPER<br>SIMON BLOCK<br>TANYA L. FORSHEIT<br>PROSKAUER ROSE LLP<br><br>Attorneys for Plaintiffs Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP (formerly Universal City Studios Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide Inc., and CBS Broadcasting, Inc. |

GOOD CAUSE APPEARING, the Copyright Owner Plaintiffs' request to file under seal The Copyright Owner Plaintiffs' Declarations in Opposition to Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3, is hereby GRANTED.

IT IS SO ORDERED.

Dated: January 28, 2003

By _____
Hon. Charles F. Eick
U.S. District Magistrate Judge

4