LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
PATRICK E. PREMO (CSB. No. 184915)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE, INC., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex) <br><br> **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DECLARATIONS OF DEFENDANTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL** <br><br> [L.R. 79-5] <br><br> Judge: Hon. Charles F. Eick <br><br> Discovery Cutoff: Feb. 28, 2003 <br> Pretrial Conference: Sep. 24, 2003 <br> Trial Date: Oct. 28, 2003 |

FILED
CLERK U.S. DISTRICT COURT
1-28-03
JAN 28 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGINAL
Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

475

Pursuant to Civil Local Rule 79-5, Defendants ReplayTV, Inc. and SONICblue Incorporated ("Defendants") respectfully request that the following documents filed with the Court on January 24, 2003 be placed under seal:

- Declaration of Patrick E. Premo in Support of Defendants' Opposition to Motion to Compel;
- Declaration of Aaron Myers in Support of Defendants' Opposition to Motion to Compel;
- Declaration of Philippe Pignon, Ph.D., in Support of Defendants' Opposition to Motion to Compel; and
- Declaration of Edward Lee in Support of Defendants' Opposition to Motion to Compel.

These documents disclose and reference highly sensitive business documents and trade secret information regarding ReplayTV 4000 source code. Defendants have designated the documentation as either "Highly Confidential" or "Highly Restricted" pursuant to the Stipulation and Protective Order entered in these actions on May 29, 2002. The declarations also contain documents designated by Plaintiffs as confidential under the protective order. Plaintiffs do not object to the filing under seal.

Dated: January 23, 2003

FENWICK & WEST LLP

By: _____
Patrick E. Premo

Attorneys for Defendants
ReplayTV, Inc. and SONICblue Incorporated

GOOD CAUSE APPEARING, Defendants' request to file under seal Declaration of Patrick E. Premo in Support of Defendants' Opposition to Motion to Compel, is hereby GRANTED.

IT IS SO ORDERED.

Dated: January 28, 2003

_____
United States Magistrate Judge
Hon. Charles F. Eick

1154691