UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No.  CV 01-9358 FMC(Ex)             Date:  January 29, 2003

Title:  PARAMOUNT PICTURES CORP., et al.
        v REPLAYTV, INC., et al.
========================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,  JUDGE

| Alicia Mason | Pat Cuneo |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Scott Cooper                             Emmett Stanton
Ronald S. Rauchberg                      Laurence Pulgram
Robert Schwartz
Robert Rotstein
Lisa Stone
Gwen A. Hinze

PROCEEDINGS:   STATUS CONFERENCE

The conference is held. The parties are directed to take any depositions already scheduled. The parties shall select a mediator or private judge by February 7, 2003. The Court makes itself available for a conference call if there are any problems with that selection. The discovery cutoff date is extended to March 31, 2003. The parties will meet and confer re extending any expert witnesses deadlines and to stipulate to a new date for further telephonic status conference with the Court.

MINUTES FORM 11                          Initials of Deputy Clerk____
CIVIL - GEN

505