| | |
|---|---|
| 1 | RONALD S. RAUCHBERG (*Admitted Pro Hac Vice*)<br>SCOTT P. COOPER (Cal. Bar No. 96905) |
| 2 | PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200 |
| 3 | Los Angeles, California 90067-3206<br>Telephone: (310) 557-2900 |
| 4 | Facsimile: (310) 557-2193 |
| 5 | *Attorneys for the MGM, Fox, Universal, Viacom, Disney and NBC Plaintiffs* |
| 6 | ROBERT M. SCHWARTZ (Cal. Bar No. 117166) |
| 7 | O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, Seventh Floor |
| 8 | Los Angeles, California 90067-6035<br>Telephone: (310) 553-6700 |
| 9 | Facsimile: (310) 246-6779<br>*Attorneys for the Time Warner Plaintiffs* |
| 10 | ROBERT H. ROTSTEIN (Cal. Bar No. 72452) |
| 11 | McDERMOTT, WILL & EMERY<br>2049 Century Park East, 34th Floor |
| 12 | Los Angeles, California 90067<br>Telephone: (310) 284-6101 |
| 13 | Facsimile: (310) 277-4730<br>*Attorneys for the Columbia Plaintiffs* |
| 14 | [Full counsel appearances on signature page] |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION, et al.,

Plaintiffs,

v.

REPLAYTV, INC. and SONICBLUE, INC.,

Defendants.

AND CONSOLIDATED ACTIONS.

Case No. CV 01-9358 FMC(Ex)

APPLICATION AND [~~PROPOSED~~] ORDER TO FILE UNDER SEAL PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION AND TO COMPEL DEFENDANTS' COMPLIANCE WITH PRIOR COURT ORDERS AND SUPPLEMENTAL DECLARATION OF JOSHUA POLLACK WITH EXHIBITS

**LOCAL RULE 79-5**

| | |
|---|---|
| Judge: | Hon. Charles F. Eick |
| Discovery Cutoff: | Feb. 28, 2003 |
| Pretrial Conference: | Sept. 29, 2003 |
| Trial Date: | Oct. 28, 2003 |

507

Pursuant to Civil Local Rule 79-5, Plaintiffs Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting Inc., Paramount Pictures Corporation, UPN (formerly, The United Paramount Network), Showtime Networks Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Disney Enterprises, Inc., ABC, Inc., Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Fox Broadcasting Company, Universal City Studios Productions LLLP (formerly, Universal City Studios Productions, Inc.), Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, The WB Television Network Partners L.P., Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. (the "Copyright Owner Plaintiffs") respectfully request that the following documents be filed under seal:

- Plaintiffs' Supplemental Memorandum in Support of Their Motion to Compel Production of Documents and Information and to Compel Defendants' Compliance With Prior Court Orders; and
- Supplemental Declaration of Joshua Pollack in Support of Plaintiffs' Motion to Compel Production of Documents and Information and to Compel Defendants' Compliance With Prior Court Orders, with exhibits.

1 | These documents disclose and reference information that Defendants have
2 | designated as "Highly Confidential" and "Highly Restricted" pursuant to the
3 | Stipulation and Protective Order entered in these actions on May 29, 2002.

Dated: January 31, 2003

Respectfully submitted,

By _Joshua Pollack_
Joshua Pollack

| | |
|---|---|
| ROBERT M. SCHWARTZ<br>ALAN RADER<br>MARK A. SNYDER<br>O'MELVENY & MYERS LLP<br><br>Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.<br><br>ROBERT H. ROTSTEIN<br>LISA E. STONE<br>ELIZABETH L. HISSERICH<br>KIM WOROBEC<br>McDERMOTT, WILL & EMERY<br><br>Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. | RONALD RAUCHBERG<br>SCOTT P. COOPER<br>JOSHUA POLLACK<br>PROSKAUER ROSE LLP<br><br>Attorneys for Plaintiffs Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP (formerly Universal City Studios Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide Inc., and CBS Broadcasting, Inc. |

GOOD CAUSE APPEARING, the Copyright Owner Plaintiffs' request to file under seal Plaintiffs' Supplemental Memorandum in Support of Their Motion to Compel Production of Documents and Information and to Compel Defendants' Compliance With Prior Court Orders, and the Supplemental Declaration of Joshua Pollack with exhibits, is hereby GRANTED.

IT IS SO ORDERED.

Dated: February _3_, 2003

By _____
Hon. Charles F. Eick
U.S. District Magistrate Judge