LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
DARREN FRANKLIN (CSB No. 210939)
FENWICK & WEST LLP
Silicon Valley Center
801 California St
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

FILED
CLERK, U.S. DISTRICT COURT
FEB - 3 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA        By fax

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC. and SONICBLUE, INC., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex) <br><br> APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENTAL MEMORANDUM AND CONFIDENTIAL SUPPLEMENTAL DECLARATION OF DARREN FRANKLIN FOR DEFENDANTS' MOTION TO ENFORCE DISCOVERY ORDERS ON REPLAYTV INTERROGATORY NOS. 1-3 <br><br> [Local Rule 79-5] <br><br> Date: February 14, 2002 <br> Time: 9:00 a.m. <br> Courtroom No.: 20 <br> Judge: The Honorable Charles F. Eick <br><br> Discovery Cutoff: March 31, 2003 <br> Pretrial Conference: Sept. 29, 2003 <br> Trial Date: October 28, 2003 |

Application and Proposed Order to File
Supplemental Memorandum and
Supplemental Franklin Decl. Under Seal

Case No. CV 01-09358 FMC (Ex)

510

1  Per Civil Local Rule 79-5, Defendants SONICblue Incorporated and
2  ReplayTV, Inc. respectfully request that Defendants' Supplemental Memorandum
3  and the Confidential Supplemental Declaration of Darren Franklin for Defendants'
4  Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3 be filed
5  under seal.
6  Parts of Defendants' Supplemental Memorandum and the Confidential
7  Supplemental Declaration of Darren Franklin disclose the contents of documents
8  that Plaintiffs have produced and designated as "Highly Restricted" under the
9  Protective Order entered in these actions on May 29, 2002. To protect the
10 confidentiality of these documents, Defendants respectfully request that they be
11 allowed to file their Supplemental Memorandum and the Confidential
12 Supplemental Declaration of Darren Franklin under seal.

13 Dated: January 31, 2003          FENWICK & WEST LLP

                                    By: _____
                                        Darren Franklin

                                    Attorneys for Defendants
                                    ReplayTV, Inc. and SONICblue
                                    Incorporated

GOOD CAUSE APPEARING, Defendants' request to file under seal Defendants' Supplemental Memorandum and the Confidential Supplemental Declaration of Darren Franklin for Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3 is hereby GRANTED.

IT IS SO ORDERED.

Dated: _Feb. 3_____, 2003

                                    _____
                                    Hon. Charles F. Eick
                                    U.S. District Magistrate Judge

Application and Proposed Order to File
Supplemental Memorandum and
Supplemental Franklin Decl. Under Seal        2

Case No. CV 01-09358 FMC (Ex)