LAURENCE F. PULGRAM (CSB No. 115163)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
PATRICK E. PREMO (CSB No. 184915)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE
INCORPORATED

FILED
CLERK, U S DISTRICT COURT
FEB - 3 2003
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

By fax

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC. and SONICBLUE, INC., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex) <br><br> **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL THE DECLARATION OF PATRICK E. PREMO IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** <br><br> [L.R. 79-5] <br><br> Time: N/A <br> Courtroom: 20 <br> Judge: Hon. Charles F. Eick <br><br> Discovery Cutoff: March 31, 2003 <br> Pretrial Conference: September 29, 2003 <br> Trial Date: October 28, 2003 <br><br> 2-4-03 |

Pursuant to Civil Local Rule 79-5, Defendants SONICblue Incorporated and ReplayTV, Inc. ("Defendants") respectfully request that the Confidential

1  Declaration of Patrick E. Premo In Support of Defendants' Supplemental
2  Memorandum in Opposition to Plaintiffs' Motion to Compel, be filed under seal.
3        The Declaration discloses documents that we request be treated confidential
4  pursuant to the Protective Order entered in these actions on May 29, 2002.
5  Accordingly, Defendants respectfully request that they be allowed to file the
6  Confidential Declaration of Patrick E. Premo in Support of Defendants'
7  Supplemental Memorandum in Opposition to Plaintiffs' Motion to Compel under
8  seal.

9  Dated: January 31, 2003              FENWICK & WEST LLP

By: *Patrick E. Premo* (signature)
      Patrick E. Premo

Attorneys for Defendants
ReplayTV, Inc. and SONICblue
Incorporated

1  GOOD CAUSE APPEARING, Defendants' request to file the Declaration of
2  Patrick E. Premo in Support of Defendants' Supplemental Memorandum In Support
3  of Defendants' Opposition to Plaintiffs' Motion to Compel under seal is hereby
4  GRANTED.
5
6  IT IS SO ORDERED.
7  Dated: Feb. 3, 2003

_____
Hon. Charles F. Eick
U.S. District Magistrate Judge

1155630