UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority     ✓
Send         ✓
Enter        ___
Closed       ___
JS-5/JS-6    ___
JS-2/JS-3    ___
Scan Only    ___

Case No.  CV 01-9358-FMC (Ex)                    Date:  February 4, 2003

Title:  PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

DOCKET ENTRY

PRESENT:

HON.  CHARLES F. EICK, JUDGE

STACEY PIERSON                                    N/A
DEPUTY CLERK                                      COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**              **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                              None

**PROCEEDINGS:    (IN CHAMBERS)**                 (Page 1 of 2)

"Defendants' Motion to Enforce Discovery Orders on ReplayTV Interrogatory Nos. 1-3" ("the motion"), filed January 24, 2003, is denied without prejudice for failure to comply fully with Local Rule 37-1 et seq. The Court offers the following tentative views to provide guidance to the parties in their continuing efforts to resolve these disputes.

The Court previously ordered Plaintiffs to respond to the subject interrogatories. Even though it appears that at least some of the Plaintiffs did not comply timely and completely, it should not be necessary, and probably would not be useful, merely to reiterate the Court's order. To the extent the parties cannot resolve specific disputes regarding the adequacy of Plaintiffs' compliance, the Court can resolve those disputes. However, those disputes need to be defined with specificity, rather than blurred with generality. The papers presented with the motion do not set forth the facts and the parties' contentions regarding the various disputes in a clear and organized fashion. If the parties' continuing efforts fail to resolve specific disputes regarding the adequacy of Plaintiffs' compliance, Defendants should consider whether clarity of presentation requires separate motions for separate Plaintiffs, or separate motions for separate, disputed issues. Defendants also should consider whether a more detailed order than the proposed order lodged January 24, 2003, would be required to adjudicate the remaining disputed issues.



FEB 7 2003
CV

520

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)    Date: February 4, 2003

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                              None

**PROCEEDINGS:   (IN CHAMBERS)**                              (Page 2 of 2)

   Defendants are entitled to responsive information available to Plaintiffs through reasonable investigation. If, after reasonable investigation, a particular Plaintiff cannot determine precise figures for "alternative advertising revenue," for example, because the Plaintiff's 1999 financial statements did not account separately for "alternative advertising revenue," and the information is not otherwise reasonably available, then further responses will not be compelled. Reasonableness is a matter of degree, however, and the Court will be reluctant to absolve a party from its obligation to comply with a court order merely because compliance would require some significant expense, particularly where the party failed to make any such showing of expense prior to issuance of the order.

   "Alternative advertising," as defined, does not appear to include product placement in motion pictures.

   Those Plaintiffs who elected the Rule 33(d) option must take steps to insure that the burden of deriving or ascertaining the answers to the interrogatories from the documents identified is not substantially greater for Defendants than for Plaintiffs. Such steps well may include identifying specific portions of documents. Such steps well may include sitting down with Defendants' representatives and explaining, page by page or even line by line, exactly how the answers can be derived or ascertained from the information reflected in the documents identified.

cc:   Judge Cooper
      All Counsel of Record



MINUTES FORM 11                                              Initials of Deputy Clerk _____
CIVIL-GEN                          D-M