LAURENCE F. PULGRAM (CSB No. 115163)
MICHAEL H. RUBIN (CSB No. 214636)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

EMMETT C. STANTON (CSB No. 83930)
MITCHELL ZIMMERMAN (CSB No. 88456)
FENWICK & WEST LLP
Two Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 494-0600
Facsimile: (650) 494-1417

Attorneys for Defendants
REPLAYTV, INC. and SONICBLUE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC., and SONICBLUE, INC., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. CV 01-09358 FMC (Ex) <br><br> **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANTS' EX PARTE MOTION FOR ORDER REQUIRING PLAINTIFFS TO PRODUCE MOVIELINK AND MOVIES.COM INVESTIGATION DEPOSITION TRANSCRIPTS AND ALL SUPPORTING DOCUMENTS** <br><br> [L.R. 79-5] <br><br> Judge: Hon. Charles F. Eick <br><br> Discovery Cutoff: Feb. 28, 2003 <br> Pretrial Conference: Sep. 29, 2003 <br> Trial Date: Oct. 28, 2003 |

Application to File Under Seal Defendants'
Ex Parte Motion and all Supporting Documents

Case No. CV 01-09358 FMC (Ex)

1     Pursuant to Civil Local Rule 79-5, Defendants ReplayTV, Inc. and SONICblue Incorporated ("Defendants") respectfully request that the following documents filed with the Court on January 14, 2003 be placed under seal:

- Ex Parte Motion for Order Requiring Plaintiffs to Produce MovieLink and Movies.com Investigation Deposition Transcripts;
- Declaration of Laurence F. Pulgram in Support of Defendants' Ex Parte Motion for Order Requiring Plaintiffs to Produce MovieLink and Movies.com Investigation Deposition Transcripts;
- [Proposed] Order Granting Defendants' Ex Parte Motion for Order Requiring Plaintiffs to Produce MovieLink and Movies.com Investigation Deposition Transcripts; and
- Proof of Service.

These documents disclose and reference information that the Time Warner Plaintiffs have designated as "Highly Restricted" pursuant to the Stipulation and Protective Order entered in these actions on May 29, 2002. Although Defendants do not necessarily agree that these documents should be sealed, Defendants have agreed to accommodate the Time Warner Plaintiffs' request to do so.

Dated: January 15, 2003

FENWICK & WEST LLP

By: _____
        Michael H. Rubin

Attorneys for Defendants
ReplayTV, Inc. and SONICblue Incorporated

GOOD CAUSE APPEARING, Defendants' request to file under seal Defendants' Ex Parte Motion for Order Requiring Plaintiffs to Produce Movielink and Movies.Com Investigation Deposition Transcripts and All Supporting Documents, is hereby GRANTED.

IT IS SO ORDERED.

Dated: January 15, 2003

_____
United States Magistrate Judge
Hon. Charles F. Eick

## PROOF OF SERVICE

I, Carmelita Procida, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 275 Battery, Suite 1500, San Francisco, California 94111. On January 15, 2003, I served the within documents as noted below:

### APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANTS' EX PARTE MOTION FOR ORDER REQUIRING PLAINTIFFS TO PRODUCE MOVIELINK AND MOVIES.COM INVESTIGATION DEPOSITION TRANSCRIPTS AND ALL SUPPORTING DOCUMENTS

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☒ by causing to be transmitted via e-mail courtesy copies of the document(s) listed above to person(s) set forth below

| | |
|---|---|
| Robert H. Rotstein, Esq.<br>Lisa E. Stone, Esq.<br>McDermott, Will & Emery<br>2049 Century Park East, 34th Floor<br>Los Angeles, CA 90067-3208<br>Telephone: 310/277-4110<br>Facsimile: 310/277-4730<br>rrotstein@mwe.com | Attorneys for Plaintiffs Columbia Pictures, Industries, Inc., et al. |
| Scott P. Cooper, Esq.<br>Proskauer Rose LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: 310/557-2900<br>Facsimile: 310/557-2193<br>scooper@proskauer.com | Attorneys for Plaintiffs Metro-Goldwyn Mayer Studios, Inc., et al. and for Plaintiffs Paramount Pictures Corporation, et al. |

| | |
|---|---|
| Jon A. Baumgarten, Esq.<br>Proskauer Rose LLP<br>1233 20th Street, N.W., Suite 800<br>Washington, DC 20036-2396<br>Telephone: 202/416-6800<br>Facsimile: 202/416-6899<br>jabaumgarten@prokauer.com | Attorneys for Plaintiffs Metro-Goldwyn Mayer Studios, Inc., et al. and for Plaintiffs Paramount Pictures Corporation, et al. |
| Frank P. Scibilia, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>Telephone: 212/969-3000<br>Facsimile: 212/969-2900<br>fscibilia@proskauer.com | Attorneys for Plaintiffs Metro-Goldwyn Mayer Studios, Inc., et al. and for Plaintiffs Paramount Pictures Corporation, et al. |
| Robert M. Schwartz, Esq.<br>Mark A. Snyder, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: 310/553-6700<br>Facsimile: 310/246-6779<br>rschwartz@omm.com | Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., et al. |
| Ronald L. Klain, Esq.<br>Goodwin Liu, Esq.<br>O'Melveny & Myers LLP<br>555 13th Street, N.W., Suite 500 West<br>Washington, DC 20004-1109<br>Telephone: 202/383-5300<br>Facsimile: 202/383-5414<br>rklain@omm.com | Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., et al. |
| Ira P. Rothken, Esq.<br>Rothken Law Firm<br>1050 Northgate Drive, Suite 520<br>San Rafael, CA 94903<br>Telephone: 415/924-4250<br>Facsimile: 415/024-2905<br>ira@techfirm.com | Attorneys for Plaintiffs Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright |

Cindy A. Cohn, Esq.                     Attorneys for Plaintiffs Craig Newmark, et al.
Fred von Lohmann, Esq.
Robin D. Gross, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone:    415/436-9333 x108
Facsimile:    415/436-9993
fred@eff.org
cindy@eff.org


    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 15, 2003, at San Francisco, California.

*[Signature]*
CARMELITA PROCIDA

22407/00401/SF/5064512.4