**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. CV 01-9358-FMC (Ex)    Date: February 7, 2003

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None    None

PROCEEDINGS:   (IN CHAMBERS)    (Page 1 of 3)

[ENTERED ON ICMS FEB 11 2003 CV]

The Court has read and considered all papers filed in support of and in opposition to "Plaintiffs' Motion to Compel Production of Documents and Information and to Compel Defendants' Compliance with Prior Court Orders" ("the motion"), filed January 24, 2003. The previously noticed February 14, 2003 hearing date is vacated. The Court has taken the motion under submission without oral argument.

As to the eight numbered orders sought, the Court rules as follows:

1. Defendants shall produce all versions of the entire source code used in the ReplayTV 4000, in electronic form, all documents related to the source code for the ReplayTV 4000, and all other documents either (a) responsive to Plaintiffs' Document Request Nos. 33-35, or (b) already ordered to be produced by this Court's April 26, 2002 Order, subject only to the terms of the Stipulation and Protective Order entered May 29, 2002.

2. Denied because of the reasonableness of Defendants' investigation.

3. Denied without prejudice for failure to comply fully with Local Rule 37-1 et seq.

4. In response to Plaintiffs' Document Request No. 46, Defendants shall produce their business plans, marketing strategies, financial models and forecasts for sales of any ReplayTV PVR, without limiting the production to documents referring to the ReplayTV 4000 or more recent devices.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)　　　　　　　　　　　　Date: February 7, 2003

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

　　HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**

　　　　None　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS:** (IN CHAMBERS)　　　　　　　　　　(Page 2 of 3)

　　5. In response to Plaintiffs' Document Request Nos. 40 and 57, Defendants shall produce documents relating to their plans for licensing any of their PVR-related technology, including but not limited to licensing agreements, discussions, plans and proposals.

　　6. Denied as moot as to Fox Interrogatory No. 3; as to MGM Interrogatory No. 18, Defendants shall serve a supplemental answer after conducting a reasonable investigation for responsive information, limited to responsive information regarding ReplayTV 4000 (including all features thereof) and subsequent products of the Defendants, but including responsive information concerning direct correspondence, if any, between Defendants and third parties.

　　7. Defendants shall serve supplemental responses to Plaintiffs' Request for Admission Nos. 10 (specifically as to "Plaintiffs' copyrighted Television Programming"), 14 (specifically as to "Plaintiffs' copyrighted Television Programming"), 22 (specifically as to "Plaintiffs' copyrighted Television Programming"), 34 (specifically as to "Plaintiffs' Premium Programming"), and 38 (specifically as to "Plaintiffs' Pay-Per-View Programming"). Defendants' objections are overruled. However, responses utilizing the general format of the responses reprinted at footnotes 19-23 of the Joint Stipulation would suffice, if accurate and if adapted as indicated in the above parentheticals.

　　8. In response to Plaintiffs' Document Request No. 59, Defendants shall produce all responsive written communications, limited to those communications relating to any 30-second skip feature, the AutoSkip Feature, the Send Show Feature, the P.C. Connectivity Feature, the Search

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 01-9358-FMC (Ex)                               Date: February 7, 2003

Title: PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

DOCKET ENTRY

PRESENT:

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                    None

**PROCEEDINGS:**   (IN CHAMBERS)                               (Page 3 of 3)

and Record Features, the Programming Guide, this lawsuit, commercial avoidance or sending shows over the Internet.

Defendants shall comply with this order within thirty (30) days of the date of this order.

Plaintiffs' request for sanctions is denied.

In regard to "Defendants' Motion to Strike etc.," filed February 7, 2003: the Court does not condone the alleged withholding of new material until the filing of supplemental papers; nor does the Court condone the alleged false or misleading assertions; however, the material and assertions of which the motion to strike complains have not affected the Court's ruling herein.

Defendants placed argument, including but not limited to discussion subheadings, within the "Declaration of Philippe Pignon, Ph.D. in support of Defendants' Opposition to Motion to Compel," filed January 28, 2003. Plaintiffs placed argument within paragraph 7 of the "Declaration of Craig O. Thomas," filed January 31, 2003. The parties shall cease placing argument within declarations. See L.R. 7-7; Minute Orders dated December 20, 2002.

cc:   Judge Cooper
       All Counsel of Record

MINUTES FORM 11                                                                                   Initials of Deputy Clerk
CIVIL-GEN                                        D-M