PROSKAUER ROSE LLP
RONALD S. RAUCHBERG (admitted *Pro Hac Vice*)
SCOTT P. COOPER (Bar No. 96905)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
(310) 557-2900 Telephone
(310) 557-2193 Facsimile
*Attorneys for the Disney, Fox, MGM, NBC,
Universal and Viacom Plaintiffs*

O'MELVENY AND MYERS LLP
ROBERT M. SCHWARTZ (Bar No. 117166)
ALAN RADER (Bar No. 45789)
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
(310) 553-6700 Telephone
(310) 246-6779 Facsimile
*Attorneys for the Time Warner Plaintiffs*

MCDERMOTT, WILL & EMERY
ROBERT H. ROTSTEIN (Bar No. 072452)
2049 Century Park East, 34th Floor
Los Angeles, California, 90067
(310) 277-4110 Telephone
(310) 277-4730 Facsimile
*Attorneys for the Columbia Plaintiffs*

FILED
CLERK, U S DISTRICT COURT
FEB 14 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**ORIGINAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>REPLAYTV, INC. and SONICBLUE, INC.,<br><br>            Defendants,<br><br>AND CONSOLIDATED ACTIONS. | Case No. 01-09358 FMC (Ex)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON THE BASIS OF PRIVILEGE AND FOR SANCTIONS**<br><br>**Discovery Cut Off:  03/31/03**<br>**Pretrial Conference: 09/29/03**<br>**Trial Date:          10/28/03** |

ENTERED ON IMS
FEB 19 2003
CV

5479/65395-001 LAWORD/20265 v2

1       WHEREAS Defendants have served on Plaintiffs and third parties Motion
2  Picture Association of America and Motion Picture Association (collectively, the
3  "MPAA") their portion of a Joint Stipulation on Defendants' Motion to Compel
4  Production of Documents Withheld By Plaintiffs and the MPAA on the Basis of
5  Privilege and for Sanctions (the "Motion"), which seeks to address the adequacy
6  and supportability of Plaintiffs' and the MPAA's respective claims of privilege in
7  what Defendants contend is a collective total of thousands of documents as
8  reflected in dozens of privilege logs,

9       WHEREAS the Motion is directed at each of the eight Plaintiff "groups" and
10  the MPAA, and in light of the number of entities to whom the Motion is directed,
11  the number of documents as to which the Motion is directed, and the length of
12  Defendants' portion of the Motion (approximately 100 pages), it is anticipated that
13  Plaintiffs' and the MPAA's portions of the Motion may be lengthy,

14       The parties to this action and the MPAA, through their respective counsel of
15  record, HEREBY STIPULATE AND AGREE as follows:

16       1. Plaintiffs and the MPAA shall have to and including February 24, 2003,
17  within which to submit their portions of the Joint Stipulation on Defendants'
18  Motion to Compel Production of Documents Withheld on the Basis of Privilege and
19  for Sanctions;

20       2. The parties shall be entitled to file supplemental memoranda 14 days prior
21  to the hearing on the Motion. Defendants shall be entitled to file a supplemental
22  memorandum of no more than 45 pages (five pages for each of the eight Plaintiff
23  groups and the MPAA) and the eight Plaintiff groups and the MPAA, collectively,
24  shall be entitled to file supplemental memoranda totaling no more than 45 pages.

ORDER

Good cause appearing from the foregoing stipulation, it is hereby SO ORDERED.

February 14, 2003

_____
United States Magistrate Judge

DATED: February 2, 2003

**O'MELVENY & MYERS, LLP**

By: _Robert M. Schwartz, by Tanya L. Forsheit with Mr. Schwartz's permission_
Robert M. Schwartz

Attorneys for Plaintiffs Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P.

DATED: February 2, 2003

**PROSKAUER ROSE LLP**

By: _Tanya L. Forsheit_
Tanya L. Forsheit

Attorneys for Plaintiffs Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., The United Paramount Network, ABC, Inc., Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc., Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions, Inc., and Fox Broadcasting Company

DATED: February 12, 2003    MCDERMOTT, WILL & EMERY

By: *Robert H. Rotstein* by Jangal Joulet with Mr. Rotskis permission
    Robert H. Rotstein

Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

DATED: February 12, 2003    FENWICK & WEST LLP

By: *Jennifer Lloyd*
    Jennifer Lloyd

Attorneys for Defendants ReplayTV, Inc. and SONICblue Incorporated

DATED: February 12, 2003    WILLIAMS & CONNOLLY LLP

By: *Ana Reyes* by Jangal Joulet with Ms. Reyes' permission
    Ana Reyes

Attorneys for Motion Picture Association of America and Motion Picture Association

22407/00401/LIT/1144034.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 9067-3206.

On February 12, 2003, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON THE BASIS OF PRIVILEGE AND FOR SANCTIONS**

on the interested parties in this action:

( x ) (By Mail) By placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 12, 2003, at Los Angeles, California.

*Patty J. Hays*
PATTY J. HAYS

1 **SERVICE LIST**

2 COUNSEL FOR REPLAY DEFENDANTS (all cases):

3 EMMETT C. STANTON
FENWICK & WEST LLP
4 Silicon Valley Center
801 California Street
5 Mountain View, CA 94041-2008

6 LAURENCE F. PULGRAM
FENWICK & WEST LLP
7 275 Battery Street, Suite 1500
San Francisco, CA 94111
8
COUNSEL FOR TIME WARNER PLAINTIFFS in Former Case No. CV 01-
9 09693 and TIME WARNER DEFENDANTS in Former Case No. CV 02-04445:

10 ROBERT SCHWARTZ
O'MELVENY & MYERS LLP
11 1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035
12
COUNSEL FOR COLUMBIA PLAINTIFFS in Former Case No. CV 01-10221
13 and COLUMBIA DEFENDANTS in Former Case No. CV 02-04445 :

14 ROBERT H. ROTSTEIN
McDERMOTT, WILL & EMERY
15 2049 Century Park East, Suite 3400
Los Angeles, CA 90067
16
COUNSEL FOR NEWMARK PLAINTIFFS in Former Case No. CV 02-04445 :
17
IRA P. ROTHKEN
18 ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
19 San Rafael, CA 94903

20 CINDY A. COHN
FRED VON LOHMANN
21 ROBIN D. GROSS
ELECTRONIC FRONTIER FOUNDATION
22 454 Shotwell Street
San Francisco, CA 94110
23
COUNSEL FOR NON-PARTIES MOTION PICTURE ASSOCIATION OF
24 AMERICA AND MOTION PICTURE ASSOCIATION:

25 Ana C. Reyes, Esq.
Williams & Connolly LLP
26 725 Twelfth Street, N.W.
Washington, DC 20005-5901
27

28

5479/65395-001 LAWORD/20265 v2

5