1   RONALD S. RAUCHBERG (*Admitted Pro Hac Vice*)
    SCOTT P. COOPER (Cal. Bar No. 96905)
2   PROSKAUER ROSE LLP
    2049 Century Park East, Suite 3200
3   Los Angeles, California 90067-3206
    Telephone: (310) 557-2900
4   Facsimile: (310) 557-2193
    *Attorneys for the MGM, Fox, Universal, Viacom,*
5   *Disney and NBC Plaintiffs*

6   ROBERT M. SCHWARTZ (Cal. Bar No. 117166)
    O'MELVENY & MYERS LLP
7   1999 Avenue of the Stars, Seventh Floor
    Los Angeles, California 90067-6035
8   Telephone: (310) 553-6700
    Facsimile: (310) 246-6779
9   *Attorneys for the Time Warner Plaintiffs*

10   ROBERT H. ROTSTEIN (Cal. Bar No. 72452)
    McDERMOTT, WILL & EMERY
11   2049 Century Park East, 34th Floor
    Los Angeles, California 90067
12   Telephone: (310) 284-6101
    Facsimile: (310) 277-4730
13   *Attorneys for the Columbia Plaintiffs*

14   [Full counsel appearances on signature page]

**ORIGINAL**

15

16        **UNITED STATES DISTRICT COURT**

       **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, et al., | Case No. 01-09358 FMC (Ex) |
| Plaintiffs, | **APPLICATION AND [~~PROPOSED~~] ORDER TO FILE UNDER SEAL FEBRUARY 18, 2003 STIPULATION FOR ENTRY OF PROPOSED ORDER REGARDING SCHEDULING** |
| v. | |
| REPLAYTV, INC. and SONICBLUE, INC., | |
| Defendants. | **LOCAL RULE 79-5** |
| AND CONSOLIDATED ACTIONS. | Discovery Cutoff:    Mar. 31, 2003<br>Pretrial Conference:   Sept. 29, 2003<br>Trial Date:       Oct. 28, 2003 |

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 6 2003
2003
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED ON ICMS
FEB 2 7 2003
CV



526

1    Pursuant to Local Rule 79-5, Plaintiffs Viacom International Inc., CBS

2    Worldwide Inc., CBS Broadcasting Inc., Paramount Pictures Corporation, UPN

3    (formerly, The United Paramount Network), Showtime Networks Inc., National

4    Broadcasting Company, Inc., NBC Studios, Inc., Disney Enterprises, Inc., ABC,

5    Inc., Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth

6    Century Fox Film Corporation, Fox Broadcasting Company, Universal City

7    Studios Productions LLLP (formerly, Universal City Studios Productions, Inc.),

8    Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros.,

9    Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc.,

10   New Line Cinema Corporation, Castle Rock Entertainment, The WB Television

11   Network Partners L.P., Columbia Pictures Industries, Inc., Columbia Pictures

12   Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

13   (collectively, the "Copyright Owner Plaintiffs") respectfully request that the

14   following document be filed under seal:

15

16        Stipulation For Entry Of Proposed Order Regarding Scheduling, dated

17        February 18, 2003 (the "February 18 Stipulation").

18

19        The February 18 Stipulation contains non-public and confidential

20   information.  The Copyright Owner Plaintiffs respectfully request that the February

21   18 Stipulation be filed under seal in order to protect their business interests, as set

22   forth in the February 18 Stipulation.

23   //

24   //

25   //

26   //

27   //

28   //

1    All of the other parties to these consolidated actions agree to the filing under

2    seal of the February 18 Stipulation.  See Stipulation Regarding The Newmark

3    Plaintiffs' Consent To Filing Under Seal Of February 18, 2003 Stipulation For

4    Entry Of Proposed Order Regarding Scheduling, annexed to this Application as

5    Exhibit A.

6

7    Dated:  February 24, 2003

8                                 Respectfully submitted,

9

10   By _____

11                                 Simon Block

12   ROBERT M. SCHWARTZ              RONALD RAUCHBERG
     ALAN RADER                     SCOTT P. COOPER
13   MARK A. SNYDER                 SIMON BLOCK
     O'MELVENY & MYERS LLP          PROSKAUER ROSE LLP
14
     Attorneys for Plaintiffs Time Warner    Attorneys for Plaintiffs Metro-
15   Entertainment Company, L.P., Home       Goldwyn-Mayer Studios Inc., Orion
     Box Office, Warner Bros., Warner        Pictures Corporation, Twentieth
16   Bros. Television, Time Warner Inc.,     Century Fox Film Corporation,
     Turner Broadcasting System, Inc.,       Universal City Studios Productions
17   New Line Cinema Corporation, Castle     LLLP (formerly Universal City
     Rock Entertainment, and The WB          Studios Productions, Inc.), Fox
18   Television Network Partners L.P.        Broadcasting Company, Paramount
                                             Pictures Corporation, Disney
19   ROBERT H. ROTSTEIN              Enterprises, Inc., National
     LISA E. STONE                  Broadcasting Company, Inc., NBC
20   ELIZABETH L. HISSERICH         Studios, Inc., Showtime Networks
     KIM WOROBEC                    Inc., UPN (formerly the United
21   McDERMOTT, WILL & EMERY        Paramount Network), ABC, Inc.,
                                             Viacom International Inc., CBS
22   Attorneys for Plaintiffs Columbia      Worldwide Inc., and CBS
     Pictures Industries, Inc., Columbia    Broadcasting, Inc.
23   Pictures Television, Inc., Columbia
     TriStar Television, Inc., and TriStar
24   Television, Inc.

25

26

27

28

1                    [PROPOSED] ORDER

2          GOOD CAUSE APPEARING, the Copyright Owner Plaintiffs' request to

3 file under seal the Stipulation For Entry Of Proposed Order Regarding Scheduling,

4 dated February 18, 2003, is hereby GRANTED.

5

6 IT IS SO ORDERED.

7

8 Dated: February _26_, 2003

9

10                                                                                                                     

11                                  By _____

                                           Hon. Florence-Marie Cooper

12                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLUEBIRDonline.com (888) 477-0702

SCANNED

1    PROSKAUER ROSE LLP
     RONALD S. RAUCHBERG (admitted *Pro Hac Vice*)
2    SCOTT P. COOPER (Bar No. 96905)
     2049 Century Park East, 32nd Floor
3    Los Angeles, California 90067
     (310) 557-2900 Telephone
4    (310) 557-2193 Facsimile
     *Attorneys for the Disney, Fox, MGM, NBC,*
5    *Universal and Viacom Plaintiffs*

6    O'MELVENY AND MYERS LLP
     ROBERT M. SCHWARTZ (Bar No. 117166)
7    ALAN RADER (Bar No. 45789)
     1999 Avenue of the Stars, Seventh Floor
8    Los Angeles, California 90067
     (310) 553-6700 Telephone
9    (310) 246-6779 Facsimile
     *Attorneys for the Time Warner Plaintiffs*
10
     MCDERMOTT, WILL & EMERY
11   ROBERT H. ROTSTEIN (Bar No. 072452)
     2049 Century Park East, 34th Floor
12   Los Angeles, California, 90067
     (310) 277-4110 Telephone
13   (310) 277-4730 Facsimile
     *Attorneys for the Columbia Plaintiffs*
14
                   UNITED STATES DISTRICT COURT
15
                   CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17 PARAMOUNT PICTURES CORPORATION et al., | Case No. 01-09358 FMC (Ex) |
| 18                    Plaintiffs, | **STIPULATION REGARDING THE NEWMARK PLAINTIFFS' CONSENT TO FILING UNDER SEAL OF FEBRUARY 18, 2003** STIPULATION FOR ENTRY OF PROPOSED ORDER REGARDING SCHEDULING |
| 19           v. | |
| 20 REPLAYTV, INC. and | |
| 21 SONICBLUE, INC., | **Discovery Cut Off:    03/31/03** |
| 22                    Defendants, | **Pretrial Conference:  09/29/03** |
| 23 | **Trial Date:           10/28/03** |
| 24 | |
| 25 | |
| 26 AND CONSOLIDATED ACTIONS. | |
| 27 | |
| 28 | |

1       WHEREAS the Copyright Owner Plaintiffs and Defendants in the above-

2  captioned actions have entered into a Stipulation For Entry Of Proposed Order

3  Regarding Scheduling, dated February 18, 2003 (the "February 18 Stipulation");

4       WHEREAS the Copyright Owner Plaintiffs and Defendants desire to make

5  an application to the Court to file under seal the February 18 Stipulation, with the

6  exception of the Proposed Order annexed thereto; and

7       WHEREAS the undersigned counsel for the Newmark Plaintiffs in the

8  above-captioned actions has reviewed the February 18 Stipulation, including the

9  Proposed Order annexed thereto;

10       THEREFORE, the undersigned counsel, on behalf of the Copyright Owner

11  Plaintiffs, Defendants, and the Newmark Plaintiffs, hereby stipulate as follows:

12       1.    The Newmark Plaintiffs agree to the filing under seal of the February

13  18 Stipulation; and

14       2.    The Newmark Plaintiffs do not object to the Court's entry of the

15  Proposed Order annexed to the February 18 Stipulation.

16

17  DATED: February 24, 2003      **O'MELVENY & MYERS, LLP**

18

19                  By: _Robert M. Schwartz_  WITH PERMISSION

20                    Robert M. Schwartz     A.B.

21                 Attorneys for Plaintiffs Time Warner
Entertainment Company, L.P., Home

22                 Box Office, Warner Bros., Warner Bros.
Television, Time Warner Inc., Turner

23                 Broadcasting System, Inc., New Line
Cinema Corporation, Castle Rock

24                 Entertainment, and The WB Television
Network Partners L.P.

25

26

27

28

**EXHIBIT A**
**PAGE 5**

1

2   DATED:  February 27, 2003     **PROSKAUER ROSE LLP**

3

4                       By: _Simon Block_
                             Simon Block

5

6                       Attorneys for Plaintiffs Paramount
                       Pictures Corporation, Disney

7                       Enterprises, Inc., National Broadcasting
                       Company, Inc., NBC Studios, Inc.,

8                       Showtime Networks Inc., UPN
                       (formerly, The United Paramount
                       Network), ABC, Inc., Viacom

9                       International Inc., CBS Worldwide Inc.,
                       CBS Broadcasting, Inc., Metro-

10                      Goldwyn-Mayer Studios Inc., Orion
                       Pictures Corporation, Twentieth Century

11                      Fox Film Corporation, Universal City
                       Studios Productions LLLP (formerly,

12                      Universal City Studios Productions,
                       Inc.), and Fox Broadcasting Company

13

14   DATED:  February 24, 2003     **MCDERMOTT, WILL & EMERY**

15

16                       By: _Robert H. Rotstein_

17                         Robert H. Rotstein   *WITH PERMISSION*
                                        *A.B.*

18                       Attorneys for Plaintiffs Columbia
                       Pictures Industries, Inc., Columbia

19                       Pictures Television, Inc., Columbia
                       TriStar Television, Inc., and TriStar

20                       Television, Inc.

21   DATED:  February __, 2003     **FENWICK & WEST LLP**

22

23                       By:_____

24                           Emmett C. Stanton

25                       Attorneys for Defendants ReplayTV, Inc.
                       and SONICblue Incorporated

26

27

28

**EXHIBIT A**
**PAGE 6**

DATED: February __, 2003

**PROSKAUER ROSE LLP**

By:_____
    Simon Block

Attorneys for Plaintiffs Paramount
Pictures Corporation, Disney
Enterprises, Inc., National Broadcasting
Company, Inc., NBC Studios, Inc.,
Showtime Networks Inc., UPN
(formerly, The United Paramount
Network), ABC, Inc., Viacom
International Inc., CBS Worldwide Inc.,
CBS Broadcasting, Inc., Metro-
Goldwyn-Mayer Studios Inc., Orion
Pictures Corporation, Twentieth Century
Fox Film Corporation, Universal City
Studios Productions LLLP (formerly,
Universal City Studios Productions,
Inc.), and Fox Broadcasting Company

DATED: February __, 2003

**MCDERMOTT, WILL & EMERY**

By:_____
    Robert H. Rotstein

Attorneys for Plaintiffs Columbia
Pictures Industries, Inc., Columbia
Pictures Television, Inc., Columbia
TriStar Television, Inc., and TriStar
Television, Inc.

DATED: February 4, 2003

**FENWICK & WEST LLP**

By:_____
    Emmett C. Stanton

Attorneys for Defendants ReplayTV, Inc.
and SONICblue Incorporated

3660/65395-001 LAWORD/20808

**EXHIBIT A**
**PAGE 7**

DATED: February 21, 2003

ROTHKEN LAW FIRM

By:

Ira P. Rothken

Attorneys for Newmark Plaintiffs Craig
Newmark, Shawn Hughes, Keith Ogden,
Glenn Fleishman and Phil Wright

EXHIBIT A
PAGE 8

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 9067-3206.

On February 25, 2003, I served the foregoing document described as:

**APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL FEBRUARY 18, 2003 STIPULATION FOR ENTRY OF PROPOSED ORDER REGARDING SCHEDULING**

on the interested parties in this action:

( x ) (By Mail) By placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2003, at Los Angeles, California.

_____
PATTY J. HAYS

1

## SERVICE LIST

2    COUNSEL FOR REPLAY DEFENDANTS (all cases):

3    EMMETT C. STANTON
     FENWICK & WEST LLP
4    Silicon Valley Center
     801 California Street
5    Mountain View, CA 94041-2008

6    LAURENCE F. PULGRAM
     FENWICK & WEST LLP
7    275 Battery Street, Suite 1500
     San Francisco, CA 94111

8
     COUNSEL FOR TIME WARNER PLAINTIFFS in Former Case No. CV 01-
9    09693 and TIME WARNER DEFENDANTS in Former Case No. CV 02-04445:

10   ROBERT SCHWARTZ
     O'MELVENY & MYERS LLP
11   1999 Avenue of the Stars, Seventh Floor
     Los Angeles, CA 90067-6035

12
     COUNSEL FOR COLUMBIA PLAINTIFFS in Former Case No. CV 01-10221
13   and COLUMBIA DEFENDANTS in Former Case No. CV 02-04445:

14   ROBERT H. ROTSTEIN
     McDERMOTT, WILL & EMERY
15   2049 Century Park East, Suite 3400
     Los Angeles, CA 90067

16
     COUNSEL FOR NEWMARK PLAINTIFFS in Former Case No. CV 02-04445:
17
     IRA P. ROTHKEN
18   ROTHKEN LAW FIRM
     1050 Northgate Drive, Suite 520
19   San Rafael, CA 94903

20

21

22

23

24

25

26

27

28