UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.  CV 01-9358-FMC (Ex)                            Date:  March 14, 2003

Title:  PARAMOUNT PICTURES CORPORATION, et al. v. REPLAYTV, INC., et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  CHARLES F. EICK, JUDGE

STACEY PIERSON                                   N/A
DEPUTY CLERK                                 COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                         None

**PROCEEDINGS:**   (IN CHAMBERS)

The Magistrate Judge has consulted with Judge Cooper and determined that "Plaintiffs' Ex Parte Application for an Order Compelling Defendants to Produce Witnesses for Deposition on Specified Dates" ("the application"), filed March 13, 2003, should have been directed to the private mediator/judge. Therefore, the application is denied without prejudice.

cc:  Judge Cooper
     All Counsel of Record



ENTERED ON ICMS
MAR 18 2003
2003
CV

533

MINUTES FORM 11                                          Initials of Deputy Clerk
CIVIL-GEN                          D-M