UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Send

CIVIL MINUTES - GENERAL

Case No. CV 01-9358 FMC(Ex)    Date: March 24, 2003

Title: PARAMOUNT PICTURES CORP., et al.
       v REPLAYTV, INC., et al.

==================================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

Alicia Mamer                    Not present
Courtroom Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                          Not present

PROCEEDINGS: ORDER STAYING CASE DUE TO BANKRUPTCY FILING (In Chambers)

The Court is in receipt of Notice of Filing of Petitions in Bankruptcy Court, filed on March 21, 2003. The Court hereby STAYS all proceedings in this case and orders counsel for plaintiff to file a status report with the Court every 6 months until a request or motion to lift stay is filed.



ENTERED ON ICMS
MAR 2 5 2003
CV

MINUTES FORM 11                                Initials of Deputy Clerk
CIVIL - GEN

537