# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☐ U.S. Magistrate Judge _Cooper_

From: _T. B/GA_____, Deputy Clerk   Date Received: _10/27/03_

Case No.: _CV01-9358 FMC_   Case Title: _Paramount v Replay_

Document Entitled: _Plaintiff Declaration of Gwendia Hines/ Newmark Plaintiff's Opposition to To Ex Parte Application Bypass_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist: _Motion for Relief from Stay_

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone number
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1   Proposed amended pleading not under separate cover
☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 83-1.5   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
☑ FRCvP Rule 5(d)   No proof of service attached to document(s)
☐ Other: _____

**FILED   CLERK, U.S DISTRICT COURT   OCT 28 2003   CENTRAL DISTRICT OF CALIFORNIA   BY ___ DEPUTY**

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

================================================================================

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED: _proof filed on 10-28-03_

☑ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_OCT 28 2003_   _FLORENCE-MARIE COOPER_
Date   U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

**ENTERED ON ICMS   OCT 29 2003   CV**

_____   _____
Date   U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)   NOTICE OF DOCUMENT DISCREPANCIES   *U.S. GPO: 2003-578-839/70059

542