UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send

CIVIL MINUTES - GENERAL

Case No.   CV 01-9358 FMC(Ex)          Date:   November 6, 2003

Title:   PARAMOUNT PICTURES CORP., et al.
         v REPLAYTV, INC., et al.

=====================================================================

PRESENT:
           THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

           Alicia Mamer                    Not present
           Courtroom Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                                Not present

PROCEEDINGS:   CONTINUANCE OF HEARING DATE OF DEFENDANT TURNER
               BROADCASTING'S MOTION FOR ORDER MODIFYING COURT'S
               MARCH 24, 2003 STAY ORDER            (In Chambers)

The Court, on its own motion, hereby continues for hearing the above-referenced motion(s) from November 10, 2003 to **November 17, 2003 at 10:00 a.m.** The briefing schedule is not changed by this order; briefs will be due on the dates previously set.

ENTERED ON ICMS
NOV - 7 2003
CV

MINUTES FORM 11                            Initials of Deputy Clerk ___
CIVIL - GEN

553