LODGED 2003 OCT 14 3H 10:28

PROSKAUER ROSE LLP
RONALD S. RAUCHBERG (admitted *Pro Hac Vice*)
SCOTT P. COOPER (Bar No. 96905)
SIMON BLOCK (Bar No. 214999)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
(310) 557-2900 Telephone
(310) 557-2193 Facsimile
*Attorneys for the MGM, Fox, Universal,
Viacom, Disney & NBC Copyright Owners*

O'MELVENY AND MYERS LLP
ROBERT M. SCHWARTZ (Bar No. 117166)
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
(310) 553-6700 Telephone
(310) 246-6779 Facsimile
*Attorneys for the Time Warner Copyright Owners*

MCDERMOTT, WILL & EMERY
ROBERT H. ROTSTEIN (Bar No. 072452)
2049 Century Park East, 34th Floor
Los Angeles, California, 90067
(310) 277-4110 Telephone
(310) 277-4730 Facsimile
*Attorneys for the Columbia Copyright Owners*

[Full counsel appearances on signature page]

**ORIGINAL**

FILED
CLERK US DISTRICT COURT
NOV 10 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES CORPORATION et al.,

Plaintiffs,

v.

REPLAYTV, INC. and SONICBLUE, INC.,

Defendants.

AND CONSOLIDATED ACTIONS.

Case No. CV 01-09358 FMC (Ex)

Hon. Florence-Marie Cooper

[~~PROPOSED~~] **ORDER MODIFYING THE COURT'S MARCH 24, 2003 STAY ORDER FOR LIMITED PURPOSES**

DATE: November 10, 2003
TIME: 10:00 a.m.
PLACE: Courtroom 750

ENTERED ON ICMS
NOV 12 2003
CV

3660/54002-001
LAWORD/32701

Upon the Copyright Owners' Motion For Order Modifying The Court's March 24, 2003 Stay Order For Limited Purposes, and all its supporting papers (the "Motion"), any papers submitted in opposition to the Motion, any reply papers submitted in support of the Motion, and any oral argument with respect to the Motion, and good cause appearing;

IT IS HEREBY ORDERED that:

1. The Court's order dated March 24, 2003, staying all proceedings in these consolidated actions (the "Stay Order"), is hereby modified to allow for the filing with the Court of the Stipulation Of Dismissal Of Each Of The Copyright Actions In Its Entirety And The Newmark Declaratory Relief Action As To Defendants ReplayTV, Inc. and SONICblue Incorporated Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(ii), which stipulation is annexed as Exhibit C to the Declaration of Scott P. Cooper, dated October 13, 2003 (the "Cooper Declaration"), submitted in support of the Motion (the "Stipulation of Dismissal").

2. The Stay Order is hereby further modified to allow the Copyright Owners to immediately file with the Court their motion to dismiss the Newmark Plaintiffs' Complaint for Copyright Declaratory Relief, pursuant to Federal Rule of Civil Procedure 12(h) and 28 U.S.C. § 2201, for lack of subject matter jurisdiction, and supporting papers, which stipulation is annexed as Exhibit D to the Cooper Declaration, submitted in support of the Motion (the "Motion to Dismiss"). The parties also are permitted to file opposition and reply papers in connection therewith in accordance with the Local Rules.

3. The Stay Order is hereby further modified to allow the Newmark Plaintiffs to file with the Court an application for leave to serve discovery on the Copyright Owners relating to the Motion to Dismiss, and a motion for leave to amend their Complaint to add new plaintiffs. The parties also are permitted to file opposition and reply papers in connection therewith in accordance with the Local Rules.

4. The Copyright Owners shall promptly file with the Court the Stipulation of Dismissal and the Motion to Dismiss.

5. Except as expressly modified herein, the Stay Order shall remain in effect.

Dated: ~~October~~ 11/10, 2003

*[signature]*

Hon. Florence-Marie Cooper
United States District Judge

SCANNED

3660/54002-001
LAWORD/32701

3