1   PROSKAUER ROSE LLP
    RONALD S. RAUCHBERG (admitted *Pro Hac Vice*)
2   SCOTT P. COOPER (Bar No. 96905)
    SIMON BLOCK (Bar No. 214999)
3   2049 Century Park East, 32nd Floor
    Los Angeles, California 90067
4   (310) 557-2900 Telephone
    (310) 557-2193 Facsimile
5   *Attorneys for the MGM, Fox, Universal,*
    *Viacom, Disney & NBC Copyright Owners*
6
    O'MELVENY AND MYERS LLP
7   ROBERT M. SCHWARTZ (Bar No. 117166)
    1999 Avenue of the Stars, Seventh Floor
8   Los Angeles, California 90067
    (310) 553-6700 Telephone
9   (310) 246-6779 Facsimile
    *Attorneys for the Time Warner Copyright Owners*
10
    MCDERMOTT, WILL & EMERY
11  ROBERT H. ROTSTEIN (Bar No. 072452)
    2049 Century Park East, 34th Floor
12  Los Angeles, California, 90067
    (310) 277-4110 Telephone
13  (310) 277-4730 Facsimile
    *Attorneys for the Columbia Copyright Owners*
14
15  [Full counsel appearances on signature page]                 **ORIGINAL**

16                  UNITED STATES DISTRICT COURT

17                  CENTRAL DISTRICT OF CALIFORNIA

18  PARAMOUNT PICTURES          )   Case No. 01-09358 FMC (Ex)
    CORPORATION et al.,         )
19                              )   Hon. Florence-Marie Cooper
                 Plaintiffs,    )
20                              )   **STIPULATION OF DISMISSAL OF**
         v.                     )   **EACH OF THE COPYRIGHT**
21                              )   **ACTIONS IN ITS ENTIRETY AND**
    REPLAYTV, INC. and          )   **THE NEWMARK DECLARATORY**
22  SONICBLUE, INC.,            )   **RELIEF ACTION AS TO**
                                )   **DEFENDANTS REPLAYTV, INC.**
23               Defendants.    )   **AND SONICBLUE INCORPORATED**
                                )   **PURSUANT TO FEDERAL RULE OF**
24                              )   **CIVIL PROCEDURE 41(a)(1)(ii);**
                                )   **DECLARATION OF SCOTT P.**
25                              )   **COOPER IN SUPPORT THEREOF**
                                )
26  AND CONSOLIDATED ACTIONS    )
                                )
27                              )
                                )
28

3660/54002-001
LAWORD/29240



1   This Stipulation is made by and between all of the parties to these

2   consolidated actions, namely, Metro-Goldwyn-Mayer Studios Inc., Orion Pictures

3   Corporation, Twentieth Century Fox Film Corporation, Universal City Studios

4   Productions LLLP (formerly Universal City Studios Productions, Inc.), Fox

5   Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc.,

6   National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc.,

7   UPN (formerly the United Paramount Network), ABC, Inc., Viacom International

8   Inc., CBS Worldwide Inc., CBS Broadcasting, Inc., Time Warner Entertainment

9   Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time

10  Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation,

11  Castle Rock Entertainment, The WB Television Network Partners L.P., Columbia

12  Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar

13  Television, Inc., and TriStar Television, Inc., plaintiffs in the Copyright Actions, as

14  defined below (collectively, "the Copyright Owners"), Defendants ReplayTV, Inc.

15  and SONICblue Incorporated, and Craig Newmark, Shawn Hughes, Keith Ogden,

16  Glenn Fleishman and Phil Wright, plaintiffs in the Newmark Declaratory Relief

17  Action, as defined below (collectively, the "Newmark Plaintiffs"), as follows:

18                                    **RECITALS**

19      WHEREAS, on March 21, 2003, Defendants ReplayTV, Inc. and SONICblue

20  Incorporated filed voluntary petitions in the United States Bankruptcy Court,

21  Northern District of California, San Jose Division, Case Nos. 03-51777(MM) and

22  03-51775 (MM), respectively;

23      WHEREAS, on August 21, 2003, upon stipulation of all of the parties hereto,

24  the United States Bankruptcy Court for the Northern District of California entered

25  an order, dated August 19, 2003 (a copy of which order is attached as Exhibit A to

26  the annexed Declaration of Scott P. Cooper), modifying the automatic stay

27  contained in Bankruptcy Code Section 362 to allow (1) the claims asserted by the

28  Copyright Owners against Defendants ReplayTV, Inc. and SONICblue Incorporated

3660/54002-001
LAWORD/29240

1  to be dismissed without prejudice; (2) the counterclaim asserted by Defendant

2  ReplayTV, Inc. against Copyright Owners Turner Broadcasting System Inc. and

3  Time Warner Inc. to be dismissed without prejudice; and (3) the claims asserted by

4  the Newmark Plaintiffs against Defendants ReplayTV, Inc. and SONICblue

5  Incorporated to be dismissed without prejudice;

**STIPULATION FOR DISMISSAL**

**OF THE COPYRIGHT ACTIONS IN THEIR ENTIRETY**

8  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

9  between the Copyright Owners and Defendants ReplayTV, Inc. and SONICblue

10 Incorporated, through their undersigned counsel, that:

11  1.  Each of the four actions pending between the Copyright Owners and

12 Defendants ReplayTV, Inc. and SONICblue Incorporated originally entitled

13 Paramount Pictures Corp., et al. v. ReplayTV, Inc., et al., Case No. CV 01-9358,

14 Time Warner Entertainment Company, L.P., et al. v. ReplayTV, Inc., et al., Former

15 Case No. CV 01-9693 (including the counterclaim asserted by Defendant

16 ReplayTV, Inc. against Copyright Owners Turner Broadcasting System Inc. and

17 Time Warner Inc.), Metro-Goldwyn-Mayer Studios Inc., et al. v. ReplayTV, Inc., et

18 al., Former Case No. CV 01-9801, and Columbia Pictures Industries, Inc., et al. v.

19 ReplayTV, Inc., et al., Former Case No. CV 01-10221 (collectively, the "Copyright

20 Actions"), which actions were consolidated under Case No. CV 01-9358 FMC(Ex)

21 by order of the Court dated December 13, 2001, is hereby dismissed in its entirety,

22 without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

23  2.  Each of the parties shall bear its own costs and attorneys' fees in

24 connection with the Copyright Actions.

25 ///

26 ///

27 ///

28 ///

3

3660/54002-001
LAWORD/29240

## STIPULATION FOR DISMISSAL OF THE NEWMARK DECLARATORY

## RELIEF ACTION AS TO DEFENDANTS REPLAYTV, INC. AND

## SONICBLUE INCORPORATED

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Newmark Plaintiffs, the Copyright Owners, and Defendants ReplayTV, Inc. and SONICblue Incorporated, through their undersigned counsel, that:

3.    The declaratory relief action pending between the Newmark Plaintiffs, the Copyright Owners and SONICblue, originally entitled <u>Craig Newmark, et al. v. Turner Broadcasting System, Inc., et al.</u>, Former Case No. CV 02-4445 ("the Newmark Declaratory Relief Action"), which action was consolidated with Case No. CV 01-9358 for pretrial purposes by order of this Court dated August 21, 2002, is hereby dismissed as to Defendants ReplayTV, Inc. and SONICblue Incorporated, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

4.    Each of the parties shall bear its own costs and attorneys' fees in connection with the Newmark Declaratory Relief Action.

Dated:  September 26, 2003

PROSKAUER ROSE LLP

By: _____
      Scott P. Cooper

Attorneys for Metro-Goldwyn-Mayer
Studios Inc., Orion Pictures Corporation,
Twentieth Century Fox Film Corporation,
Universal City Studios Productions LLLP
(formerly Universal City Studios
Productions, Inc.), Fox Broadcasting
Company, Paramount Pictures Corporation,
Disney Enterprises, Inc., National
Broadcasting Company, Inc., NBC Studios,
Inc., Showtime Networks Inc., UPN
(formerly the United Paramount Network),
ABC, Inc., Viacom International Inc., CBS
Worldwide Inc., and CBS Broadcasting, Inc.

4

Dated: ~~September~~ *October 7th*, 2003

MCDERMOTT, WILL & EMERY

By: *Robert H. Rotstein*
Robert H. Rotstein

Attorneys for Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

Dated: September ___, 2003

O'MELVENY & MYERS LLP

By:_____
Robert M. Schwartz

Attorneys for Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P

Dated: September ___, 2003

FENWICK & WEST LLP

By:_____
Emmett C. Stanton

Attorneys for ReplayTV, Inc. and SONICblue Incorporated

Dated: September ___, 2003

ELECTRONIC FRONTIER FOUNDATION

By:_____
Gwenith A. Hinze

Attorneys for Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright

3060/54002-001
LAWORD/29240

Dated: September __, 2003

MCDERMOTT, WILL & EMERY

By: _____
    Robert H. Rotstein

Attorneys for Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

Dated: ~~September~~ 9, 2003
       October

O'MELVENY & MYERS LLP

By: *Robert M. Schwartz*   *Signed by permission 355*
    Robert M. Schwartz

Attorneys for Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P

Dated: September __, 2003

FENWICK & WEST LLP

By: _____
    Emmett C. Stanton

Attorneys for ReplayTV, Inc. and SONICblue Incorporated

Dated: September __, 2003

ELECTRONIC FRONTIER FOUNDATION

By: _____
    Gwenith A. Hinze

Attorneys for Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright

5

3660/54002-001
LAWORD/29240

1  Dated: September ___, 2003          MCDERMOTT, WILL & EMERY

2

3                                      By:_____
                                          Robert H. Rotstein

4                                      Attorneys for Columbia Pictures Industries,
                                       Inc., Columbia Pictures Television, Inc.,
5                                      Columbia TriStar Television, Inc., and
                                       TriStar Television, Inc.

6

7  Dated: September ___, 2003          O'MELVENY & MYERS LLP

8

9                                      By:_____
                                          Robert M. Schwartz

10

11                                     Attorneys for Time Warner Entertainment
                                       Company, L.P., Home Box Office, Warner
12                                     Bros., Warner Bros. Television, Time
                                       Warner Inc., Turner Broadcasting System,
13                                     Inc., New Line Cinema Corporation, Castle
                                       Rock Entertainment, and The WB
14                                     Television Network Partners L.P

15          October 8
   Dated: ~~September~~ ___, 2003       FENWICK & WEST LLP
16

17                                     By:_____
                                          Emmett C. Stanton
18

19                                     Attorneys for ReplayTV, Inc. and
                                       SONICblue Incorporated
20

21  Dated: September ___, 2003          ELECTRONIC FRONTIER FOUNDATION

22

23                                     By:_____
                                          Gwenith A. Hinze
24

25                                     Attorneys for Craig Newmark, Shawn
                                       Hughes, Keith Ogden, Glenn Fleishman and
                                       Phil Wright
26

27

28

3660/54002-001                                    5
LAWORD/29240

Dated: September ___, 2003          MCDERMOTT, WILL & EMERY

                                    By: _____
                                        Robert H. Rotstein

                                    Attorneys for Columbia Pictures Industries,
                                    Inc., Columbia Pictures Television, Inc.,
                                    Columbia TriStar Television, Inc., and
                                    TriStar Television, Inc.


Dated: September ___, 2003          O'MELVENY & MYERS LLP

                                    By: _____
                                        Robert M. Schwartz

                                    Attorneys for Time Warner Entertainment
                                    Company, L.P., Home Box Office, Warner
                                    Bros., Warner Bros. Television, Time
                                    Warner Inc., Turner Broadcasting System,
                                    Inc., New Line Cinema Corporation, Castle
                                    Rock Entertainment, and The WB
                                    Television Network Partners L.P


Dated: September ___, 2003          FENWICK & WEST LLP

                                    By: _____
                                        Emmett C. Stanton

                                    Attorneys for ReplayTV, Inc. and
                                    SONICblue Incorporated


                                    October
Dated: ~~September~~ 3, 2003        ELECTRONIC FRONTIER FOUNDATION

                                    By: Gwen Hinze
                                        Gwenith A. Hinze

                                    Attorneys for Craig Newmark, Shawn
                                    Hughes, Keith Ogden, Glenn Fleishman and
                                    Phil Wright

3660/54002-001
LA WORD\29240

5

SCANNED



# DECLARATION OF SCOTT P. COOPER

I, Scott P. Cooper, declare as follows:

1.     I am an attorney at law duly admitted to practice before this Court, and I am a member of Proskauer Rose LLP, counsel for Plaintiffs Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP (formerly Universal City Studios Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc. in the above-captioned consolidated actions.  I submit this declaration in support of the annexed Stipulation of Dismissal.  I make this declaration of my own personal knowledge except where otherwise stated, and, if called as a witness, I could and would testify competently as set forth below.

2.     Attached hereto as Exhibit A is a true and correct copy of the Stipulation For Relief From The Automatic Stay To Allow Dismissal Of Certain Copyright Litigation; And Order Thereon, between the Copyright Owners, Defendants ReplayTV, Inc. and SONICblue Incorporated, and the Newmark Plaintiffs, and ordered by the United States Bankruptcy Court for the Northern District of California on August 19, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of September, 2003, in Los Angeles, California.

Scott P. Cooper

3660/54002-001
LAWORD/29240

SCANNED

1   PILLSBURY WINTHROP LLP
    CRAIG A. BARBAROSH #160224
2   SUE J. HODGES #137808
    MARK D. HOULE #194861
3   650 Town Center Drive, 7th Floor
    Costa Mesa, CA 92626-7122
4   Telephone: (714) 436-6800
    Facsimile: (714) 436-2800
5

6   Attorneys for Debtors and Debtors-In-Possession

7

FILED

AUG 1 4 2003

CLERK
United States Bankruptcy Court
San Jose, California

AUG 2 5 2003

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  IN RE:                              Case Nos. 03-51775, 03-51776, 03-51777
                                        and 03-51778 MM
12  SONICBLUE INCORPORATED, a
    Delaware corporation, DIAMOND       CHAPTER 11 Cases, Jointly Administered
13  MULTIMEDIA SYSTEMS, INC., a
    Delaware corporation, REPLAYTV, INC., a   STIPULATION FOR RELIEF FROM THE
14  Delaware corporation, and SENSORY   AUTOMATIC STAY TO ALLOW
    SCIENCE CORPORATION, a Delaware     DISMISSAL OF CERTAIN COPYRIGHT
15  corporation,                        LITIGATION; AND ORDER THEREON.

16                                      [No Hearing Required]

17          Debtors and Debtors-in-
            Possession
18

19

20          This Stipulation For Relief From The Automatic Stay ("Stipulation") is entered into

21  by and between SONICblue Incorporated and ReplayTV, Inc., two of the debtors and

22  debtors-in-possession in the above captioned cases (collectively, "Debtors"), the Official

23  Committee of Unsecured Creditors ("Committee"), Time Warner Entertainment Company,

24  L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner

25  Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, The

26  WB Television Network Partners L.P., Paramount Pictures Corporation, Disney

27  Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime

28

EXHIBIT A
PAGE 7

1  Networks Inc., UPN (formerly, The United Paramount Network), ABC, Inc., Viacom

2  International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc., Metro-Goldwyn-Mayer

3  Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation,

4  Universal City Studios Productions LLLP (formerly, Universal City Studios Productions,

5  Inc.), Fox Broadcasting Company, Columbia Pictures Industries, Inc., Columbia Pictures

6  Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

7  (collectively, the "Copyright Plaintiffs"), plaintiffs in the Copyright Litigation, as defined

8  herein, and Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil

9  Wright (collectively, the "Newmark Plaintiffs"), plaintiffs in the Newmark Action, as

10  defined herein, by and through their respective undersigned counsel. This Stipulation is

11  made with respect to the following facts:

12                                               I.

13                                       RECITALS

14      A.      On March 21, 2003 (the "Petition Date"), the Debtors commenced their

15  Chapter 11 cases by filing voluntary petitions for relief under Chapter 11 of Title 11 of the

16  United States Code (the "Bankruptcy Code"). Following the Petition Date, the Debtors

17  have been operating their businesses and managing their affairs as debtors-in-possession

18  pursuant to Bankruptcy Code Sections 1107(a) and 1108.

19                              The Copyright Litigation

20      B.      The Copyright Plaintiffs commenced litigation against the Debtors in late

21  2001, which litigation is now consolidated in the litigation entitled Paramount Pictures

22  Corporation, et al. v. ReplayTV, Inc., et al., Case No. CV 01-09358 FMC (Ex), in the

23  United States District Court for the Central District of California (the "Copyright

24  Litigation"). In the Copyright Litigation, Debtor ReplayTV, Inc., asserted a counterclaim

25  against Copyright Plaintiffs Turner Broadcasting System, Inc., and Time Warner, Inc.

26      C.      In the Copyright Litigation, the Copyright Plaintiffs seek injunctive and

27  declaratory relief with respect to certain digital video recorder products formerly marketed

28

EXHIBIT A
PAGE 8

1   and sold by the Debtors as part of the Debtors' ReplayTV product line ("ReplayTV Product

2   Line").

3         D.    The Newmark Plaintiffs, five individual owners of the ReplyTV 4000, one

4   of the products within the ReplayTV Product Line, commenced a declaratory relief action

5   against the Copyright Plaintiffs and the Debtors in June 2002 entitled Newmark, et al. v.

6   Turner Broadcasting System, Inc., et al., Former Case No. CV-02-04445 FMC (Ex), in the

7   United States District Court for the Central District of California, which declaratory relief

8   action is now consolidated with the Copyright Litigation for pretrial purposes (the

9   "Newmark Action").

10         E.    On April 25, 2003, the Bankruptcy Court entered its Orders approving the

11   sale of the ReplayTV Product Line to Digital Networks North America, Inc.  The sale of the

12   ReplayTV Product Line closed on April 25, 2003.

13         F.    The parties submit that relief from stay to allow the Copyright Plaintiffs to

14   dismiss the Copyright Litigation as to the Debtors without prejudice, to allow Debtor

15   ReplayTV, Inc., to dismiss its counterclaim against Copyright Plaintiffs Turner

16   Broadcasting System, Inc., and Time Warner, Inc., in the Copyright Litigation without

17   prejudice, and to allow the Newmark Plaintiffs to dismiss the Newmark Action as to the

18   Debtors without prejudice, is warranted in light of the sale of the ReplayTV Product Line

19   and the cessation of the business operations of the Debtors giving rise to the Copyright

20   Litigation.

21                                II.

22                       STIPULATION

23         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to

24   Bankruptcy Court approval, by and between the parties to this Stipulation, through their

25   undersigned counsel, that:

26         1.    Relief From Automatic Stay.  The automatic stay contained in Bankruptcy

27   Code Section 362 shall be modified upon entry of the Order approving this Stipulation, to

28   allow (1) the claims asserted by the Copyright Plaintiffs against the Debtors in the

**EXHIBIT A**
**PAGE 9**



1   Copyright Litigation to be dismissed without prejudice, (2) the counterclaim asserted by

2   Debtor ReplayTV, Inc., against Copyright Plaintiffs Turner Broadcasting System, Inc., and

3   Time Warner, Inc., in the Copyright Litigation to be dismissed without prejudice, and (3)

4   the claims asserted by the Newmark Plaintiffs against the Debtors in the Newmark Action

5   to be dismissed without prejudice.

6       2.    Exclusive Jurisdiction.  The Bankruptcy Court shall retain exclusive

7   jurisdiction to resolve any disputes between the parties hereto regarding the interpretation

8   of this Stipulation, and to enforce the rights and duties specified hereunder.

9       3.    Successors and/or Assigns.  The provisions of this Stipulation and the order

10  approving it shall be binding upon and inure to the benefit of the parties hereto, and their

11  respective successors and assigns.

12      4.    Method of Execution.  This Stipulation may be executed in original or by

13  facsimile signature and in counterpart copies, and this Stipulation shall be deemed fully

14  executed and effective when all parties have executed and possess a counterpart, even if no

15  single counterpart contains all signatures.

16      WHEREFORE, the parties hereto request that this Court issue an Order approving

17  this Stipulation.

18  IT IS SO STIPULATED.

19

20  DATED: August 6, 2003              PILLSBURY WINTHROP LLP

21

22                                     By: _____
                                           Craig A. Barbarosh, Esq.
23                                         Sue J. Hodges, Esq.
                                           Mark D. Houle, Esq.
24                                     Attorneys for SONICblue Incorporated and
                                       ReplayTV, Inc.
25

26

27

28  [Signatures continued on next page]

EXHIBIT A
PAGE 10

SCANNED

1   DATED:  August __6__, 2003            LEVENE, NEALE, BENDER, RANKIN
                                          & BRILL L.L.P.
2

3
                                          By: _____
4                                             Ron Bender, Esq.
                                              Craig Rankin, Esq.
5                                             Daniel Reiss, Esq.
                                          Attorneys for Official Committee of
6                                         Unsecured Creditors

7   DATED August ___, 2003                O'MELVENY & MEYERS, LLP

8

9                                         By: _____
                                              Robert M. Schwartz
10
                                          Attorneys for Time Warner Entertainment
11                                        Company, L.P., Home Box Office, Warner
                                          Bros., Warner Bros. Television, Time Warner
12                                        Inc., Turner Broadcasting System, Inc., New
                                          Line Cinema Corporation, Castle Rock
13                                        Entertainment, and The WB Television
                                          Network Partners L.P.
14

15  DATED:  August ___, 2003              PROSKAUER ROSE LLP

16

17                                        By: _____
                                              Scott P. Cooper, Esq.
18                                            Martin S. Zohn, Esq.
                                          Attorneys for Paramount Pictures Corporation,
19                                        Disney Enterprises, Inc., National
                                          Broadcasting Company, Inc., NBC Studios,
20                                        Inc., Showtime Networks Inc., UPN (formerly,
                                          The United Paramount Network), ABC, Inc.,
21                                        Viacom International Inc., CBS Worldwide
                                          Inc., CBS Broadcasting, Inc., Metro-Goldwyn-
22                                        Mayer Studios Inc., Orion Pictures
                                          Corporation, Twentieth Century Fox Film
23                                        Corporation, Universal City Studios
                                          Productions LLLP (formerly, Universal City
24                                        Studios Productions, Inc.), and Fox
                                          Broadcasting Company
25

26

27

28  [Signatures continued on next page]

    40145508v2                                5              STIPULATION FOR RELIEF FROM STAY

                                                            EXHIBIT A
                                                            PAGE 11

09-12-03 08:01pm From-

AUG-07-2003 11:11 LVENY & MYERS CC11

T-563 P.005/008 F-406

310 246 6779 P.02/02

SCANNED

1 | DATED: August ___, 2003      LEVENE, NEALE, BENDER, RANKIN
2           & BRILL L.L.P.
3
4           By: _____
             Ron Bender, Esq.
             Craig Rankin, Esq.
5              Daniel Reiss, Esq.
          Attorneys for Official Committee of
6           Unsecured Creditors

7 | DATED August 7, 2003      O'MELVENY & MEYERS, LLP
8
9           By: _____
             Robert M. Schwartz
10
11           Attorneys for Time Warner Entertainment
          Company, L.P., Home Box Office, Warner
          Bros., Warner Bros. Television, Time Warner
12           Inc., Turner Broadcasting System, Inc., New
          Line Cinema Corporation, Castle Rock
13           Entertainment, and The WB Television
          Network Partners L.P.
14

15 | DATED: August ___, 2003      PROSKAUER ROSE LLP
16
17           By: _____
             Scott P. Cooper, Esq.
18              Martin S. Zohn, Esq.
          Attorneys for Paramount Pictures Corporation,
19           Disney Enterprises, Inc., National
          Broadcasting Company, Inc., NBC Studios,
20           Inc., Showtime Networks Inc., UPN (formerly,
          The United Paramount Network), ABC, Inc.,
21           Viacom International Inc., CBS Worldwide
          Inc., CBS Broadcasting, Inc., Metro-Goldwyn-
22           Mayer Studios Inc., Orion Pictures
          Corporation, Twentieth Century Fox Film
23           Corporation, Universal City Studios
          Productions LLLP (formerly, Universal City
24           Studios Productions, Inc.), and Fox
          Broadcasting Company
25
26
27

28 | [Signatures continued on next page]

40145501v2           5       STIPULATION FOR RELIEF FROM STAY

TOTAL P.02

1   DATED:  August ___, 2003

2

LEVENE, NEALE, BENDER, RANKIN
& BRILL L.L.P.

3

4   By: _____
        Ron Bender, Esq.
5       Craig Rankin, Esq.
        Daniel Reiss, Esq.
6   Attorneys for Official Committee of
    Unsecured Creditors

7   DATED August ___, 2003

O'MELVENY & MEYERS, LLP

8

9   By: _____
        Robert M. Schwartz

10

11  Attorneys for Time Warner Entertainment
    Company, L.P., Home Box Office, Warner
    Bros., Warner Bros. Television, Time Warner
12  Inc., Turner Broadcasting System, Inc., New
    Line Cinema Corporation, Castle Rock
13  Entertainment, and The WB Television
    Network Partners L.P.

14

15  DATED:  August ___, 2003

PROSKAUER ROSE LLP

16

17  By: _____
        Scott P. Cooper, Esq.
18      Martin S. Zohn, Esq.
    Attorneys for Paramount Pictures Corporation,
19  Disney Enterprises, Inc., National
    Broadcasting Company, Inc., NBC Studios,
20  Inc., Showtime Networks Inc., UPN (formerly,
    The United Paramount Network), ABC, Inc.,
21  Viacom International Inc., CBS Worldwide
    Inc., CBS Broadcasting, Inc., Metro-Goldwyn-
22  Mayer Studios Inc., Orion Pictures
    Corporation, Twentieth Century Fox Film
23  Corporation, Universal City Studios
    Productions LLLP (formerly, Universal City
24  Studios Productions, Inc.), and Fox
    Broadcasting Company

25

26

27

28  [Signatures continued on next page]

    40145508v2                              5              STIPULATION FOR RELIEF FROM STAY

EXHIBIT A
PAGE 13

1  DATED: August ___, 2003            MCDERMOTT, WILL & EMERY

2

3                                      By: _____

4                                          Robert H. Rotstein, Esq.
                                           Roger M. Landau, Esq.
5                                      Attorneys for Columbia Pictures Industries,
                                       Inc., Columbia Pictures Television, Inc.,
6                                      Columbia TriStar Television, Inc., and TriStar
                                       Television, Inc.

7  DATED: August _7_, 2003            ELECTRONIC FRONTIER FOUNDATION

8

9                                      By: _Gwen Hinze_____
                                           Cindy A. Cohn, Esq.
10                                         Fred von Lohmann, Esq.
                                           Gwenith A. Hinze, Esq.
11                                     Attorneys for Craig Newmark, Shawn Hughes,
                                       Keith Ogden, Glenn Fleishman and Phil
12                                     Wright

13

14

15                          **ORDER**

16      THE ABOVE STIPULATION IS APPROVED AND IT IS SO ORDERED this

17  _____ day of August, 2003.

18

19

20                                      _____
                                        THE HONORABLE MARILYN MORGAN
                                        UNITED STATES BANKRUPTCY JUDGE

21

22

23

24

25

26

27

28

                                                     STIPULATION FOR RELIEF FROM STAY

EXHIBIT A
PAGE 14

1  DATED:  August 7th, 2003              MCDERMOTT, WILL & EMERY

2

3                                        By _____
                                            Robert H. Rotstein, Esq.
4                                           Roger M. Landau, Esq.
                                         Attorneys for Columbia Pictures Industries,
5                                        Inc., Columbia Pictures Television, Inc.,
                                         Columbia TriStar Television, Inc., and TriStar
6                                        Television, Inc.

7  DATED:  August ___, 2003              ELECTRONIC FRONTIER FOUNDATION

8

9

10 By: _____
      Cindy A. Cohn, Esq.
11    Fred von Lohmann, Esq.
      Gwenith A. Hinze, Esq.
12 Attorneys for Craig Newmark, Shawn Hughes,
   Keith Ogden, Glenn Fleishman and Phil
13 Wright

14

15                          **ORDER**

16    THE ABOVE STIPULATION IS APPROVED AND IT IS SO ORDERED this

17 ___19___ day of August, 2003.

18

19    **FILED**                          MARILYN MORGAN
                                         _____
20                                       THE HONORABLE MARILYN MORGAN
       AUG 1 9 2003                      UNITED STATES BANKRUPTCY JUDGE
21
              CLERK
22   United States Bankruptcy Court
        San Jose, California
23

24

25

26

27

28

-014550d-2                    6          STIPULATION FOR RELIEF FROM STAY

EXHIBIT A
PAGE 15

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I declare that:  I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

    On November 14, 2003, I served the foregoing document described as:

**STIPULATION OF DISMISSAL OF EACH OF THE COPYRIGHT ACTIONS IN ITS ENTIRETY AND THE NEWMARK DECLARATORY RELIEF ACTION AS TO DEFENDANTS REPLAYTV, INC. AND SONICBLUE INCORPORATED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii); DECLARATION OF SCOTT P. COOPER IN SUPPORT THEREOF**

on the interested parties in this action:

    (By Mail)  By placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on November 14, 2003, at Los Angeles, California.

_____
PATTY J. HAYS

3660/54002-001
LAWORD/34355

**SERVICE LIST**

COUNSEL FOR REPLAY DEFENDANTS (all cases):

EMMETT C. STANTON
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008

LAURENCE F. PULGRAM
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111

COUNSEL FOR TIME WARNER PLAINTIFFS in Former Case No. CV 01-09693
and TIME WARNER DEFENDANTS in Former Case No. CV 02-04445:

ROBERT M. SCHWARTZ
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035

COUNSEL FOR COLUMBIA PLAINTIFFS in Former Case No. CV 01-10221
and COLUMBIA DEFENDANTS in Former Case No. CV 02-04445 :

ROBERT H. ROTSTEIN
McDERMOTT, WILL & EMERY
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

COUNSEL FOR NEWMARK PLAINTIFFS in Former Case No. CV 02-04445 :

IRA P. ROTHKEN
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903

CINDY A. COHN
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

RICHARD R. WIEBE
LAW OFFICES OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104

3660/54002-001
LAWORD/34355