PROSKAUER ROSE LLP
RONALD S. RAUCHBERG (admitted *Pro Hac Vice*)
SCOTT P. COOPER (Bar No. 96905)
SIMON BLOCK (Bar No. 214999)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
(310) 557-2900 Telephone
(310) 557-2193 Facsimile
*Attorneys for the MGM, Fox, Universal,
Viacom, Disney & NBC Copyright Owners*

O'MELVENY AND MYERS LLP
ROBERT M. SCHWARTZ (Bar No. 117166)
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
(310) 553-6700 Telephone
(310) 246-6779 Facsimile
*Attorneys for the Time Warner Copyright Owners*

MCDERMOTT, WILL & EMERY
ROBERT H. ROTSTEIN (Bar No. 072452)
2049 Century Park East, 34th Floor
Los Angeles, California, 90067
(310) 277-4110 Telephone
(310) 277-4730 Facsimile
*Attorneys for the Columbia Copyright Owners*

[Full counsel appearances on signature page]



**ORIGINAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPLAYTV, INC. and SONICBLUE, INC., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | Case No. 01-09358 FMC (Ex) <br><br> Hon. Florence-Marie Cooper <br><br> **STIPULATION REGARDING THE SCHEDULING OF THE COPYRIGHT OWNERS' MOTION TO DISMISS AND THE NEWMARK PLAINTIFFS' MOTION FOR LEAVE TO AMEND; [~~PROPOSED~~] ORDER THEREON** |



3660/54002-001
LAWORD/34445

1

558

1  This Stipulation is made by and between the following parties to these
2  consolidated actions, Metro-Goldwyn-Mayer Studios Inc., Orion Pictures
3  Corporation, Twentieth Century Fox Film Corporation, Universal City Studios
4  Productions LLLP (formerly Universal City Studios Productions, Inc.), Fox
5  Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc.,
6  National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc.,
7  UPN (formerly the United Paramount Network), ABC, Inc., Viacom International
8  Inc., CBS Worldwide Inc., CBS Broadcasting, Inc., Time Warner Entertainment
9  Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time
10 Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation,
11 Castle Rock Entertainment, The WB Television Network Partners L.P., Columbia
12 Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar
13 Television, Inc., and TriStar Television, Inc. (collectively, "the Copyright Owners"),
14 and Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil
15 Wright, (collectively, the "Newmark Plaintiffs"), as follows:

## RECITAL

WHEREAS, the Copyright Owners and the Newmark Plaintiffs wish to agree to a schedule with respect to the Copyright Owners' Motion To Dismiss The Newmark Plaintiffs' Complaint (the "Motion to Dismiss"), and the Newmark Plaintiffs' Motion For Leave To Amend (the "Motion for Leave to Amend");

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Copyright Owners and the Newmark Plaintiffs, through their undersigned counsel, as follows:

1. The Copyright Owners shall promptly serve and file with the Court the Motion to Dismiss, setting the Motion to Dismiss for hearing on January 12, 2004.

2. The Newmark Plaintiffs shall serve all papers in support of their opposition to the Motion to Dismiss by December 9, 2003.

3. The Copyright Owners shall serve all papers in support of their reply on the Motion to Dismiss by December 23, 2003.

4. The Newmark Plaintiffs shall promptly serve and file with the Court the Motion for Leave to Amend, setting the Motion for Leave to Amend for hearing on January 12, 2004.

5. The Copyright Owners shall serve all papers in support of their opposition to the Motion for Leave to Amend by December 9, 2003.

6. The Newmark Plaintiffs shall serve all papers in support of their reply on the Motion for Leave to Amend by December 23, 2003.

Dated: November 14, 2003

PROSKAUER ROSE LLP

By: _Simon Block_
Simon Block

Attorneys for Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP (formerly Universal City Studios Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide Inc., and CBS Broadcasting, Inc.

3660/54002-001
LAWORD/34445

3

| | | |
|---|---|---|
| 1 | Dated: November 14, 2003 | MCDERMOTT, WILL & EMERY |
| 2 | | By: /s/ Robert H. Rotstein |
| 3 | | Robert H. Rotstein    WITH PERMISSION BY S.B. |
| 4 | | Attorneys for Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. |
| 5 | | |
| 6 | Dated: November 14, 2003 | O'MELVENY & MYERS LLP |
| 7 | | |
| 8 | | By: /s/ Robert M. Schwartz |
| | | Robert M. Schwartz    WITH PERMISSION BY S.B. |
| 9 | | Attorneys for Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Dated: November 14, 2003 | ELECTRONIC FRONTIER FOUNDATION |
| 14 | | |
| 15 | | By: _____ |
| | | Cindy A. Cohn |
| 16 | | Gwenith A. Hinze |
| 17 | | Attorneys for Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright |
| 18 | | |

| | | |
|---|---|---|
| 1 | Dated: November ___, 2003 | MCDERMOTT, WILL & EMERY |
| 2 | | By: _____ |
| 3 | | Robert H. Rotstein |
| 4 | | Attorneys for Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc. |
| 5 | | |
| 6 | Dated: November ___, 2003 | O'MELVENY & MYERS LLP |
| 7 | | |
| 8 | | By: _____ |
| | | Robert M. Schwartz |
| 9 | | Attorneys for Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, and The WB Television Network Partners L.P |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Dated: November 14th, 2003 | ELECTRONIC FRONTIER FOUNDATION |
| 14 | | |
| 15 | | By: *Gwen Hinze* |
| 16 | | Cindy A. Cohn<br>Gwenith A. Hinze |
| 17 | | Attorneys for Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman and Phil Wright |
| 18 | | |

## [PROPOSED] ORDER

Upon the parties' Stipulation Regarding The Scheduling Of The Copyright Owners' Motion To Dismiss And The Newmark Plaintiffs' Motion For Leave To Amend, and good cause appearing;

IT IS HEREBY ORDERED that:

1. The Copyright Owners shall promptly serve and file with the Court the Motion to Dismiss, setting the Motion to Dismiss for hearing on January 12, 2004.

2. The Newmark Plaintiffs shall serve all papers in support of their opposition to the Motion to Dismiss by December 9, 2003.

3. The Copyright Owners shall serve all papers in support of their reply on the Motion to Dismiss by December 23, 2003.

4. The Newmark Plaintiffs shall promptly serve and file with the Court the Motion for Leave to Amend, setting the Motion for Leave to Amend for hearing on January 12, 2004.

5. The Copyright Owners shall serve all papers in support of their opposition to the Motion for Leave to Amend by December 9, 2003.

6. The Newmark Plaintiffs shall serve all papers in support of their reply on the Motion for Leave to Amend by December 23, 2003.

Dated: November __, 2003

Hon. Florence-Marie Cooper
United States District Judge