# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Cooper_

From: _M Martinez_, Deputy Clerk  Date Received: _11/24/03_

Case No.: _CV 01-9358_  Case Title: _Paramount Pictures v ReplayTV_

Document Entitled: _(P) Motion for leave to amend_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1  Document not legible
☐ Local Rule 11-3.8  Lacking name, address, phone number
☐ Local Rule 11-4.1  No copy provided for judge
☐ Local Rule 19-1  Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☒ Local Rule 15-1  Proposed amended pleading not under separate cover
☐ Local Rule 11-6  Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8  Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 83-1.5  No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1  Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1  Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2  Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6  Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)  No proof of service attached to document(s)
☐ Other: _____

*FILED CLERK US DISTRICT COURT NOV 25 2003 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_11-25-03_   **FLORENCE-MARIE COOPER**
Date        U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing all parties previously served with the attached documents that said documents have not been filed with the Court.

*ENTERED NOV 26 2003 CV*

Date   U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)  NOTICE OF DOCUMENT DISCREPANCIES  *U.S. GPO: 2003-578-839/70059

560