# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __Cooper__

From: __B. Padilla__, Deputy Clerk   Date Received: __11-25-03__

Case No.: __CV01-9358 FMC__   Case Title: __Paramount vs. Replay__

Document Entitled: __First A/C__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:
- ☐ Local Rule 11-3.1  Document not legible
- ☐ Local Rule 11-3.8  Lacking name, address, phone number
- ☐ Local Rule 11-4.1  No copy provided for judge
- ☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1   Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 83-1.5  No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
- ☒ Other: __No Order on docket for permission to file__

FILED CLERK, U.S. DISTRICT COURT
DEC - 2 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

===============================================================================================

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be ~~filed~~ _lodged_ and processed. The ~~filing~~ _lodged_ date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. ~~Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.~~

DEC - 2 2003                                    FLORENCE-MARIE COOPER
_____                       _____
Date                                            U.S. District Judge / U.S. Magistrate Judge

ENTERED ON ICMS
DEC - 3 2003
CV

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                       _____
Date                                            U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---
CV-104A (03/03)            NOTICE OF DOCUMENT DISCREPANCIES            *U.S. GPO. 2003-578-839/70059

561