# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☐ U.S. Magistrate Judge __FMC__

From: __D. Johnson__, Deputy Clerk     Date Received: __1/5/04__

Case No.: __CV01-9358 FMC (Ex)__     Case Title: __Paramount Pictures Corp v. Replay TV, Inc et al__

Document Entitled: __Ex Parte App + Opp__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone number
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 19-1 — Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☑ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 83-1.5 — No Certification of Interested Parties and/or no copies     [7.1-1]
- ☐ Local Rule 6.1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6 — Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d) — No proof of service attached to document(s)
- ☐ Other: _____

*CLERK U.S. DISTRICT COURT — JAN -7 2004 — CENTRAL DISTRICT OF CALIFORNIA*

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

===============================================================================

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED: __Prop sur-reply is lodged on 1-6-04__

☑ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

__JAN -7 2004__                             __FLORENCE-MARIE COOPER__
Date                                         U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

*DOCKETED ON CM — JAN -9 2004 — BY 005*

_____                            _____
Date                                         U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)     NOTICE OF DOCUMENT DISCREPANCIES     *U.S. GPO: 2003-578-839/70059

568