# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Cooper_

From: _KB Padilla_, Deputy Clerk    Date Received: _11-25-03_

Case No.: _C-V01-9358 FMC_  Case Title: _Paramount US. Replay_

Document Entitled: _First A/C_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone number
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 83-1.5    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☒ Other: _No Order on docket for permission to file A/c_

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

===============================================================================

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be ~~filed~~ _lodged_ and processed. The ~~filing~~ _lodged_ date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. ~~Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.~~

DEC - 2 2003                         FLORENCE-MARIE COOPER
_____          _____
Date                             U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____          _____
Date                             U.S. District Judge / U.S. Magistrate Judge

DOCKETED ON CM
JAN 10 2004
BY _____ 005

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)          NOTICE OF DOCUMENT DISCREPANCIES          *U.S. GPO: 2003-578-839/70059

_570_