PROSKAUER ROSE LLP
RONALD S. RAUCHBERG (admitted *Pro Hac Vice*)
SCOTT P. COOPER (Bar No. 96905)
SIMON BLOCK (Bar No. 214999)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067
(310) 557-2900 Telephone
(310) 557-2193 Facsimile
*Attorneys for the MGM, Fox, Universal,
Viacom, Disney & NBC Copyright Owners*

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

O'MELVENY AND MYERS LLP
ROBERT M. SCHWARTZ (Bar No. 117166)
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
(310) 553-6700 Telephone
(310) 246-6779 Facsimile
*Attorneys for the Time Warner Copyright Owners*

MCDERMOTT, WILL & EMERY
ROBERT H. ROTSTEIN (Bar No. 072452)
2049 Century Park East, 34th Floor
Los Angeles, California, 90067
(310) 277-4110 Telephone
(310) 277-4730 Facsimile
*Attorneys for the Columbia Copyright Owners*

FILED FEB 27 2004 CLERK, U S DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION et al., | Case No. CV 01-09358 FMC (Ex) |
| Plaintiffs, | Hon. Florence-Marie Cooper |
| v. | [~~PROPOSED~~] FINAL JUDGMENT |
| REPLAYTV, INC. and SONICBLUE, INC., | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS. | |

ENTERED CLERK, U S DISTRICT COURT MAR 1 2004 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
✓ CLSD

573

ORIGINAL

3660/54002-001
LAWORD 37109

[PROPOSED] FINAL JUDGMENT

1   WHEREAS, on November 17, 2003, the Court dismissed each of the four
2   actions consolidated herein filed by the Copyright Owners[1] against ReplayTV, Inc.
3   and SONICblue Incorporated (Original Case No. CV 01-9358 and Former Case
4   Nos. CV 01-9693, CV 01-9801, and CV 01-10221) (collectively, the "ReplayTV
5   Actions"), by stipulation of the parties (Docket #555);

6   WHEREAS, on November 17, 2003, the Copyright Owners filed a motion to
7   dismiss the last of the actions consolidated herein (Former Case No. CV 02-4445)
8   filed by Plaintiffs Craig Newmark, Shawn Hughes, Keith Ogden, Glenn Fleishman
9   and Phil Wright (collectively, the "Newmark Plaintiffs") against the Copyright
10  Owners (Docket # 557);

11  WHEREAS, on November 24, 2003, the Newmark Plaintiffs filed a motion
12  for leave to amend their complaint in the last of the actions consolidated herein
13  (Former Case No. CV 02-4445) (Docket # 559);

14  WHEREAS, on January 10, 2004, after briefing and taking the matter under
15  submission, the Court entered an Order:

16  (a) granting the Copyright Owners' motion to dismiss, and dismissing all of
17  the Newmark Plaintiffs' claims against the Copyright Owners for lack of subject
18  matter jurisdiction, on the grounds that the Newmark Plaintiffs' claims had been
19  mooted by the dismissal of the ReplayTV actions and the Copyright Owners'
20  covenant not to sue the Newmark Plaintiffs; and

---

[1] The "Copyright Owners" are Metro-Goldwyn-Mayer Studios Inc., Orion Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP (formerly Universal City Studios Productions, Inc.), Fox Broadcasting Company, Paramount Pictures Corporation, Disney Enterprises, Inc., National Broadcasting Company, Inc., NBC Studios, Inc., Showtime Networks Inc., UPN (formerly the United Paramount Network), ABC, Inc., Viacom International Inc., CBS Worldwide Inc., CBS Broadcasting, Inc., Time Warner Entertainment Company, L.P., Home Box Office, Warner Bros., Warner Bros. Television, Time Warner Inc., Turner Broadcasting System, Inc., New Line Cinema Corporation, Castle Rock Entertainment, The WB Television Network Partners L.P., Columbia Pictures Industries, Inc., Columbia Pictures Television, Inc., Columbia TriStar Television, Inc., and TriStar Television, Inc.

1  (b) denying the Newmark Plaintiffs' motion for leave to amend their
2  complaint on the grounds that the proposed amendment would be futile, finding that
3  other owners of ReplayTV digital video recorders did not have a reasonable
4  apprehension of suit by the Copyright Owners;

5  **Final judgment hereby is entered** as follows:

6  1. Each and all of the actions consolidated herein is and are dismissed in
7  their entirety;

8  2. No party shall have any relief against any other party; and

9  3. Each of the parties shall bear its own costs and attorneys' fees in
10 connection with each and all of the actions consolidated herein.

11 DATED: Feb. 27, 2004

                                    FLORENCE-MARIE COOPER
                                    UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAIL AND E-MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On February 26, 2004, I served the foregoing document described as:

### [PROPOSED] FINAL JUDGMENT

on the interested parties in this action:

(By Mail) By placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

(By E-Mail) By e-mailing true copies thereof addressed as follows:

### SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2004, at Los Angeles, California.

*Judy Alcalay*
JUDY ALCALAY

# SERVICE LIST

COUNSEL FOR REPLAY DEFENDANTS:

EMMETT C. STANTON
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
E-mail: estanton@fenwick.com

LAURENCE F. PULGRAM
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
E-mail: lpulgram@fenwick.com

COUNSEL FOR NEWMARK PLAINTIFFS:

IRA P. ROTHKEN
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
E-mail: ira@techfirm.com

CINDY A. COHN
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
E-mail: replay-service@eff.org

RICHARD R. WIEBE
LAW OFFICES OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
E-mail: wiebe@pacbell.net

COUNSEL FOR TIME WARNER PLAINTIFFS/DEFENDANTS:

ROBERT M. SCHWARTZ
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035
E-mail: rschwartz@omm.com

COUNSEL FOR COLUMBIA PLAINTIFFS/DEFENDANTS:

ROBERT H. ROTSTEIN
McDERMOTT, WILL & EMERY
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
E-mail: rrotstein@mwe.com